1  BINGHAM MCCUTCHEN LLP
   Geoffrey M. Howard (SBN 157468)
2  geoff.howard@bingham.com
   Thomas S. Hixson (SBN 193033)
3  thomas.hixson@bingham.com
   Kyle Zipes (SBN 251814)
4  kyle.zipes@bingham.com
   Three Embarcadero Center
5  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
6  Facsimile:  415.393.2286

7  ORACLE CORPORATION                    ORACLE CORPORATION
   Dorian Daley (SBN 129049)             Jeffrey S. Ross (SBN 138172)
8  dorian.daley@oracle.com               jeff.ross@oracle.com
   Deborah K. Miller (SBN 95527)         10 Van de Graaff Drive
9  deborah.miller@oracle.com             Burlington, MA 01803
   500 Oracle Parkway                    Telephone: 781.744.0449
10 M/S 5op7                              Facsimile: 781.238.6273
   Redwood City, CA 94065
11 Telephone: 650.506.4846               Attorneys for Plaintiff
   Facsimile: 650.506.7114               Oracle America, Inc.

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15 ORACLE AMERICA, INC., a Delaware
   corporation;
16
                                         CV  13  3385
17          Plaintiff,
      v.                                 COMPLAINT FOR DAMAGES AND
18                                        INJUNCTIVE RELIEF FOR:
   TERIX COMPUTER COMPANY, INC., a
19 California corporation; MAINTECH       (1) COPYRIGHT INFRINGEMENT;
   INCORPORATED, a Delaware corporation; and (2) VIOLATIONS OF THE COMPUTER
20 DOES 1–50,                             FRAUD AND ABUSE ACT;
                                          (3) VIOLATIONS OF THE LANHAM ACT;
21          Defendants.                   (4) BREACH OF CONTRACT;
                                          (5) INTENTIONAL INTERFERENCE WITH
22                                        PROSPECTIVE ECONOMIC RELATIONS
                                          (6) UNFAIR COMPETITION
23

24

25

26

27

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1             Plaintiff Oracle America, Inc. ("Oracle" or "Plaintiff") for its Complaint against

2   Defendants TERiX Computer Company, Inc. ("Terix") and Maintech, Incorporated ("Maintech")

3   (together, "Defendants") alleges as follows based on its personal knowledge as for itself, and on

4   information and belief as to the acts of others:

5   **I.      INTRODUCTION**

6             1.      Defendants have engaged in a deliberate scheme to misappropriate and

7   distribute copyrighted, proprietary Oracle software code.  Through false representations to its

8   customers who are also current or former Oracle customers, they have taken or facilitated the

9   taking of large quantities of software patches, updates and bug fixes for Oracle's proprietary

10   Solaris operating system, and other technical support files used on Oracle's Sun-branded

11   computers (collectively, "Solaris Updates").  Defendants falsely have told unwitting end users

12   that they are authorized to access and distribute Solaris Updates to the end users and/or that the

13   end users are entitled to perpetual support on the Solaris operating system, including to receive

14   Solaris Updates, based on their original purchase of the hardware on which the operating system

15   was installed.  To the contrary, Oracle, and Sun before it, have long required customers to

16   purchase an annual support agreement from them to receive that support.  Terix, with Maintech's

17   knowledge, has also misrepresented itself to unwitting third parties as an Oracle partner

18   authorized to provide support on the Solaris operating system.  Terix says this status allows it to

19   provide Solaris Updates.  In truth, Terix is not (and has never been) an Oracle partner and has no

20   such authorization.  Even if it were an Oracle partner, that status alone would not provide such

21   authorization.  After Defendants contract with customers based on these false representations,

22   Defendants, either directly or through the customers or others, then unlawfully acquire and use

23   Solaris Updates for the customers' desupported Oracle hardware.  Oracle brings this lawsuit to

24   stop this illegal activity.

25             2.      Oracle is the world's leading supplier of enterprise hardware and software

26   systems, and related technical support and consulting services for those systems.  Customers who

27   own Oracle hardware have the option to purchase an annual contract for technical support

28   services to be performed by Oracle for those hardware systems.  As part of those support

1   services, Oracle makes available to customers Solaris Updates for the proprietary firmware and

2   operating system software that ships with and runs the hardware systems.

3          3.    In most instances, Oracle delivers its technical support services for this

4   software and firmware over the internet.  Customers that purchase a technical support agreement

5   from Oracle – either directly from Oracle or through a reseller authorized by Oracle to sell

6   Oracle support renewal contracts – receive a "Customer Support Identification" number ("CSI

7   number") linked to the products covered by the support contract.  The CSI number allows

8   customers to create login credentials to access Oracle's secure support website.  Using those

9   credentials, the licensed customer on active support may download Solaris Updates for the

10   hardware systems that are covered by the support agreement.  The customer may not share or use

11   its access credentials for the benefit of others or for the benefit of unsupported Oracle hardware –

12   only customers who pay for and maintain a technical support agreement with Oracle for the

13   hardware at issue may download Oracle's proprietary Solaris Updates, and only for their own

14   internal business use on specified computers.

15          4.    Defendants purport to offer support services related to Oracle's Sun-

16   branded hardware systems.  Each Defendant sometimes contracts directly with customers to

17   provide this support, and at other times contracts indirectly as a subcontractor to another entity,

18   such as its co-Defendant.  While a customer may engage a third party – instead of Oracle – to

19   provide support services on Oracle hardware, neither the third party nor the customer can access

20   or use Oracle's support website to support that hardware.  In particular, neither the third party

21   nor the customer may use official, Oracle-authored Solaris Updates to support the Oracle

22   software running the hardware because those Solaris Updates are Oracle's copyrighted and

23   proprietary intellectual property.  Defendants, as third party support providers not authorized or

24   licensed by Oracle, have no rights to use Oracle's proprietary software as part of their support

25   service offerings.

26          5.    Defendants ignored these fundamental rules and restrictions as part of

27   their scheme to sell their own support services for Oracle hardware to customers that needed

28   access to Oracle's proprietary patches and updates.  Neither Defendants nor the customers that

1    contracted with them directly or indirectly had any right to access, download, copy or distribute

2    Solaris Updates from Oracle for these illicit purposes.  Oracle is nevertheless informed and

3    believes that Defendants falsely told their customers that (i) Defendants could lawfully provide

4    that access and support (including in the case of Terix a false statement that it was an Oracle

5    partner and authorized to provide this support) and/or (ii) customers were entitled to obtain

6    Solaris Updates even without an active support contract with Oracle by virtue of their licenses to

7    use the Solaris operating system in conjunction with their purchase of Oracle hardware.  To

8    provide their services, Defendants either obtained access credentials to Oracle's secure support

9    website under false pretenses or directed others with access credentials to download Oracle's

10   intellectual property unlawfully.  With respect to at least one customer known to Oracle,

11   Defendants also copied and distributed Oracle's copyrighted software, without authorization, as

12   part of the services they provided to their customer.  Based on Defendants' consistent

13   misrepresentations to their customers about the customers' entitlements to receive Solaris

14   Updates for desupported servers and/or Defendants' ability to provide operating system support

15   for Solaris, Oracle is informed and believes that Defendants have copied and distributed Oracle's

16   copyrighted software, without authorization, as part of their illegal support services for other

17   customers as well.

18       6.    Defendants do not have permission from Oracle to distribute copies of

19   Oracle's copyrighted software to anyone, nor to induce others, including their customers, to copy

20   and distribute Oracle's copyrighted software.  Defendants' activities infringe Oracle's

21   intellectual property rights, violate the laws governing website and computer access, breach

22   certain agreements with Oracle, including the Oracle website Terms of Use, violate the Lanham

23   Act and interfere with Oracle's prospective economic relations.  Oracle brings this lawsuit to

24   stop Defendants' wrongful conduct.

25   **II.    THE PARTIES**

26       7.    Plaintiff Oracle is a Delaware corporation duly authorized to do business

27   in the State of California, with its principal place of business in Redwood City, California.

28   Oracle develops and licenses certain intellectual property, including copyrighted software

3

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1   programs, and provides related support and consulting services to its licensed customers. The

2   entity known as Oracle USA, Inc. was merged into Sun Microsystems, Inc. ("Sun"),[1] which then

3   changed its name to Oracle America.  Accordingly, Plaintiff Oracle continues to hold all of

4   Sun's interest, rights, and title to the copyrights at issue in this action and the rights to bring

5   claims for infringement of those copyrights.

6          8.     Terix is a California corporation with its principal place of business in

7   Sunnyvale, California.  Terix holds itself out as a third party maintenance provider that provides

8   support for, among other things, Oracle hardware and Oracle's proprietary Solaris operating

9   system.

10          9.     Maintech is a Delaware corporation with its headquarters in Cranford,

11   New Jersey and a network operations center in Orange, California.  Maintech holds itself out as a

12   third party maintenance provider that provides support for Oracle hardware and the Solaris

13   operating system.

14          10.    Oracle is currently unaware of the true names and capacities of Does 1

15   through 50, inclusive, whether individual, partnership, corporation, unincorporated association,

16   or otherwise.  Due to the surreptitious nature of Defendant's actions, and the complicated nature

17   of its scheme, the identities of Does 1 through 50 have been concealed from Oracle, preventing

18   Oracle from identifying them by name.  After discovery, which is necessary to ascertain the true

19   names and capacities of Does 1 through 50, Oracle will amend its complaint to allege the

20   necessary identifying details.

21          11.    Defendants have agreed to personal jurisdiction and venue in this District

22   in contracts with Oracle, which by this action Oracle alleges Defendants breached.

23          12.    Defendants are also subject to personal jurisdiction in California because

24   they are subject to general jurisdiction in this forum.  Terix is headquartered in Sunnyvale,

25

26   _____

     [1] Sun developed and sold computer hardware and the Solaris operating system which runs that
27   hardware.  Sun computers, which Oracle continues to sell under the Sun brand name, may be
     referred to as Oracle or Sun computer hardware interchangeably throughout this Complaint.

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1    California, and its contacts with the state are substantial, continuous and systematic.  Maintech

2    has a network operations center in Orange, California, where its employees perform real time

3    monitoring of Maintech's customers' installed product bases 24 hours a day and trouble shoot

4    and address customer support requests – a significant part of Maintech's business.  Accordingly,

5    Maintech's contacts with the state are substantial, continuous and systematic.  In addition,

6    Defendants are subject to specific jurisdiction here because they have committed wrongful

7    intentional acts in this state, expressly aimed at Oracle, which Defendants knew or should have

8    known is also a resident of California, and caused harm that they knew or should have known

9    was likely to be suffered by Oracle in Redwood City, California.  For example, some of the

10   customer servers for which Defendants provide unlawful support are in California.

11          13.     At all material times, each of the Defendants, including Does 1 through

12   50, was the agent, servant, employee, partner, joint venturer, representative, subsidiary, parent,

13   affiliate, alter ego, or co-conspirator of the others, had full knowledge of and gave substantial

14   assistance to the alleged activities, and in so doing the things alleged, each was acting within the

15   scope of such agency, service, employment, partnership, joint venture, representation, affiliation,

16   or conspiracy, and each is legally responsible for the acts and omissions of the others.

17   **III.    JURISDICTION**

18          14.     Oracle's first claim for relief arises under the Federal Copyright Act,

19   17 U.S.C. §§ 101 *et seq.*, its second claim for relief arises under the Computer Fraud and Abuse

20   Act, 18 U.S.C. §§ 1030 *et seq.*, and its third claim for relief arises under the Lanham Act, 15

21   U.S.C. §§ 1051 *et seq.*  Accordingly, this Court has subject matter jurisdiction over this action

22   pursuant to 18 U.S.C. § 1030(g), 28 U.S.C. § 1331, and 28 U.S.C. § 1338.

23          15.     This Court has supplemental subject matter jurisdiction over the pendant

24   state law claims under 28 U.S.C. § 1367, because these claims are so related to Oracle's claims

25   under federal law that they form part of the same case or controversy and derive from a common

26   nucleus of operative facts.

27

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## IV.   VENUE

16.   Venue in this District is appropriate because Defendants have consented to venue in this District in at least one of the contracts on which Oracle sues in this case.

17.   Venue in this District is also appropriate because Terix is based here and Defendants committed a substantial amount of the wrongful intentional acts here, which they also expressly aimed at Oracle. Defendants knew or should have known Oracle resides in this District, and caused harm that they knew or should have known Oracle would likely suffer in this District. As a result, Defendants would be amenable to personal jurisdiction if this District were a separate state, and therefore venue in this District is appropriate under 28 U.S.C. § 1400(a).

## V.   INTRADISTRICT ASSIGNMENT

18.   Because this action alleges, among other things, claims for copyright infringement, it is an intellectual property action and may be assigned on a district-wide basis pursuant to Civil L.R. 3-2(c).

## VI.   FACTUAL ALLEGATIONS

### A.   Oracle's Computer Systems and Support Materials

19.   Oracle develops, manufactures, markets and distributes enterprise business hardware and software systems, and provides related technical support and consulting services. The hardware systems that Oracle develops and distributes involve several components, all of which Oracle supplies. In a simplified view, the foundation of the system (or "stack" as it is sometimes called) is typically storage and servers, such as Oracle's Sun servers. The server requires an operating system to run it, such as Oracle's Solaris operating system, which is an analog to Microsoft's Windows operating system for personal computers. A typical configuration would also employ a database to manage business data, middleware to allow the database to interact with various applications that provide the business logic to be performed by the system, and the applications themselves, such as human resources software for payroll processing or financials software for financial reporting.

20.   Oracle's comprehensive line of Sun server systems provides world-class performance for businesses of all sizes, and includes some of the most reliable, scalable, and

1   powerful systems in the industry.  Oracle also develops and licenses the Solaris operating system

2   and related "firmware" to run its Sun servers.  Solaris is one of the most advanced operating

3   systems available for enterprise use.  It provides innovative, built-in features that allow for high

4   availability, advanced security, efficiency, and industry-leading scalability/performance, and are

5   targeted at business and public sector customers.

6         21.  As is typical in the computer industry, Oracle offers technical support

7   services for its hardware systems, including the Solaris operating system.  For example,

8   customers who own Oracle/Sun hardware may also purchase technical support services from

9   Oracle which entitle those customers to Solaris Updates for their Oracle/Sun hardware, operating

10   systems and firmware that run on that hardware).  Solaris Updates are available to customers

11   with active support contracts with Oracle to download from Oracle's password-protected, secure

12   customer support website.  Customers choose the Solaris Update to apply based on the issues

13   that they seek to address and the status of their particular system at the time the issue arises.

14         22.  Typically, Oracle's technical support service agreements are for annual

15   periods of twelve months.  The customer may renew the agreement for additional twelve-month

16   terms subject to Oracle's then current pricing and support policies.

17   **B.**   **Oracle's Support Websites and Terms Of Use**

18         23.  After the Oracle/Sun combination, Oracle placed the support resources for

19   Sun's computer hardware products on the My Oracle Support ("MOS") website, a password-

20   protected, web-based support portal.  MOS provides a single, integrated support platform for

21   most Oracle products.  After approximately December 12, 2010, Oracle customers could access

22   Solaris Updates through MOS.

23         24.  In order to obtain a MOS login credential, a customer must create an

24   Oracle.com account.  To do this, a customer must submit certain information, and to agree to

25   certain terms and conditions, including the Oracle.com and MOS Terms of Use.  The Oracle.com

26   Terms of Use apply to all users of Oracle's websites, and state:

27           *By accessing or using the Site or the Content provided on or*
        *through the Site, you agree to follow and be bound by the*

28           *following terms and conditions concerning your access to and use*

7

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

*of the Site and the Content provided on or through the Site*
*("Terms of Use") and our Privacy Policy.*

25.     The Oracle.com Terms of Use state that only authorized users may access secure areas of Oracle's website.  They further state that registered users may not allow others to use their passwords or account information to access Oracle's websites:

> *You agree not to attempt to gain unauthorized access to any parts*
> *of the Site or any Oracle accounts, computer systems or networks.*
>
> *[…]*
>
> *Access to and use of password protected or secure areas of the Site*
> *is restricted to authorized users only. You agree not to share your*
> *password(s), account information, or access to the Site. You are*
> *responsible for maintaining the confidentiality of password(s) and*
> *account information, and you are responsible for all activities that*
> *occur under your password(s) or account(s) or as a result of your*
> *access to the Site. You agree to notify Oracle immediately of any*
> *unauthorized use of your password(s) or account(s).*

26.     Through the Oracle.com Terms of Use, users of Oracle's websites also agree to submit to California law and the jurisdiction of California courts for legal actions relating to the access to, or use of, Oracle's websites and/or the content they contain, and agree that venue for any such actions in proper in this District:

> *All matters relating to your access to, and use of, the Site and*
> *Content provided on or through or uploaded to the Site shall be*
> *governed by U.S. federal law or the laws of the State of California.*
> *Any legal action or proceeding relating to your access to, or use*
> *of, the Site or Content shall be instituted in a state or federal court*
> *in San Francisco, San Mateo or Santa Clara County, California.*
> *You and Oracle agree to submit to the jurisdiction of, and agree*
> *that venue is proper in, these courts in any such legal action or*
> *proceeding.*

27.     To the extent more than one version of the Oracle.com Terms of Use was in effect during the time period relevant to the allegations in this Complaint, each version contained provisions identical or substantially similar to those cited above.

28.     Once a customer has established an account with Oracle.com, that customer may also, if authorized to do so, sign up for MOS access, which has additional Terms of Use.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

29.     When a customer signs up for MOS access, that customer must accept and

agree to abide by the My Oracle Support Terms of Use ("MOS Terms of Use").  The MOS

Terms of Use apply to all users of MOS.  They specify, among other things, that only authorized

users may access MOS, and only for authorized purposes, and that those authorized users may

not use the material available through MOS other than for "internal business operations:"

> By using the My Oracle Support web-based technical support
> service ("My Oracle Support"), Customer (hereinafter "you")
> agree to the following terms and conditions...

> You agree that access to My Oracle Support, including access to
> the service request function, will be granted only to your
> designated Oracle technical support contacts and that the
> Materials may be used only in support of your authorized use of
> the Oracle programs and/or hardware for which you hold a
> current support contract from Oracle. Unless specifically provided
> in your agreement with Oracle, the Materials may not be used to
> provide services for or to third parties and may not be shared with
> or accessed by third parties. However, the Materials may be
> shared with or accessed by third parties who are your agents or
> contractors acting on your behalf solely for your internal business
> operations and you are responsible for their Compliance with
> these My Oracle Support Terms of Use. You agree that you will not
> access or use My Oracle Support in any manner that could
> damage, disable, overburden, impair, or otherwise result in
> unauthorized access to or interference with, the proper functioning
> of any Oracle accounts, systems, or networks.

30.     The MOS Terms of Use further prohibit a user from using, disclosing,

transmitting, or copying any of the materials contained on the website other than to support an

authorized customer's own use of those materials for which that customer holds a current support

contract from Oracle:

> [T]he information contained in the [My Oracle Support] Materials
> is the confidential proprietary information of Oracle. You may not
> use, disclose, reproduce, transmit, or otherwise copy in any form
> or by any means the information contained in the Materials for any
> purpose, other than to support your authorized use of the Oracle
> programs and/or hardware for which you hold a current support
> contract from Oracle, without the prior written permission of
> Oracle.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1        31.     To the extent there was more than one version of the MOS Terms of Use

2  in effect during the time period relevant to the allegations in this Complaint, each version

3  contained provisions identical or substantially similar to those cited above.

4        32.     Furthermore, at all relevant times, the main MOS web page – which all

5  users must visit to access MOS – stated that "Use of this site is subject to the Legal Notices and

6  Terms for Use and Privacy Statement located on this site," which include the MOS Terms of

7  Use.  Therefore, any use of MOS is governed by the MOS Terms of Use.

8        33.     The Oracle.com Terms of Use and the MOS Terms of Use are valid,

9  enforceable contracts between Oracle and all customers or other users who register for, or access

10  MOS.

11        34.     In the course of providing support to at least one of their customers,

12  Defendants accessed MOS and agreed to the MOS and Oracle.com Terms of Use.  Based on

13  Defendants' pattern of misrepresentations concerning their ability to provide Solaris operating

14  system support, including Solaris Updates, as well as their customers' authorization to obtain

15  Solaris Updates for desupported hardware, Oracle alleges on information and belief that

16  Defendants have accessed MOS without Oracle's permission and agreed to the MOS and

17  Oracle.com Terms of Use on other occasions and in support of other unauthorized customers.

18    **C.**    **Defendants Accessed Oracle's Software And Support Websites**
                  **Without Authorization And Provided Oracle Software To**

19                  **Others Who Were Not Entitled To It**

20        35.     Terix advertises itself as "the leading independent provider of flexible and

21  innovative hardware and software maintenance service offerings."  Terix claims that it is "an

22  industry leader for hardware and OS [operating system] maintenance services in the global

23  datacenter market place."  Terix states it can save customers "an average of 20% off the

24  maintenance fees charged by OEMs [original equipment manufacturers] for equivalent" service

25  levels.

26        36.     Terix boasts that the service it provides goes "far beyond the bare metal

27  break-fix of other third party maintainers."  Instead, Terix states that it also provides "Operating

28  System Support" on Oracle's Solaris.  Differentiating itself from these other third party

1    maintainers, Terix contends that "[y]our maintenance solution can only be complete with a firm

2    understanding of the OS and IOS operating systems running on your hardware, and at TERiX,

3    our support includes both hardware and UNIX operating system support" and specifically on

4    "Solaris." Terix asserts that it "offers operating system support on Solaris 10 and prior versions.

5    TERiX provides swift recommendations and action plans acting as an agent of end-user rights

6    and license."

7           37.    Maintech advertises itself as an "Independent Service organization (ISO)

8    serving the global corporate IT enterprise marketplace." Maintech claims that it provides "data

9    center services" for "server farm[s]" and "storage architecture" for "Sun/Oracle" products, and

10   that it supports "UNIX based platforms," which for Oracle products is a reference to Solaris.

11   Maintech states that its "remote managed services" include providing "Patch Management and

12   Software Distribution."

13          38.    The Solaris operating system is copyrighted, and Solaris Updates include

14   protectable expression contained in the registered works. Defendants nevertheless falsely tell

15   Oracle hardware customers that they do not need to purchase an annual support agreement with

16   Oracle to obtain Solaris Updates. Oracle is informed and believes that Defendants tell their

17   customers that Defendants can provide Solaris support based on the following false assertions:

18   (i) that customers' original purchase of the Oracle hardware, which included a license to use the

19   installed version of Solaris on that hardware, also provides a perpetual entitlement to access and

20   use Solaris Updates, (ii) that Defendants can provide Solaris support including Solaris Updates,

21   and (iii) in the case of Terix, that Terix can provide Solaris support because Terix is a member of

22   Oracle's "partner" program (which it is not) and that this authorizes Terix to provide Solaris

23   support (which it does not, even to legitimate Oracle partners). In reality, customers that have

24   canceled support for Oracle on hardware and contracted with Defendants for support on that

25   hardware do not have entitlement to obtain Solaris Updates for that hardware. Oracle's technical

26   support policies provide, and provided at all relevant times, that "Customers with unsupported

27   hardware systems are not entitled to download or receive updates, maintenance releases, patches,

28   telephone assistance, or any other technical support services for unsupported hardware systems."

---

11

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1      39.      Defendants falsely have represented customers with some servers on

2  Oracle support and others that have been removed from Oracle support (because the customer

3  has contracted with Defendants instead) that they may use their MOS access credentials to obtain

4  Solaris Updates for the desupported hardware, contrary to Oracle's technical support policies.

5  On at least one occasion, Defendants persuaded a customer to provide Defendants with the

6  customer's MOS access credentials so that Defendants could access MOS and obtain the Solaris

7  Updates for the desupported hardware, which Defendants did.  Defendants had no authorization

8  to log in to MOS at all.

9      40.      When Oracle became aware of Defendants' conduct with regards to one of

10  their Oracle hardware customers, it demanded an explanation from them.  Defendants admitted

11  they "do not have, nor have they ever claimed" to "have a license with Oracle, or any third

12  party" that would authorize these downloads.  Rather, Defendants repeated their false theory that

13  they act "as an agent of" the customer's, which Defendants asserted is "a holder of valid Solaris

14  licenses and Oracle contracts," authorizing Defendants "to use" the customers' "credentials to

15  access Oracle Intellectual Property."  In fact, once customers terminate their support with Oracle,

16  they are not authorized to use their credentials to access MOS and obtain Solaris Updates, and

17  thus Defendants are not either.

18      41.      Terix falsely has represented to customers that it is a "partner" of Oracle's

19  and therefore authorized to provide support on the Solaris operating system, including providing

20  Solaris Updates.  For example, Oracle is informed and believes that Terix represented to

21  Dominion Resources ("Dominion") and the Royal Bank of Canada ("RBC") that it was

22  authorized to provide them with Solaris Updates because Terix is an Oracle partner.  Terix is not

23  an Oracle partner.  Moreover, membership in the Oracle Partner Network does not authorize any

24  partner to distribute Solaris patches and updates.

25      42.      This wrongful conduct reflects Defendants' general business model for

26  soliciting Oracle hardware customers to contract with Defendants to provide unauthorized and

27  illegal support services for their Oracle hardware.  As detailed above, Defendants falsely

28  represent to customers that their original purchase of the hardware entitles them to perpetual

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1   support on Solaris, and/or that Defendants have authorization to provide Solaris Updates.

2   Defendants provide or facilitate the provision of unauthorized Solaris Updates.  For at least one

3   customer, Defendants obtained Solaris Updates by trafficking in Oracle access credentials and

4   other improper methods.  On information and belief, Defendants induced certain of their

5   customers to improperly obtain unauthorized Solaris Updates, including by using login

6   credentials to Oracle's password-protected support sites after their Oracle support on the relevant

7   servers had expired.  These unwitting customers include Bank of New York - Mellon

8   ("BNYM"), Comcast, Dominion, Sony Corporation of America ("Sony"), RBC, and Oracle

9   believes others that it is not presently aware of.  Defendants induced these and other customers

10  of Oracle's support services to cancel their support contracts with Oracle by falsely representing

11  that Defendants could legally provide service and support for their Oracle computer products less

12  expensively than Oracle.

13           43.      With respect to at least three of these customers  (namely, BNYM, RBC

14  and Sony), Terix and Maintech conspired to perform these illegal acts.

15           **D.      Defendants' Wrongful Conduct Injured Oracle**

16           44.      Defendants willfully, intentionally, and knowingly engaged in the

17  wrongful conduct alleged in this Complaint, including copyright infringement, violations of the

18  Computer Fraud and Abuse Act, breaches of contract, intentional interference with prospective

19  economic relations, violations of the Lanham Act, and other unfair business practices.

20           45.      As a direct and proximate result of these acts, Oracle has suffered injury,

21  damage, loss, and harm, including, but not limited to, loss of profits from sales to current and

22  potential customers of Oracle support services and/or licenses for Oracle software programs.

23                        **First Claim for Relief**

24                        **Copyright Infringement**

25           46.      Oracle incorporates each of the allegations in preceding paragraphs 1-45

26  of this Complaint as though fully set forth here.

27           47.      Oracle owns a valid and enforceable copyright in all of its software and

28  support materials, including the Solaris Updates, which are creative works of original authorship.

13

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1   Oracle has pre-existing, and will obtain from the Register of Copyrights, Certificates of

2   Registration that cover many of the Solaris Updates taken and copied by Defendants and others

3   acting in concert with them.[2]

4           48.     Oracle holds all of Sun's interest, rights, and title to the copyrights at issue

5   in this action.

6           49.     Oracle owned one or more exclusive rights in certain copyrights at issue in

7   this case at a point in time during which Defendants infringed those exclusive rights.

8           50.     Defendants have infringed copyrights in Oracle software, including the

9   software covered by these certificates.  These certificates are identified, dated, and numbered as

10   follows:

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Solaris 8 (SPARC Platform Edition) | June 19, 2000 | TX 5-138-319 |
| Solaris 8 (Intel Platform Edition) | June 19, 2000 | TX 5-196-384 |
| Solaris 10 operating system | April 19, 2005 | TX 6-086-753 |

13           51.     These registrations generally cover versions of Oracle's Solaris operating

14   system and other software, including the Solaris Updates thereto, which Defendants and others

15   acting in concert with them copied without a license.

16           52.     Through the acts alleged above, Defendants and those acting in concert

17   with them have violated Oracle's exclusive rights to reproduce and make copies of its

18   copyrighted software, including materials covered by the registrations listed above by, among

19   other things, downloading, copying and distributing Oracle's copyrighted software onto their and

20   Defendants' customers' computers in violation of 17 U.S.C. § 106.

21           53.     Defendants and those acting in concert with them were not authorized to

22   copy, download, reproduce, create derivative works from, or distribute Oracle's copyrighted

23   software except as authorized by and in support of a specifically licensed use, and with respect

24   only to software for which they had a current right to have and use.

25   ——————————

26   [2] Oracle reserves the right to amend its Complaint to include additional registered works as it
continues to analyze the scope of Defendants' wrongful downloading, and in the event that it

27   obtains additional copyright registrations for software and support materials taken and copied by
Defendants beyond the registrations it has already.

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

54.     In addition to directly infringing Oracle's exclusive rights, Defendants have contributorily and/or vicariously infringed Oracle's exclusive rights in the software by controlling, directing, intentionally encouraging, inducing, or materially contributing to the copying, distribution, and/or creation of derivative works from Oracle's copyrighted software. Defendants also obtained a direct financial benefit from the above alleged infringing activities while declining to exercise their right to stop it or limit it.

55.     Defendants knew or should have known that copying, distributing, and creating derivative works of and from Oracle's software, which Defendants had no license to copy, distribute, or create derivative works from; or controlling, directing, intentionally encouraging, inducing, or materially contributing to others' efforts to do so, infringed Oracle's exclusive rights in that software.

56.     Oracle is entitled to damages from Defendants in an amount to be proven at trial, including profits attributable to the infringement not taken into account in computing actual damages under 17 U.S.C. § 504(b).  Oracle is entitled to statutory damages under 17 U.S.C. § 504(c) based on Defendants' infringements after the dates of copyright registration.

57.     Defendants' infringement of Oracle's exclusive rights has also caused Oracle irreparable injury.  Unless restrained and enjoined, Defendants will continue to commit such acts.  Oracle's remedies at law are not adequate to compensate it for these inflicted and threatened injuries, entitling it to remedies, including injunctive relief as provided by 17 U.S.C. § 502, and an order impounding or destroying any and all infringing materials pursuant to 17 U.S.C. § 503.

## Second Claim for Relief

### Violation of the Federal Computer Fraud and Abuse Act

### (18 U.S.C. §§ 1030(a)(2)(C), (a)(4) & (a)(6)(A))

58.     Oracle incorporates each of the allegations in the preceding paragraphs of this Complaint as though fully set forth here, including without limitation paragraphs 1-57.

59.     Oracle's secure MOS website is hosted by, and allows access to, certain of Oracle's computers, computer systems, and computer networks, which are protected computers

15

1  within the meaning of 18 U.S.C. § 1030(e)(2).  Those computers, computer systems, and

2  computer networks are data storage facilities directly related to and operating in conjunction with

3  Oracle's computers, which are used in and affect interstate and foreign commerce, including by

4  providing access to worldwide communications through applications accessible through the

5  Internet.

6         60.     Defendants have violated the Computer Fraud and Abuse Act, 18 U.S.C.

7  § 1030(a)(6)(A), by knowingly and with the intent to defraud Oracle, trafficking in passwords or

8  similar information through which Oracle's computers and support websites may be accessed

9  without authorization.

10        61.     Defendants have violated the Computer Fraud and Abuse Act, 18 U.S.C.

11  § 1030(a)(2)(C), by intentionally accessing Oracle's support websites, and the computers which

12  host the information available on those websites, without authorization or by exceeding

13  authorized access, and by obtaining information, including Oracle software, from Oracle's

14  support websites.

15        62.     Defendants have violated the Computer Fraud and Abuse Act, 18 U.S.C.

16  § 1030(a)(4), by knowingly, and with intent to defraud Oracle, accessing Oracle's support

17  websites, and the computers which host the information available on those websites, without

18  authorization or by exceeding authorized access, and by means of such conduct furthered the

19  intended fraud and obtained one or more things of value, including, but not limited to, Oracle's

20  software.

21        63.     As a proximate result of Defendants' fraudulent conduct, Oracle was

22  damaged by, among other things, the unauthorized use of MOS and its software by parties who

23  had not paid Oracle for it, in an amount to be proven at trial.

24        64.     As a result of Defendants' actions, Oracle has suffered damage and loss in

25  an amount to be proven at trial, but aggregating at least $5,000 in value during a one-year period,

26  including, without limitation the cost of investigating, conducting an damage assessment, and

27  responding to Defendants' actions.

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1    65.    Defendants' unlawful access to and theft from Oracle's computers have

2    caused Oracle irreparable injury.  Unless restrained and enjoined, Defendants will continue to

3    commit such acts.  Oracle's remedies at law are not adequate to compensate them for these

4    afflicted and threatened injuries, entitling Oracle to remedies including injunctive relief as

5    provided by 18 U.S.C. § 1030(g).

6                                **Third Claim for Relief**

7        **False Advertising Under the Lanham Act, 15 U.S.C. § 1125(a)(1)(B)**

8    66.    Oracle incorporates each of the allegations in preceding paragraphs of this

9    Complaint as though fully set forth here, including without limitation paragraphs 1-65.

10   67.    Defendants have engaged in unlawful false, misleading, deceptive, and

11   confusing advertising and promotion in interstate commerce in connection with their computer

12   support products or services as alleged above in an effort to gain unfair competitive advantage

13   over Oracle.

14   68.    As alleged above, Defendants falsely represented on their public websites

15   and to actual and potential customers that Defendants could provide legal copies of Solaris

16   Updates for their Oracle computer products if those customers or potential customers canceled

17   their support contracts with Oracle.  Defendants also falsely represented on their public websites

18   and to actual and potential customers that the customers could legally obtain Solaris Updates for

19   their Oracle computer products without a support agreement with Oracle.  For example, the

20   statements on Defendants' websites about their ability to provide "patch management" for

21   Solaris as part of operating system support, and their statements that they can provide operating

22   system support as an agent of the customer's under a claimed "right to use" that is actually

23   beyond the scope of any rights the customer has, are misrepresentations.

24   69.    Terix also falsely represented to actual and potential customers that it was

25   a "partner" of Oracle's and as such is entitled to provide Solaris Updates.  In reality, Terix is not

26   an Oracle partner, and being an Oracle partner would not authorize that conduct anyway.

27

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

70.     Defendants' statements were false and misleading representations of fact in commercial advertising and promotion that misrepresented the nature and qualities of both Defendants' products and services, and also those of Oracle.

71.     Defendants' false, misleading, deceptive, and confusing advertising and promotion of their services has caused, influenced, and induced customers to purchase support services from Defendants rather than Oracle's support services.  Defendants' conduct has thus influenced, and is likely to influence, the purchasing decisions of customers who purchase support services that include full access to Solaris Updates and Oracle's Premier Support for Oracle/Sun computers.

72.     Defendants have injured Oracle, and will likely injure it in the future, by this false, misleading, deceptive, and confusing promoting and advertising which diverts support services revenue for Oracle computers from Oracle to Defendants.

73.     Defendants' false, misleading, deceptive, and confusing promoting and advertising has been deliberate and willful. Among other things, Defendants have continued to represent to their customers that they may receive Solaris Updates without an Oracle support contract after Oracle warned Defendants in writing that their promoting and advertising of their support services were false and misleading, and were causing actual injury to Oracle.

74.     By reason of this false, misleading, deceptive, and confusing promoting and advertising by Defendants, Oracle has also suffered irreparable injury, and will continue to suffer irreparable injury, for which Oracle has no adequate remedy at law, entitling Oracle to injunctive relief.

### Fourth Claim for Relief

### Breach of Contract

75.     Oracle incorporates each of the allegations in preceding paragraphs of this Complaint as though fully set forth here, including without limitation paragraphs 1-74.

76.     Defendants agreed to be bound by the terms of use on Oracle's support websites, including the Oracle.com Terms of Use, and the MOS Terms of Use, when they accessed or downloaded software from the MOS website.

18

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1         77.     Oracle has performed all conditions, covenants, and promises required on

2  its part to be performed in accordance with the Oracle.com Terms of Use and the My Oracle

3  Support Terms of Use.

4         78.     Defendants have breached Oracle's customer support websites' terms of

5  use, including the Oracle.com Terms of Use, and the MOS Terms of Use, including the

6  provisions cited in paragraphs 24, 25, 26, 29 and 30 above, by among other things:

7      &bull;    Obtaining and using Oracle's software in support of Oracle hardware for which

8             neither Defendants nor the customer holds a current support contract from Oracle;

9      &bull;    Gaining unauthorized access to MOS and the software on MOS;

10     &bull;    Sharing software from MOS with unauthorized third parties, and/or using

11           software from MOS to advertise, recruit and provide services for or to

12           unauthorized third parties, and not disclosing to the third parties that Defendants

13           had no right to provide that software or those services.

14         79.    As a result of Defendants' breach of the Oracle.com Terms of Use and the

15  MOS Terms of Use, Defendants have caused damage to Oracle in an amount to be proven at

16  trial. Oracle has also suffered irreparable injury, and will continue to suffer irreparable injury, for

17  which Oracle has no adequate remedy at law, entitling Oracle to injunctive relief.

18                    **Fifth Claim for Relief**

19         **Intentional Interference With Prospective Economic Relations**

20         80.    Oracle incorporates each of the allegations in preceding paragraphs 1-45

21  and 58-79 of this Complaint as though fully set forth here.

22         81.    Oracle was in an economic relationship with customers, including BNYM,

23  Comcast, Dominion, RBC and Sony, that, if not impeded by Defendants, would have resulted in

24  an economic benefit to Oracle.  Namely, these customers owned Oracle/Sun computer hardware,

25  were long-time customers of support services from Oracle for that hardware, and would

26  otherwise have renewed their support services agreements with Oracle.

27         82.    Defendants knew of these economic relationships between Oracle and its

28  customers, and intended to disrupt them.  Defendants engaged in wrongful conduct by, among

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1   other things, violating the Computer Fraud and Abuse Act; engaging in unfair competition;

2   violating the Lanham Act; misrepresenting their ability to lawfully provide support services that

3   were equivalent to Oracle's; fraudulently misrepresenting to their customers their entitlement to

4   obtain Oracle's intellectual property after they ended their support contracts with Oracle; and in

5   the case of Terix, fraudulently misrepresenting its relationship with Oracle.

6          83.      Oracle's relationship with these customers was disrupted when these

7   customers decided not to renew support agreements with Oracle and instead entered into support

8   agreements with Defendants.  Oracle was damaged as a result of the disruption of these

9   relationships in an amount to be proven at trial.  Defendants' wrongful conduct was a substantial

10   factor in causing this harm to Oracle.

11   **<u>Sixth Claim for Relief</u>**

12   **Unfair Competition – Cal. Bus. & Prof. Code § 17200**

13         84.      Oracle incorporates each of the allegations in preceding paragraphs 1-45

14   and 58-83 of this Complaint as though fully set forth here.

15         85.      Defendants have engaged in unlawful and unfair business acts or

16   practices, including violating the Computer Fraud and Abuse Act and the Lanham Act, breach of

17   contract, intentional interference with prospective economic relations, intentional

18   misrepresentation, and other illegal acts and practices as alleged above, all in an effort to gain

19   unfair competitive advantage over Oracle.

20         86.      These unlawful and unfair business acts or practices were committed

21   pursuant to business activity related to providing maintenance and support services for Oracle's

22   computer hardware and software.

23         87.      Defendants' acts and conduct constitute unlawful and unfair competition

24   as defined by California Bus. & Prof. Code §§ 17200, *et seq.*

25         88.      Defendants' conduct constitutes violations of state and federal laws ,

26   including, but not limited to, violation of the Computer Fraud and Abuse Act, 18 U.S.C. §§ 1030

27   *et seq.*, the Lanham Act, and the common law.  Defendants' conduct is also unfair.

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1          89.      Defendants devised their scheme involving access credential trafficking

2  and misrepresenting to customers the support that Defendants could lawfully provide for the

3  purposes of inducing owners of Oracle/Sun computer hardware not to enter into support

4  agreements with Oracle, but rather to enter into profitable support contracts with Defendants, or

5  other parties affiliated with Defendants.  Defendants executed this scheme by means of false

6  pretenses, representations, or promises, and intentionally accessing Oracle's computer systems

7  without authorization and/or in excess of authorized access, thereby obtaining information from

8  Oracle's computer systems, in violation of 18 U.S.C. § 1030.

9          90.      As described above, Oracle has lost money and property and suffered

10  injury in fact as a result of Defendants' unlawful business acts and practices.

11          91.      Defendants have improperly and unlawfully taken commercial advantage

12  of Oracle's investments in its computers, support delivery infrastructure, and customer

13  relationships.  In light of Defendants' conduct, it would be inequitable to allow Defendants to

14  retain the benefit of the funds obtained through the unauthorized and unlawful use of that

15  property.

16          92.      Defendants' unfair business practices have unjustly minimized Oracle's

17  competitive advantages and have caused and are causing it to suffer damages.

18          93.      As a result of such unfair competition, Oracle has also suffered irreparable

19  injury and, unless Defendants are enjoined from such unfair competition, will continue to suffer

20  irreparable injury, and Oracle has no adequate remedy at law.

21          94.      Defendants should be compelled to restore any and all revenues, earnings,

22  profits, compensation, and benefits they may have obtained in violation of Cal. Bus. & Prof.

23  Code §§ 17200 *et seq.*, and should be enjoined from further unlawful and unfair business

24  practices.

25                                    **Prayer for Relief**

26          WHEREFORE, Oracle respectfully prays for the following:

27          A.      For a preliminary and permanent injunction restraining Defendants, their

28  officers, agents, servants, employees, and attorneys, and those in active concert or participation

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1   with any of them, from the following:

2             (1)    Copying, distributing, using, or creating derivative works from

3   Oracle's software or support materials in any way, including for any business purpose, except as

4   allowed by express license from Oracle;

5             (2)    Facilitating or encouraging the downloading or copying of any

6   Oracle software or support materials from any Oracle website for, or on behalf of, any customer

7   or party that does not have a valid, existing, and currently-Oracle-supported license for the

8   specific materials being downloaded from Oracle entitling the customer to have and use that

9   software or those support materials;

10            (3)    Facilitating or encouraging the access to, use of, or downloading

11  from any Oracle support website for, or on behalf of, any customer or party other than by using

12  that specific customer's or party's valid login credentials;

13            (4)    Facilitating or encouraging the copying, distribution, or use of any

14  Oracle software or support materials by, for, or on behalf of, any customer or party who did not

15  have a current, valid, existing support license from Oracle entitling that customer or party to

16  have and use the software and support materials at the time they were downloaded or obtained by

17  or on behalf of the customer or party;

18            (5)    Accessing Oracle's support websites without authorization or in

19  excess of authorization;

20            (6)    Falsely advertising their products or services, including their

21  ability to provide Solaris support or their relationship with Oracle;

22            (7)    Otherwise engaging in acts of unfair competition, unfair practices,

23  copyright infringement, false advertising or computer fraud against Oracle;

24           B.    That the Court order Defendants to file with the Court and serve on Oracle

25  within 30 days after the service on Defendants of such injunction a report in writing, under oath,

26  setting forth in detail the manner and form in which Defendants have complied with the

27  injunction;

28           C.    For an Order directing Defendants to return Oracle's property, including,

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1   without limitation, Oracle's confidential, proprietary, and copyrighted Software and Support

2   Materials, that Defendants took from Oracle, as set forth in this Complaint;

3              D.      For an Order impounding or destroying and all infringing materials

4   pursuant to 17 U.S.C. § 503;

5              E.      For an Order awarding Oracle punitive damages in a sum to be determined

6   at trial;

7              F.      For restitution of all ill-gotten gains unjustly obtained and retained by

8   Defendants through the acts complained of here;

9              G.      For an Order finding a constructive trust for Oracle's benefit, consisting of

10  all revenues received by Defendants from the wrongful conduct which should rightfully have

11  been received by Oracle and all profits derived from that wrongful conduct, and directing

12  Defendants to pay all such sums to Oracle;

13             H.      For damages to be proven at trial;

14             I.      For statutory damages pursuant to 17 U.S.C. § 504;

15             J.      For prejudgment interest;

16             K.      For an Order awarding Oracle its attorneys' fees and costs; and

17             L.      For an Order awarding Oracle such other and further relief as the Court

18  deems just and proper.

19

20  DATED:  July 19, 2013

21

22                                      Bingham McCutchen LLP

23

24                                      By: _____

25                                           Geoffrey M. Howard
                                             Attorneys for Plaintiff
26                                           Oracle America, Inc.

27

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1      DEMAND FOR JURY TRIAL

2            In accordance with Fed. R. Civ. P. 38(b), Plaintiff Oracle America, Inc. demands

3      a trial by jury on all issues triable by a jury.

4

5      DATED:  July 19, 2013

6

7                              Bingham McCutchen LLP

8

9                              By:

10                                 Geoffrey M. Howard
                                   Attorneys for Plaintiff
11                                 Oracle America, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF