**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., | Case No.: 5:13-cv-03385-PSG |
| Plaintiff, | **ORDER RE: LETTER BRIEFING FOR DISCOVERY DISPUTES** |
| v. | |
| TERIX COMPUTER COMPANY, INC. and MAINTECH INC., | **(Re: Docket Nos. 42 and 45)** |
| Defendants. | |

At the case management conference in this case the court raised the idea of presenting discovery disputes, such as those over the content of the protective order in this case, by letter briefing. The parties agreed with this suggestion and so the court now orders the following: the parties shall file a joint nine-page letter brief laying out any discovery disputes for the court. Each of the three parties in this case is allocated three pages. Following submission of the letter brief, the parties shall contact Mr. Rivera to schedule a phone conference with the court to discuss the issue. At the conclusion of the call, the court will: (1) advise the parties of its order, (2) take the matter under submission, or (3) ask the parties' to submit additional briefing on the issue.

**IT IS SO ORDERED.**

Dated: December 11, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge