1   BINGHAM MCCUTCHEN LLP
    Geoffrey M. Howard (SBN 157468)
2   geoff.howard@bingham.com
    Thomas S. Hixson (SBN 193033)
3   thomas.hixson@bingham.com
    Kyle Zipes (SBN 251814)
4   kyle.zipes@bingham.com
    Three Embarcadero Center
5   San Francisco, CA  94111-4067
    Telephone:  415.393.2000
6   Facsimile:  415.393.2286

7   ORACLE CORPORATION                    ORACLE CORPORATION
    Dorian Daley (SBN 129049)             Jeffrey S. Ross (SBN 138172)
8   dorian.daley@oracle.com               jeff.ross@oracle.com
    Deborah K. Miller (SBN 95527)         10 Van de Graaff Drive
9   deborah.miller@oracle.com             Burlington, MA 01803
    500 Oracle Parkway                    Telephone: 781.744.0449
10  M/S 5op7                              Facsimile: 781.238.6273
    Redwood City, CA 94065
11  Telephone: 650.506.4846               Attorneys for Plaintiffs
    Facsimile: 650.506.7114               Oracle America, Inc., and Oracle
12                                        International Corporation

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION

16

17  ORACLE AMERICA, INC., a Delaware          No. 5:13-cv-03385 PSG
    corporation; ORACLE INTERNATIONAL
18  CORPORATION, a Delaware corporation       **FIRST AMENDED COMPLAINT
                                              FOR DAMAGES AND INJUNCTIVE
19              Plaintiff,                     RELIEF FOR:**
            v.
20                                            **(1) COPYRIGHT INFRINGEMENT;
    TERIX COMPUTER COMPANY, INC., a           (2) VIOLATIONS OF THE
21  California corporation; MAINTECH          COMPUTER FRAUD AND ABUSE
    INCORPORATED, a Delaware corporation;     ACT;
22  VOLT DELTA RESOURCES, LLC, a Nevada       (3) VIOLATIONS OF THE LANHAM
    limited liability company; SEVANNA        ACT;
23  FINANCIAL, INC.,  a Nevada corporation;   (4) BREACH OF CONTRACT;
    WEST COAST COMPUTER EXCHANGE,             (5) INTENTIONAL INTERFERENCE
24  INC., a Nevada corporation; and DOES 1–50,  WITH PROSPECTIVE ECONOMIC
                                              RELATIONS; AND
25              Defendants.                    (6) UNFAIR COMPETITION**

26

27

28

---

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1         Plaintiffs Oracle America, Inc. ("Oracle America"), and Oracle International

2   Corporation ("OIC") (together, "Oracle" or "Plaintiffs") for their First Amended Complaint

3   against Defendants TERiX Computer Company, Inc. ("Terix"), Maintech, Incorporated

4   ("Maintech"), Volt Delta Resources, LLC ("Volt Delta"), Sevanna Financial, Inc. ("Sevanna"),

5   and West Coast Computer Exchange, Inc. ("WEX") (together, "Defendants") allege as follows

6   based on their personal knowledge as for themselves, and on information and belief as to the acts

7   of others:

8   **I.      INTRODUCTION**

9         1.      Terix and Maintech have engaged in a deliberate scheme to

10  misappropriate and distribute copyrighted, proprietary Oracle software code.  They have

11  employed front companies (defendants Sevanna and WEX) and made up fake people to contract

12  with Oracle using fictitious email addresses, all so they can illegally download Oracle's software

13  and use it to steal Oracle's customers.  Through false representations to their customers who are

14  also current or former Oracle customers, Terix and Maintech have taken or facilitated the taking

15  of large quantities of software patches, updates and bug fixes for Oracle's proprietary Solaris

16  operating system, and other technical support files used on Oracle's Sun-branded computers

17  (collectively, "Solaris Updates").  Terix and Maintech falsely have told unwitting end users that

18  they are authorized to access and distribute Solaris Updates to the end users and/or that the end

19  users are entitled to perpetual support on the Solaris operating system, including to receive

20  Solaris Updates, based on their original purchase of the hardware on which the operating system

21  was installed.  To the contrary, Oracle, and Sun before it, have long required customers to

22  purchase an annual support agreement from them to receive that support.

23        2.      Terix, with Maintech's knowledge, has also misrepresented itself to

24  unwitting third parties as an Oracle partner authorized to provide support on the Solaris operating

25  system.  Terix says this status allows it to provide Solaris Updates.  In truth, Terix is not (and has

26  never been) an Oracle partner and has no such authorization.  Even if it were an Oracle partner,

27  that status alone would not provide such authorization.  After Terix and Maintech contract with

28  customers based on these false representations, they, either directly or through the customers or

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

others, then unlawfully acquire and use Solaris Updates for the customers' desupported Oracle hardware.  Oracle brings this lawsuit to stop this illegal activity.

3.      Defendants know their conduct is unlawful and have gone to significant lengths to conceal it.  Terix's CEO and COO, who co-own Terix, also own Sevanna and WEX.  They use Sevanna and WEX to create access credentials to Oracle's support website under the fictitious names of non-existent people.  Sevanna and WEX then traffic these credentials to Terix so Terix can access Oracle's support site (without disclosing its true identity) to download Solaris Updates and firmware updates without authorization and provide them to Terix's customers.  Terix even uses the trafficked Sevanna access credential to create an entire, generic library of stolen Oracle firmware updates , which Terix distributes to its customers in competition with Oracle.  By using front companies and fake contact people at those companies, Terix tried to escape detection and ensure that "Terix" did not download software from Oracle, or enter into contracts with Oracle, under its own name.  Maintech likewise acquired access credentials to Oracle's support website through password trafficking by its co-Defendant Volt Delta.  Maintech used Volt Delta's credential to download Solaris Updates and firmware updates without authorization and then to distribute those materials to its customers.

4.      Terix and Maintech have engaged in this misconduct together, individually, and with other unauthorized support providers.  For purposes of pleading, Oracle often refers to both Terix and Maintech throughout this First Amended Complaint, as both Defendants have committed the wrongdoing in question.  These allegations include situations where Terix and Maintech each committed the acts independently of each other, and when they acted together, and when either or both acted together with another unauthorized support provider.

5.      Oracle is the world's leading supplier of enterprise hardware and software systems, and related technical support and consulting services for those systems.  Customers who own Oracle hardware have the option to purchase an annual contract for technical support services to be performed by Oracle for those hardware systems.  As part of those support

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1    services, Oracle makes available to customers Solaris Updates for the proprietary firmware and

2    operating system software that ships with and runs the hardware systems.

3          6.      In most instances, Oracle delivers its technical support services for this

4    software and firmware over the internet.  Customers that purchase a technical support agreement

5    from Oracle – either directly from Oracle or through a reseller authorized by Oracle to sell

6    Oracle support renewal contracts – receive a "Customer Support Identification" number ("CSI

7    number") linked to the products covered by the support contract.  The CSI number allows

8    customers to create login credentials to access Oracle's secure support website.  Using those

9    credentials, the licensed customer on active support may download Solaris Updates and firmware

10   updates for the hardware systems that are covered by the support agreement.  The customer may

11   not share or use its access credentials for the benefit of others or for the benefit of unsupported

12   Oracle hardware – only customers who pay for and maintain a technical support agreement with

13   Oracle for the hardware at issue may download Oracle's proprietary Solaris Updates and

14   firmware updates , and only for their own internal business use on specified computers.

15         7.      Terix and Maintech purport to offer support services related to Oracle's

16   Sun-branded hardware systems.  Each company sometimes contracts directly with customers to

17   provide this support, and at other times contracts indirectly as a subcontractor to another entity,

18   such as its co-Defendant and other partners and resellers.  While a customer may engage a third

19   party – instead of Oracle – to provide support services on Oracle hardware, neither the third

20   party nor the customer can access or use Oracle's support website to support that hardware.  In

21   particular, neither the third party nor the customer may use official, Oracle-authored Solaris

22   Updates and firmware updates to support the Oracle software running the hardware because

23   those Solaris Updates and firmware updates are Oracle's copyrighted and/or proprietary

24   intellectual property.  Terix and Maintech, as third party support providers not authorized or

25   licensed by Oracle, have no rights to use Oracle's proprietary software as part of their support

26   service offerings.

27         8.      Terix and Maintech ignored these fundamental rules and restrictions as

28   part of their scheme to sell their own support services for Oracle hardware to customers that

3

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

needed access to Oracle's proprietary updates and updates.   Neither Terix nor Maintech nor the customers that contracted with them directly or indirectly had any right to access, download, copy or distribute Solaris Updates or firmware updates from Oracle for these illicit purposes. Oracle is nevertheless informed and believes that Terix and Maintech falsely told their customers that (i) Terix and Maintech could lawfully provide that access and support (including in the case of Terix a false statement that it was an Oracle partner and authorized to provide this support) and/or (ii) customers were entitled to obtain Solaris Updates and firmware updates even without an active support contract with Oracle by virtue of their licenses to use the Solaris operating system in conjunction with their purchase of Oracle hardware.  To provide their services, Terix and Maintech either obtained access credentials to Oracle's secure support website under false pretenses or directed others with access credentials to download Oracle's intellectual property unlawfully.  With respect to dozens of customers known to Oracle, Terix and/or Maintech also copied and distributed Oracle's copyrighted software, without authorization, as part of the services they provided to their customers.  Based on Terix and Maintech's consistent misrepresentations to their customers about the customers' entitlements to receive Solaris Updates and firmware updates for desupported servers and/or these Defendants' ability to provide operating system support for Solaris, Oracle is informed and believes that Terix and Maintech have copied and distributed Oracle's copyrighted software, without authorization, as part of their illegal support services for other customers as well.

9.      Defendants do not have permission from Oracle to distribute copies of Oracle's copyrighted software to anyone, nor to induce others, including their customers, to copy and distribute Oracle's copyrighted software.  Defendants' activities infringe Oracle's intellectual property rights, violate the laws governing website and computer access, breach certain agreements with Oracle, including the Oracle website Terms of Use, violate the Lanham Act and interfere with Oracle's prospective economic relations.  Oracle brings this lawsuit to stop Defendants' wrongful conduct.

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## II.    THE PARTIES

10.    Plaintiff Oracle America is a Delaware corporation duly authorized to do business in the State of California, with its principal place of business in Redwood City, California.  Oracle develops and licenses certain intellectual property, including copyrighted software programs, and provides related support and consulting services to its licensed customers.  The entity known as Oracle USA, Inc. was merged into Sun Microsystems, Inc. ("Sun"),[1] which then changed its name to Oracle America.  Accordingly, Plaintiff Oracle America continues to hold all of Sun's interest, rights, and title to the copyrights for Solaris 8, 9 and 10 and the rights to bring claims for infringement of those copyrights.

11.    Plaintiff OIC is a California corporation with its only place of business in Redwood City, California.  OIC owns and licenses certain intellectual property, including copyrighted software programs.  OIC and Oracle America together hold all interest, right and title to the copyright for Solaris 11 and the right to bring claims for infringement of that copyright.

12.    Terix is a California corporation with its principal place of business in Sunnyvale, California.  Terix holds itself out as a third party maintenance provider that provides support for, among other things, Oracle hardware and Oracle's proprietary Solaris operating system.

13.    Sevanna is a Nevada corporation with its principal place of business in Sunnyvale, California, in the same building as Terix.  Sevanna has two shareholders, Bernd Appleby and James Olding, who are the President/CEO and COO respectively of Terix.  Appleby holds all of Sevanna's corporate officer positions – President, Secretary, Treasurer and Director.  Although the two companies are technically separate legal entities, Terix effectively controls Sevanna.

---

[1] Sun developed and sold computer hardware and the Solaris operating system which runs that hardware.  Sun computers, which Oracle continues to sell under the Sun brand name, may be referred to as Oracle or Sun computer hardware interchangeably throughout this Complaint.

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

14.     WEX is a Nevada corporation with its headquarters and principal place of business in Rancho Cordova, California.  WEX has the same two shareholders that Sevanna does (Appleby and Olding), who hold all of WEX's corporate officer positions.  As with Sevanna, although WEX and Terix are technically separate legal entities, Terix effectively controls WEX.

15.     Maintech is a Delaware corporation with its headquarters in Cranford, New Jersey and a network operations center in Orange, California.  Maintech holds itself out as a third party maintenance provider that provides support for Oracle hardware and the Solaris operating system.

16.     Volt Delta is a Nevada limited liability company with its headquarters in Cranford, New Jersey.  Volt Delta holds itself out as a cloud-based contact center for enterprises to manage customer relationships.  Volt Delta is a corporate affiliate of Maintech's and has effective control over it.  On information and belief, Maintech is a different legal entity from Volt Delta, and Maintech bears direct liability for all conduct alleged against it in this First Amended Complaint.  To the extent Maintech is, or at any relevant time was, a division of Volt Delta, and Volt Delta bears some or all of the direct liability for Maintech's alleged acts, then pursuant to Federal Rule of Civil Procedure 8(d), Oracle alternatively alleges these acts were committed by Volt Delta.

17.     Oracle is currently unaware of the true names and capacities of Does 1 through 50, inclusive, whether individual, partnership, corporation, unincorporated association, or otherwise.  Due to the surreptitious nature of Defendants' actions, and the complicated nature of their scheme, the identities of Does 1 through 50 have been concealed from Oracle, preventing Oracle from identifying them by name.  After discovery, which is necessary to ascertain the true names and capacities of Does 1 through 50, Oracle will amend its complaint to allege the necessary identifying details.

18.     Defendants have agreed to personal jurisdiction and venue in this District in contracts with Oracle, which by this action Oracle alleges Defendants breached.

19.     Defendants are also subject to personal jurisdiction in California because they are subject to general jurisdiction in this forum.  Terix, Sevanna and WEX are

1   headquartered in Sunnyvale and Rancho Cordova, California, and their contacts with the state

2   are substantial, continuous and systematic.  Maintech has a network operations center in Orange,

3   California, where its employees perform real time monitoring of Maintech's customers' installed

4   product bases 24 hours a day and trouble shoot and address customer support requests – a

5   significant part of Maintech's business.  Accordingly, Maintech's contacts with the state are

6   substantial, continuous and systematic.  Volt Delta has a corporate campus and regional

7   headquarters in Orange, California, and a call center in Irvine, California, and through both

8   offices conducts a substantial amount of the company's overall business.  Volt Delta's contacts

9   with the state are substantial, continuous and systematic.  In addition, Defendants are subject to

10  specific jurisdiction here because they have committed wrongful intentional acts in this state,

11  expressly aimed at Oracle, which Defendants knew or should have known is also a resident of

12  California, and caused harm that they knew or should have known was likely to be suffered by

13  Oracle in Redwood City, California.  For example, some of the customer servers for which

14  Defendants provide unlawful support are in California.

15          20.     At all material times, each of the Defendants, including Does 1 through

16  50, was the agent, servant, employee, partner, joint venturer, representative, subsidiary, parent,

17  affiliate, alter ego, or co-conspirator of the others, had full knowledge of and gave substantial

18  assistance to the alleged activities, and in so doing the things alleged, each was acting within the

19  scope of such agency, service, employment, partnership, joint venture, representation, affiliation,

20  or conspiracy, and each is legally responsible for the acts and omissions of the others.

21  **III.   JURISDICTION**

22          21.     Oracle's first claim for relief arises under the Federal Copyright Act,

23  17 U.S.C. §§ 101 *et seq.*, its second claim for relief arises under the Computer Fraud and Abuse

24  Act, 18 U.S.C. §§ 1030 *et seq.*, and its third claim for relief arises under the Lanham Act, 15

25  U.S.C. §§ 1051 *et seq.*  Accordingly, this Court has subject matter jurisdiction over this action

26  pursuant to 18 U.S.C. § 1030(g), 28 U.S.C. § 1331, and 28 U.S.C. § 1338.

27          22.     This Court has supplemental subject matter jurisdiction over the pendant

28  state law claims under 28 U.S.C. § 1367, because these claims are so related to Oracle's claims

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  under federal law that they form part of the same case or controversy and derive from a common

2  nucleus of operative facts.

3  **IV.   VENUE**

4          23.     Venue in this District is appropriate because Defendants have consented to

5  venue in this District in at least one of the contracts on which Oracle sues in this case.

6          24.     Venue in this District is also appropriate because Terix and Sevanna are

7  based here and Defendants committed a substantial amount of the wrongful intentional acts here,

8  which they also expressly aimed at Oracle.  Defendants knew or should have known Oracle

9  resides in this District, and caused harm that they knew or should have known Oracle would

10  likely suffer in this District.  As a result, Defendants would be amenable to personal jurisdiction

11  if this District were a separate state, and therefore venue in this District is appropriate under 28

12  U.S.C. § 1400(a).

13  **V.    INTRADISTRICT ASSIGNMENT**

14          25.     Because this action alleges, among other things, claims for copyright

15  infringement, it is an intellectual property action and may be assigned on a district-wide basis

16  pursuant to Civil L.R. 3-2(c).

17  **VI.   FACTUAL ALLEGATIONS**

18          **A.     Oracle's Computer Systems and Support Materials**

19          26.     Oracle develops, manufactures, markets and distributes enterprise business

20  hardware and software systems, and provides related technical support and consulting services.

21  The hardware systems that Oracle develops and distributes involve several components, all of

22  which Oracle supplies.  In a simplified view, the foundation of the system (or "stack" as it is

23  sometimes called) is typically storage and servers, such as Oracle's Sun servers.  The server

24  requires an operating system to run it, such as Oracle's Solaris operating system, which is an

25  analog to Microsoft's Windows operating system for personal computers.  A typical

26  configuration would also employ a database to manage business data, middleware to allow the

27  database to interact with various applications that provide the business logic to be performed by

28

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  the system, and the applications themselves, such as human resources software for payroll

2  processing or financials software for financial reporting.

3      27.    Oracle's comprehensive line of Sun server systems provides world-class

4  performance for businesses of all sizes, and includes some of the most reliable, scalable, and

5  powerful systems in the industry.  Oracle also develops and licenses the Solaris operating system

6  and related "firmware" to run its Sun servers.  Solaris is one of the most advanced operating

7  systems available for enterprise use.  It provides innovative, built-in features that allow for high

8  availability, advanced security, efficiency, and industry-leading scalability/performance, and are

9  targeted at business and public sector customers.

10      28.    As is typical in the computer industry, Oracle offers technical support

11  services for its hardware systems, including the Solaris operating system.  For example,

12  customers who own Oracle/Sun hardware may also purchase technical support services from

13  Oracle which entitle those customers to Solaris Updates for their Oracle/Sun hardware, operating

14  systems and firmware that run on that hardware.  Solaris Updates and firmware updates are

15  available to customers with active support contracts with Oracle to download from Oracle's

16  password-protected, secure customer support website.  Customers choose the Solaris Update or

17  firmware updates to apply based on the issues that they seek to address and the status of their

18  particular system at the time the issue arises.

19      29.    Typically, Oracle's technical support service agreements are for annual

20  periods of twelve months.  The customer may renew the agreement for additional twelve-month

21  terms subject to Oracle's then current pricing and support policies.

22  **B.     Oracle's Support Websites and Terms Of Use**

23      30.    After the Oracle/Sun combination, Oracle placed the support resources for

24  Sun's computer hardware products on the My Oracle Support ("MOS") website, a password-

25  protected, web-based support portal.  MOS provides a single, integrated support platform for

26  most Oracle products.  After approximately December 12, 2010, Oracle customers could access

27  Solaris Updates and firmware updates through MOS.  Before that, Oracle or Sun customers

28  could access Solaris Updates and firmware updates through Sun Solve, which was also a

1  password-protected web-based support portal.  Regardless of the system used to acquire support

2  services on the Solaris operating system, both Sun and Oracle at all times charged customers a

3  fee to have full access to Solaris Updates, typically through the customers' purchase of an annual

4  support contract as noted above.  At no time since Solaris has been licensed for use by customers

5  has either Sun or Oracle provided customers with the right to access and/or use, by license or

6  otherwise, all Solaris Updates developed by Sun or Oracle for free.

7        31.      In order to obtain a MOS login credential, a customer must create an

8  Oracle.com account.  To do this, a customer must submit certain information, and to agree to

9  certain terms and conditions, including the Oracle.com and MOS Terms of Use.  The Oracle.com

10  Terms of Use apply to all users of Oracle's websites, and state:

11       *By accessing or using the Site or the Content provided on or*

12  *through the Site, you agree to follow and be bound by the*
   *following terms and conditions concerning your access to and use*

13  *of the Site and the Content provided on or through the Site*
   *("Terms of Use") and our Privacy Policy.*

14

15        32.      The Oracle.com Terms of Use state that only authorized users may access

16  secure areas of Oracle's website.  They further state that registered users may not allow others to

17  use their passwords or account information to access Oracle's websites:

18       *You agree not to attempt to gain unauthorized access to any parts*
   *of the Site or any Oracle accounts, computer systems or networks.*

19       *[…]*

20       *Access to and use of password protected or secure areas of the Site*

21  *is restricted to authorized users only. You agree not to share your*
   *password(s), account information, or access to the Site. You are*

22  *responsible for maintaining the confidentiality of password(s) and*
   *account information, and you are responsible for all activities that*

23  *occur under your password(s) or account(s) or as a result of your*
   *access to the Site. You agree to notify Oracle immediately of any*

24  *unauthorized use of your password(s) or account(s).*

25        33.      The Oracle.com Terms of Use also state that users may not use automated

26  means to access Oracle's website or any Oracle systems:

27       *You agree not to use any robot, spider, scraper or other automated*

28  *means to access the Site or any Oracle accounts, computer systems*
   *or networks without Oracle's express written permission.*

No. 5:13-cv-03385 PSG

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1   34.   Through the Oracle.com Terms of Use, users of Oracle's websites also

2   agree to submit to California law and the jurisdiction of California courts for legal actions

3   relating to the access to, or use of, Oracle's websites and/or the content they contain, and agree

4   that venue for any such actions in proper in this District:

> *All matters relating to your access to, and use of, the Site and Content provided on or through or uploaded to the Site shall be governed by U.S. federal law or the laws of the State of California. Any legal action or proceeding relating to your access to, or use of, the Site or Content shall be instituted in a state or federal court in San Francisco, San Mateo or Santa Clara County, California. You and Oracle agree to submit to the jurisdiction of, and agree that venue is proper in, these courts in any such legal action or proceeding.*

35.   To the extent more than one version of the Oracle.com Terms of Use was in effect during the time period relevant to the allegations in this Complaint, each version contained provisions identical or substantially similar to those cited above.

36.   Once a customer has established an account with Oracle.com, that customer may also, if authorized to do so, sign up for MOS access, which has additional Terms of Use.

37.   When a customer signs up for MOS access, that customer must accept and agree to abide by the My Oracle Support Terms of Use ("MOS Terms of Use").  The MOS Terms of Use apply to all users of MOS.  They specify, among other things, that only authorized users may access MOS, and only for authorized purposes, that those authorized users may not use the material available through MOS other than for "internal business operations," and that users may not use automated means to download:

> *By using the My Oracle Support web-based technical support service ("My Oracle Support"), Customer (hereinafter "you") agree to the following terms and conditions...*
>
> *You agree that access to My Oracle Support, including access to the service request function, will be granted only to your designated Oracle technical support contacts and that the Materials may be used only in support of your authorized use of the Oracle programs and/or hardware for which you hold a current support contract from Oracle. Unless specifically provided in your agreement with Oracle, the Materials may not be used to provide services for or to third parties and may not be shared with*

11

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

*or accessed by third parties. However, the Materials may be shared with or accessed by third parties who are your agents or contractors acting on your behalf solely for your internal business operations and you are responsible for their Compliance with these My Oracle Support Terms of Use. You agree that you will not access or use My Oracle Support in any manner that could damage, disable, overburden, impair, or otherwise result in unauthorized access to or interference with, the proper functioning of any Oracle accounts, systems, or networks.  For example, you may not use any software routines commonly known as robots, spiders, scrapers, or any other automated means, to access My Oracle Support or any other Oracle accounts, systems, or networks.*

38.    The MOS Terms of Use further prohibit a user from using, disclosing, transmitting, or copying any of the materials contained on the website other than to support an authorized customer's own use of those materials for which that customer holds a current support contract from Oracle:

*[T]he information contained in the [My Oracle Support] Materials is the confidential proprietary information of Oracle. You may not use, disclose, reproduce, transmit, or otherwise copy in any form or by any means the information contained in the Materials for any purpose, other than to support your authorized use of the Oracle programs and/or hardware for which you hold a current support contract from Oracle, without the prior written permission of Oracle.*

39.    To the extent there was more than one version of the MOS Terms of Use in effect during the time period relevant to the allegations in this Complaint, each version contained provisions identical or substantially similar to those cited above.

40.    Furthermore, at all relevant times, the main MOS web page – which all users must visit to access MOS – stated that "Use of this site is subject to the Legal Notices and Terms for Use and Privacy Statement located on this site," which include the MOS Terms of Use.  Therefore, any use of MOS is governed by the MOS Terms of Use.

41.    The Oracle.com Terms of Use and the MOS Terms of Use are valid, enforceable contracts between Oracle and all customers or other users who register for, or access MOS.

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

42.     In the course of providing support to many of their customers, Terix and Maintech accessed MOS and agreed to the MOS and Oracle.com Terms of Use.  Terix and Maintech have accessed MOS without Oracle's permission and agreed to the MOS and Oracle.com Terms of Use on numerous occasions and in support of many unauthorized customers.

43.     Sevanna is an Oracle customer with an active support contract for a single Sun SPARC Enterprise M3000 server that runs the Solaris operating system.  Sevanna has accessed MOS and agreed to the MOS and Oracle.com Terms of Use.

WEX is an Oracle customer with an active support contract for a Sun X4200 server and a Sun NT5220 server that run the Solaris operating system.  WEX has accessed MOS and agreed to the MOS and Oracle.com Terms of Use.

44.     Volt Delta purchased a multi-year Solaris support contract with Sun in 2009 through a former Sun Value Added Distributor ("VAD"), Serverware.  Volt Delta used that support contract to set up an account on the Sun Solve support website, and in so doing, agreed to the Sun.com Terms of Use.  The then-applicable Sun.com Terms of Use contained provisions that were similar to the MOS and Oracle.com Terms of Use quoted above.  For instance, paragraph 14.3 of the Sun.com Terms of Use provided that "California law and controlling U.S. federal law govern any action related to the Terms and/or Your use of the Website," and that "You and Sun agree to submit to the personal and exclusive jurisdiction of the courts located within the county of Santa Clara, California, U.S.A."

**C.      Defendants Accessed Oracle's Software And Support Websites Without Authorization And Provided Oracle Software To Others Who Were Not Entitled To It**

45.     Terix advertises itself as "the leading independent provider of flexible and innovative hardware and software maintenance service offerings."  Terix claims that it is "an industry leader for hardware and OS [operating system] maintenance services in the global datacenter market place."  Terix states it can save customers "an average of 20% off the maintenance fees charged by OEMs [original equipment manufacturers] for equivalent" service levels.

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

46.     Terix boasts that the service it provides goes "far beyond the bare metal break-fix of other third party maintainers."  Instead, Terix states that it also provides "Operating System Support" on Oracle's Solaris.  Differentiating itself from these other third party maintainers, Terix contends that "[y]our maintenance solution can only be complete with a firm understanding of the OS and IOS operating systems running on your hardware, and at TERiX, our support includes both hardware and UNIX operating system support" and specifically on "Solaris."  Terix asserts that it "offers operating system support on Solaris 10 and prior versions.  TERiX provides swift recommendations and action plans acting as an agent of end-user rights and license."

47.     Maintech advertises itself as an "Independent Service organization (ISO) serving the global corporate IT enterprise marketplace."  Maintech claims that it provides "data center services" for "server farm[s]" and "storage architecture" for "Sun/Oracle" products, and that it supports "UNIX based platforms," which for Oracle products is a reference to Solaris.  Maintech states that its "remote managed services" include providing "Patch Management and Software Distribution."

48.     The Solaris operating system is copyrighted, and Solaris Updates include protectable expression contained in the registered works.  In addition, Oracle's firmware updates are proprietary software and also contain protectable expression.  Terix and Maintech nevertheless falsely tell Oracle hardware customers that they do not need to purchase an annual support agreement with Oracle to obtain Solaris Updates or firmware updates .  Oracle is informed and believes that Terix and Maintech tell their customers that they can provide Solaris and firmware support based on the following false assertions:  (i) that customers' original purchase of the Oracle hardware, which included a license to use the installed version of Solaris on that hardware, also provides a perpetual entitlement to access and use Solaris Updates and firmware updates , (ii) that Terix and Maintech can provide Solaris support including Solaris Updates, as well as firmware updates , and (iii) in the case of Terix, that Terix can provide Solaris support and firmware updates because Terix is a member of Oracle's "partner" program (which it is not) and that this authorizes Terix to provide Solaris support and firmware updates

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1    (which it does not, even to legitimate Oracle partners).  In reality, customers that have canceled

2    support for Oracle on hardware and contracted with Terix and Maintech for support on that

3    hardware do not have entitlement to obtain Solaris Updates or firmware updates for that

4    hardware.  Oracle's technical support policies provide, and provided at all relevant times, that

5    "Customers with unsupported hardware systems are not entitled to download or receive updates,

6    maintenance releases, updates , telephone assistance, or any other technical support services for

7    unsupported hardware systems."  Moreover, prior to Oracle's acquisition of Sun, Sun at all times

8    required that customers have an active support contract to access all Solaris Updates developed

9    by Sun.

10            49.     Terix's false representations to customers are documented in, among other

11   places, onboarding documents that Terix refers to as "Clearvision."  In general, when Terix,

12   either on its own or in conjunction with Maintech or others, induces a customer to end its support

13   contract with Oracle and instead contract for support with Terix and/or one of its partners or

14   resellers, such as Maintech, Terix employees have an onboarding phone call with the customer,

15   the content of which largely follows, and is documented in, the Clearvision script.  Maintech

16   provides equivalent information to customers through its onboarding process.  Terix and

17   Maintech falsely represent to customers that their initial purchase of Oracle hardware and the

18   license to use the version of Solaris that was installed on the hardware gives the customer the

19   right to receive Solaris Updates and firmware updates in perpetuity for free.  Terix and Maintech

20   specifically tell customers to disregard Oracle's written policies, to which the customers have

21   previously agreed, that a customer may obtain Solaris Updates and firmware updates only for

22   servers that are under a support contract with Oracle.  For litigation purposes, Terix and

23   Maintech take the position that it is the customer's responsibility to have the appropriate licenses

24   in place and that Terix and Maintech act solely as the customer's agent, but that position is a

25   sham and knowingly false.  In reality, Terix and Maintech falsely tell the customers that they do

26   not need to have their servers on support contracts with Oracle in order to obtain Solaris Updates

27   and firmware updates for those servers, and relying on this and other misrepresentations,

28   customers contract with Terix and Maintech and renew their support contracts with them instead

1   of renewing support with Oracle.  At no point in the onboarding process or subsequently does

2   Terix or Maintech advise the duped customer to request from Oracle ongoing access to MOS

3   based on the alleged license that the customer supposedly possesses.  Instead, Terix and

4   Maintech, and the customer at their behest, conceal this entire process from Oracle such that

5   Oracle is unable to alert the customer to Terix and/or Maintech's misrepresentations and confirm

6   that the customer's license to Solaris does not include a license to use Solaris Updates or

7   firmware updates without an Oracle support contract on the relevant servers.

8          50.   Terix and Maintech falsely have represented to customers with some

9   servers on Oracle support and others that have been removed from Oracle support (because the

10  customer has contracted with Terix and/or Maintech instead) that they may use MOS access

11  credentials that they possess either for other, supported servers or other Oracle products entirely,

12  to obtain Solaris Updates and firmware updates for the desupported hardware, contrary to

13  Oracle's technical support policies.  Terix and Maintech regularly instruct customers that need

14  Solaris Updates or firmware updates to put a single server on Oracle support so that the customer

15  can obtain MOS access credentials, which Terix and Maintech then use to obtain Solaris Updates

16  and firmware updates for other, unsupported servers.  On dozens of occasions, Terix and

17  Maintech persuaded customers to provide them or create for them the customers' MOS access

18  credentials so that Terix and Maintech could access MOS and obtain the Solaris Updates and

19  firmware updates for the desupported hardware, which they did.  Terix and Maintech had no

20  authorization to log in to MOS at all.

21         51.   Terix and Maintech went to elaborate lengths to conceal their wrongful

22  conduct from Oracle, an effort that ultimately failed.  When MOS users register an access

23  credential, they create a user ID (in the form of an email address) linked to one or more Oracle

24  CSI numbers.  Users commonly choose email addresses that contain or reflect the name of their

25  company.  Terix, however, carefully never employs a user ID that has the word "Terix" in it.

26  Instead, Terix often obtains Solaris Updates and firmware updates with user IDs that reflect the

27  name of Terix's customer but not Terix itself (e.g., ██████████████████████████

28  ██████████████████████).

No. 5:13-cv-03385 PSG

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

52.     On other occasions, Terix performs downloading using a credential (███████████████████) that is actually owned by its co-Defendant Sevanna, a separate corporation whose sole investors consist of Terix's President/CEO and COO.  As noted above, Sevanna has an active support contract with Oracle for a single Sun SPARC Enterprise M3000 server.  Sevanna entered into this contract to defraud Oracle.  Sevanna identified its account contact for this support contract as "████████," which is the fictitious name of a non-existent person.  The Sevanna credential for this account (████████████████████) also uses a fake name.  This support contract only authorizes Sevanna to obtain Solaris Updates and firmware updates for use on the one server under support.  It does not authorize Sevanna to obtain Solaris Updates or firmware updates for any other server, and it does not authorize Terix (or anyone other than Sevanna) to access MOS at all.  Nonetheless, the true purpose for Sevanna's entering into this support contract was to traffic its access credential to Terix.  Terix has used the Sevanna access credential to unlawfully download hundreds of Oracle firmware updates into a centralized firmware repository that Terix maintains on its own system.  This repository is essentially a library of bootleg copies of firmware updates that Terix distributes to its customers on Oracle hardware.  In addition, Terix has used the Sevanna access credential to unlawfully obtain Solaris Updates to provide to its customers, including many Updates that are not for M3000 servers at all but are for other models of servers.  The purpose of this password trafficking was to trick Oracle by disguising Terix's access to MOS in the hope that Oracle would not detect Terix's illegal conduct.

53.     On still other occasions, Terix performs downloading using a credential (████████████████) that is actually owned by its co-Defendant WEX.  As with Sevanna: WEX is a separate corporation whose sole investors are Terix's President/CEO and COO; the access credential uses a fake name and does not correspond to any actual person; WEX trafficked the access credential to Terix; and Terix then used it to download Solaris Updates and firmware updates to distribute to its customers.

54.     When Terix uses these passwords that are trafficked to it by its co-defendants or provided to it by its customers, Terix often uses an automated download tool called

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1    Wget because the scope of Terix's unauthorized downloading is so vast that no human being

2    could do it in the time Terix desires.  For example, between 8:27 am on September 9, 2011 and

3    1:06 am on September 12, 2011, Terix used the access credentials it received from a customer to

4    download 4,080 Solaris Updates and firmware updates – downloading around the clock, without

5    stop, at an average rate of approximately one Update or patch per minute.  This automated

6    downloading violated the Oracle.com and MOS Terms of Use.

7           55.     Maintech has used similar password trafficking to obtain Solaris Updates

8    and firmware updates .  Maintech's affiliate and co-Defendant Volt Delta entered into a multi-

9    year support contract with Sun in 2009 through a former Sun VAD, Serverware.  Internal

10   Maintech documents reveal that this contract was a sham.  Volt Delta directed that "the charges

11   against this order are to be transferred to Maintech."  The purpose of the contract was "to allow

12   Maintech to access the Sun Solve database for updates," not for Maintech's own use but to

13   "support customers."

14          56.     In litigation, Maintech has asserted that it does not provide Solaris

15   Updates and firmware updates to its customers, or even provide software support at all on

16   Solaris, but this is untrue.  Its contracts with customers routinely state that Maintech provides

17   "████████████████████████████████████████████████████████████

18   ████████████████████████████████████████████████████████████

19   ██████████████████████████████████████████."

20          57.     In situations where Maintech subcontracts software support to Terix,

21   Maintech still remains actively involved in ████████████████████████████

22   ████████████████████████ to Terix's doing so.  This is evidenced in, among other places,

23   Maintech's ████████████████████████████ many instances in which customers

24   ████████████████████████████████████████████████ , and

25   then Maintech either ████████████████████████████████ doing so.  For

26   example, on May 17, 2012, ████████████████████ stating that it "████████

27   ██████." Maintech's records state that "████████████████████████████████

28   ██████████████████████████████████████." As

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1   another example, on April 20, 2010, ███████████████████████████████

2   ████████████████████.”  Maintech's records state that the outcome of this request

3   was "████████," and there is no indication that Terix was involved.  Indeed, in its

4   discovery responses Terix does not identify █████ as even being one of its customers.

5           58.     Defendants realize that their acquisition, copying and distribution of

6   Oracle's Solaris Updates and firmware updates is unlawful.  As noted, Defendants went to great

7   lengths to conceal their conduct from Oracle.  Terix also puts its Clearvision documents under

8   the cloak of non-disclosure agreements with its customers – and has designated them all

9   confidential when producing them in this litigation – even though the only thing Clearvision

10  states is Terix's unsupportable legal theory that the customer's original purchase of the Sun

11  hardware entitles the customer to free Solaris Updates and firmware updates forever.  Since the

12  customers (and for that matter, Oracle) already have the actual language of the Solaris licenses,

13  the only thing Terix could plausibly have been trying to keep secret was its unlawful business

14  model.

15          59.     Maintech also realizes that it cannot lawfully copy and distribute Oracle's

16  Solaris Updates and firmware updates .  One of Maintech's resellers, █████████, has

17  advised Maintech that "████████████████████████████████████████

18  ████████████████████████████████████████████████

19  ████████████████████████████████████████████████████

20  ████████████.”  Indeed, one of Maintech and Terix's customers, █████████████

21  ████████████████████████████████████████████████████

22  █████████████████████████ with both companies.

23          60.     When Oracle at last became aware of Terix and Maintech's conduct

24  regarding one of their Oracle hardware customers, it demanded an explanation from them.  Terix

25  and Maintech admitted they "do not have, nor have they ever claimed" to "have a license with

26  Oracle, or any third party" that would authorize these downloads.  Rather, Terix and Maintech

27  stated their false theory that they act "as an agent of" the customer, which they asserted is "a

28  holder of valid Solaris licenses and Oracle contracts," authorizing them "to use" the customers'

1    "credentials to access Oracle Intellectual Property."  In fact, once customers terminate their

2    support with Oracle, they are not authorized to use their credentials to access MOS and obtain

3    Solaris Updates or firmware updates , and thus Terix and Maintech are not either.

4        61.    Terix has also falsely represented to customers that it is a "partner" of

5    Oracle and therefore authorized to provide support on the Solaris operating system, including

6    providing Solaris Updates, as well as firmware updates .  For example, Oracle is informed and

7    believes that Terix represented to Dominion Resources ("Dominion") and the Royal Bank of

8    Canada ("RBC") that it was authorized to provide them with Solaris Updates and firmware

9    updates because Terix is an Oracle partner.  Terix is not an Oracle partner.  Moreover,

10   membership in the Oracle Partner Network does not authorize any partner to distribute Solaris

11   Updates or firmware updates .

12       62.    This wrongful conduct reflects Terix and Maintech's general business

13   model for soliciting Oracle hardware customers to contract with them to provide unauthorized

14   and illegal support services for their Oracle hardware.  As detailed above, Terix and Maintech

15   falsely represent to customers that their original purchase of the hardware entitles them to

16   perpetual support on Solaris, and/or that Terix and Maintech have authorization to provide

17   Solaris Updates and firmware updates .  Terix and Maintech provide or facilitate the provision of

18   unauthorized Solaris Updates and firmware updates .  For dozens of customers, Terix and

19   Maintech obtained Solaris Updates and firmware updates by using trafficked Oracle access

20   credentials and other improper methods.  On information and belief, they induced certain of their

21   customers to improperly obtain unauthorized Solaris Updates and firmware updates , including

22   by using login credentials to Oracle's password-protected support sites after their Oracle support

23   on the relevant servers had expired.  These unwitting customers include Bank of New York -

24   Mellon ("BNYM"), Comcast, Dominion, Sony Corporation of America ("Sony"), RBC, █████

25   ████████████████████████████████████████████████████████████████

26   ███████  and others.  Terix and Maintech induced these and other customers of Oracle's support

27   services to cancel their support contracts with Oracle by falsely representing that they could

28

No. 5:13-cv-03385 PSG

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  legally provide service and support for their Oracle computer products less expensively than

2  Oracle.

3          63.     With respect to hundreds of customers (including those referenced above),

4  Terix and Maintech conspired to perform these illegal acts.

5          **D.      Defendants' Wrongful Conduct Injured Oracle**

6          64.     Defendants willfully, intentionally, and knowingly engaged in the

7  wrongful conduct alleged in this Complaint, including copyright infringement, violations of the

8  Computer Fraud and Abuse Act, breaches of contract, intentional interference with prospective

9  economic relations, violations of the Lanham Act, and other unfair business practices.

10          65.     As a direct and proximate result of these acts, Oracle has suffered injury,

11  damage, loss, and harm, including, but not limited to, loss of profits from sales to current and

12  potential customers of Oracle support services and/or licenses for Oracle software programs.

13                          **First Claim for Relief**

14                          **(Against All Defendants)**

15                          **Copyright Infringement**

16          66.     Oracle incorporates each of the allegations in preceding paragraphs 1-65

17  of this Complaint as though fully set forth here.

18          67.     Oracle owns a valid and enforceable copyright in all of its software and

19  support materials, including the Solaris Updates, which are creative works of original authorship.

20  Oracle has pre-existing, and will obtain from the Register of Copyrights, Certificates of

21  Registration that cover many of the Solaris Updates taken and copied by Defendants and others

22  acting in concert with them.[2]

23          68.     Oracle holds all of Sun's interest, rights, and title to the copyrights for

24  Solaris 8, 9, and 10, and all interest, rights and title to the copyright for Solaris 11.

25  _____

26  [2] Oracle reserves the right to amend its Complaint to include additional registered works as it
    continues to analyze the scope of Defendants' wrongful downloading, and in the event that it
27  obtains additional copyright registrations for software and support materials taken and copied by
    Defendants beyond the registrations it has already.

28

69.     Oracle owned one or more exclusive rights in certain copyrights at issue in this case, including but not limited to the works listed in paragraphs 70 and 71, at a point in time during which Defendants infringed those exclusive rights.

70.     Defendants have infringed copyrights in Oracle software, including the software covered by the certificates of registration identified, dated, and numbered as follows:

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Solaris 8 (SPARC Platform Edition) | June 19, 2000 | TX 5-138-319 |
| Solaris 8 (Intel Platform Edition) | June 19, 2000 | TX 5-196-384 |
| Solaris 9 operating system | August 7, 2002 | TX 5-586-147 |
| Solaris 10 operating system | April 19, 2005 | TX 6-086-753 |

71.     Defendants have infringed copyrights in Oracle software, including the software covered by the following copyright for which registration is currently pending:

| Title of Work | Date of Filing | Case Number |
|---|---|---|
| Solaris 11 operating system | February 19, 2014 | 1-1035264961 |

72.     These registrations and pending registration generally cover versions of Oracle's Solaris operating system and other software, including the Solaris Updates thereto, which Defendants and others acting in concert with them copied without a license.

73.     Through the acts alleged above, Defendants and those acting in concert with them have violated Oracle's exclusive rights to reproduce and make copies of its copyrighted software, including materials covered by the registrations and pending registration listed above by, among other things, downloading, copying and distributing Oracle's copyrighted software onto their and Defendants' customers' computers in violation of 17 U.S.C. § 106.

74.     Defendants and those acting in concert with them were not authorized to copy, download, reproduce, create derivative works from, or distribute Oracle's copyrighted software except as authorized by and in support of a specifically licensed use, and with respect only to software for which they had a current right to have and use.

75.     In addition to directly infringing Oracle's exclusive rights, Defendants have contributorily and/or vicariously infringed Oracle's exclusive rights in the software by controlling, directing, intentionally encouraging, inducing, or materially contributing to the copying, distribution, and/or creation of derivative works from Oracle's copyrighted software.

1   Defendants also obtained a direct financial benefit from the above alleged infringing activities

2   while declining to exercise their right to stop it or limit it.

3        76.    Defendants knew or should have known that copying, distributing, and

4   creating derivative works of and from Oracle's software, which Defendants had no license to

5   copy, distribute, or create derivative works from; or controlling, directing, intentionally

6   encouraging, inducing, or materially contributing to others' efforts to do so, infringed Oracle's

7   exclusive rights in that software.

8        77.    Oracle is entitled to damages from Defendants in an amount to be proven

9   at trial, including profits attributable to the infringement not taken into account in computing

10  actual damages under 17 U.S.C. § 504(b).  Oracle is entitled to statutory damages under

11  17 U.S.C. § 504(c) based on Defendants' infringements after the dates of copyright registration.

12       78.    Defendants' infringement of Oracle's exclusive rights has also caused

13  Oracle irreparable injury.  Unless restrained and enjoined, Defendants will continue to commit

14  such acts.  Oracle's remedies at law are not adequate to compensate it for these inflicted and

15  threatened injuries, entitling it to remedies, including injunctive relief as provided by 17 U.S.C.

16  § 502, and an order impounding or destroying any and all infringing materials pursuant to 17

17  U.S.C. § 503.

18  **<u>Second Claim for Relief</u>**

19  **(Against Sevanna, WEX, Volt Delta and Maintech as to 18 U.S.C. § 1030(a)(6)(A), and**

20  **Against Terix and Maintech as to 18 U.S.C. § 1030(a)(2)(C) and (a)(4))**

21  **Violation of the Federal Computer Fraud and Abuse Act**

22  **(18 U.S.C. §§ 1030(a)(2)(C), (a)(4) & (a)(6)(A))**

23       79.    Oracle incorporates each of the allegations in the preceding paragraphs of

24  this Complaint as though fully set forth here, including without limitation paragraphs 1-78.

25       80.    Oracle's secure MOS website is (and Sun Solve was) hosted by, and

26  allows access to, certain of Oracle's computers, computer systems, and computer networks,

27  which are protected computers within the meaning of 18 U.S.C. § 1030(e)(2).  Those computers,

28  computer systems, and computer networks are data storage facilities directly related to and

1    operating in conjunction with Oracle's computers, which are used in and affect interstate and

2    foreign commerce, including by providing access to worldwide communications through

3    applications accessible through the Internet.

4          81.    Sevanna, WEX, Volt Delta and Maintech have violated the Computer

5    Fraud and Abuse Act, 18 U.S.C. § 1030(a)(6)(A), by knowingly and with the intent to defraud

6    Oracle, trafficking in passwords or similar information through which Oracle's computers and

7    support websites may be accessed without authorization.  As alleged above, Sevanna has an

8    active support contract with Oracle for a single Sun SPARC Enterprise M3000 server.  This

9    contract provides Sevanna a user ID and password to access MOS to obtain Solaris Updates and

10   firmware updates for use solely on this server.  However, Sevanna has trafficked that user ID and

11   password to Terix, which has used them to access MOS without authorization to obtain Solaris

12   Updates and firmware updates , which Terix then copied and distributed to its customers.

13   Indeed, Terix used the Sevanna access credentials to create an entire repository of firmware on

14   its system that it uses to support customers.  Similarly, WEX has an active support contract with

15   Oracle, and WEX trafficked the user ID and password access to MOS to Terix, which used those

16   access credentials to access MOS and download Solaris Updates and firmware updates .

17   Likewise, Volt Delta entered into a multi-year support contract with Sun and acquired user IDs

18   and passwords to access Sun Solve and then MOS to obtain Solaris Updates and firmware

19   updates solely for the server under support.  However, Volt Delta trafficked its user IDs and

20   passwords to Maintech, which used them to access Sun Solve and MOS without authorization to

21   obtain Solaris Updates and firmware updates , which Maintech then copied and distributed to its

22   customers.   In addition, Maintech further trafficked in at least one user ID

23   (███████████████) and associated password that had been trafficked to it by Volt Delta,

24   by providing them to Maintech's customers, which used them to access MOS without

25   authorization to obtain Solaris Updates and firmware updates .

26          82.    Terix and Maintech have violated the Computer Fraud and Abuse Act, 18

27   U.S.C. § 1030(a)(2)(C), by intentionally accessing Oracle's support websites, and the computers

28   which host the information available on those websites, without authorization or by exceeding

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1   authorized access, and by obtaining information, including Oracle software, from Oracle's

2   support websites.

3          83.    Terix and Maintech have violated the Computer Fraud and Abuse Act, 18

4   U.S.C. § 1030(a)(4), by knowingly, and with intent to defraud Oracle, accessing Oracle's support

5   websites, and the computers which host the information available on those websites, without

6   authorization or by exceeding authorized access, and by means of such conduct furthered the

7   intended fraud and obtained one or more things of value, including, but not limited to, Oracle's

8   software.

9          84.    As a proximate result of Defendants' fraudulent conduct, Oracle was

10   damaged by, among other things, the unauthorized use of MOS and its software by parties who

11   had not paid Oracle for it, in an amount to be proven at trial.

12          85.    As a result of Defendants' actions, Oracle has suffered damage and loss in

13   an amount to be proven at trial, but, as to the conduct of each defendant, aggregating at least

14   $5,000 in value during a one-year period, including, without limitation the cost of investigating,

15   conducting a damage assessment, and responding to Defendants' actions.

16          86.    Terix and Maintech's unlawful access to and theft from Oracle's

17   computers have caused Oracle irreparable injury.  Unless restrained and enjoined, Defendants

18   will continue to commit such acts.  Oracle's remedies at law are not adequate to compensate

19   them for these afflicted and threatened injuries, entitling Oracle to remedies including injunctive

20   relief as provided by 18 U.S.C. § 1030(g).

21   **Third Claim for Relief**

22   **(Against Terix and Maintech)**

23   **False Advertising Under the Lanham Act, 15 U.S.C. § 1125(a)(1)(B)**

24          87.    Oracle incorporates each of the allegations in preceding paragraphs of this

25   Complaint as though fully set forth here, including without limitation paragraphs 1-86.

26          88.    Terix and Maintech have engaged in unlawful false, misleading,

27   deceptive, and confusing advertising and promotion in interstate commerce in connection with

28

1    their computer support products or services as alleged above in an effort to gain unfair

2    competitive advantage over Oracle.

3          89.    As alleged above, Terix and Maintech falsely represented on their public

4    websites and to actual and potential customers that Defendants could provide legal copies of

5    Solaris Updates and firmware updates for their Oracle computer products if those customers or

6    potential customers canceled their support contracts with Oracle.  These Defendants also falsely

7    represented on their public websites and to actual and potential customers that the customers

8    could legally obtain Solaris Updates and firmware updates for their Oracle computer products

9    without a support agreement with Oracle.  For example, the statements on Terix and Maintech's

10   websites about their ability to provide "patch management" for Solaris as part of operating

11   system support, and their statements that they can provide operating system support as an agent

12   of the customer's under a claimed "right to use" that is actually beyond the scope of any rights

13   the customer has, are misrepresentations.

14         90.    Terix also falsely represented to actual and potential customers that it was

15   a "partner" of Oracle's and as such is entitled to provide Solaris Updates and firmware updates .

16   In reality, Terix is not an Oracle partner, and being an Oracle partner would not authorize that

17   conduct anyway.

18         91.    Terix and Maintech's statements were false and misleading

19   representations of fact in commercial advertising and promotion that misrepresented the nature

20   and qualities of both Defendants' products and services, and also those of Oracle.

21         92.    These Defendants' false, misleading, deceptive, and confusing advertising

22   and promotion of their services has caused, influenced, and induced customers to purchase

23   support services from Terix and Maintech rather than Oracle's support services.  Terix and

24   Maintech's conduct has thus influenced, and is likely to influence, the purchasing decisions of

25   customers who purchase support services that include full access to Solaris Updates and

26   firmware updates and Oracle's Premier Support for Oracle/Sun computers.

27

28

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

93.     Terix and Maintech have injured Oracle, and will likely injure it in the future, by this false, misleading, deceptive, and confusing promoting and advertising which diverts support services revenue for Oracle computers from Oracle to Terix and Maintech.

94.     Terix and Maintech's false, misleading, deceptive, and confusing promoting and advertising has been deliberate and willful. Among other things, these Defendants have continued to represent to their customers that they may receive Solaris Updates and firmware updates without an Oracle support contract after Oracle warned Terix and Maintech in writing that their promoting and advertising of their support services were false and misleading, and were causing actual injury to Oracle.

95.     By reason of this false, misleading, deceptive, and confusing promoting and advertising by Terix and Maintech, Oracle has also suffered irreparable injury, and will continue to suffer irreparable injury, for which Oracle has no adequate remedy at law, entitling Oracle to injunctive relief.

## Fourth Claim for Relief

### (Against All Defendants)

### Breach of Contract

96.     Oracle incorporates each of the allegations in preceding paragraphs of this Complaint as though fully set forth here, including without limitation paragraphs 1-95.

97.     Defendants agreed to be bound by the terms of use on Oracle's support websites, including the Oracle.com Terms of Use, the MOS Terms of Use, and the Sun.com Terms of Use when they accessed or downloaded software from the MOS website.

98.     Oracle has performed all conditions, covenants, and promises required on its part to be performed in accordance with the Oracle.com Terms of Use the My Oracle Support Terms of Use, and the Sun.com Terms of Use.

99.     Defendants have breached Oracle's customer support websites' terms of use, including the Oracle.com Terms of Use, the MOS Terms of Use, and the Sun.com Terms of Use, including the provisions cited in paragraphs 31, 32, 33, 34, 37, 38 and 44 above, by among other things:

1        •       Obtaining and using Oracle's software in support of Oracle hardware for which

2                neither Defendants nor the customer holds a current support contract from Oracle;

3        •       Gaining unauthorized access to MOS and the software on MOS;

4        •       Sharing software from MOS with unauthorized third parties, and/or using

5                software from MOS to advertise, recruit and provide services for or to

6                unauthorized third parties, and not disclosing to the third parties that Defendants

7                had no right to provide that software or those services;

8        •       And, in the case of Terix, using automated means to download software from

9                MOS.

10               100.    As a result of Defendants' breach of the Oracle.com Terms of Use, the

11       MOS Terms of Use, and the Sun.com Terms of Use, Defendants have caused damage to Oracle

12       in an amount to be proven at trial. Oracle has also suffered irreparable injury, and will continue

13       to suffer irreparable injury, for which Oracle has no adequate remedy at law, entitling Oracle to

14       injunctive relief.

15                                   **Fifth Claim for Relief**

16                                   **(Against All Defendants)**

17       **Intentional Interference With Prospective Economic Relations**

18               101.    Oracle incorporates each of the allegations in preceding paragraphs 1-65

19       and 79-100 of this Complaint as though fully set forth here.

20               102.    Oracle was in an economic relationship with customers, including BNYM,

21       Comcast, Dominion, RBC and Sony, that, if not impeded by Defendants, would have resulted in

22       an economic benefit to Oracle.  Namely, these customers owned Oracle/Sun computer hardware,

23       were long-time customers of support services from Oracle for that hardware, and would

24       otherwise have renewed their support services agreements with Oracle.

25               103.    Defendants knew of these economic relationships between Oracle and its

26       customers, and intended to disrupt them.  Defendants engaged in wrongful conduct by, among

27       other things, violating the Computer Fraud and Abuse Act; engaging in unfair competition; in the

28       case of Terix and Maintech, violating the Lanham Act, misrepresenting their ability to lawfully

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1   provide support services that were equivalent to Oracle's, fraudulently misrepresenting to their

2   customers their entitlement to obtain Oracle's intellectual property after they ended their support

3   contracts with Oracle; and in the case of Terix, fraudulently misrepresenting its relationship with

4   Oracle.

5       104.    Oracle's relationship with these customers was disrupted when these

6   customers decided not to renew support agreements with Oracle and instead entered into support

7   agreements with Terix and Maintech.  Oracle was damaged as a result of the disruption of these

8   relationships in an amount to be proven at trial.  Defendants' wrongful conduct was a substantial

9   factor in causing this harm to Oracle.

10      **Sixth Claim for Relief**

11      **(Against All Defendants)**

12      **Unfair Competition – Cal. Bus. & Prof. Code § 17200**

13      105.    Oracle incorporates each of the allegations in preceding paragraphs 1-65

14  and 79-104 of this Complaint as though fully set forth here.

15      106.    Defendants have engaged in unlawful and unfair business acts or

16  practices, including violating the Computer Fraud and Abuse Act and the Lanham Act, breach of

17  contract, intentional interference with prospective economic relations, intentional

18  misrepresentation, and other illegal acts and practices as alleged above, all in an effort to gain

19  unfair competitive advantage over Oracle.

20      107.    These unlawful and unfair business acts or practices were committed

21  pursuant to business activity related to providing maintenance and support services for Oracle's

22  computer hardware and software.

23      108.    Defendants' acts and conduct constitute unlawful and unfair competition

24  as defined by California Bus. & Prof. Code §§ 17200, *et seq*.

25      109.    Defendants' conduct constitutes violations of state and federal laws ,

26  including, but not limited to, violation of the Computer Fraud and Abuse Act, 18 U.S.C. §§ 1030

27  *et seq*., the Lanham Act, and the common law.  Defendants' conduct is also unfair.

28

110.     Defendants devised their scheme involving access credential trafficking and misrepresenting to customers the support that Defendants could lawfully provide for the purposes of inducing owners of Oracle/Sun computer hardware not to enter into support agreements with Oracle, but rather to enter into profitable support contracts with Defendants, or other parties affiliated with Defendants.  Defendants executed this scheme by means of false pretenses, representations, or promises, and intentionally accessing Oracle's computer systems without authorization and/or in excess of authorized access, thereby obtaining information from Oracle's computer systems, in violation of 18 U.S.C. § 1030.

111.     As described above, Oracle has lost money and property and suffered injury in fact as a result of Defendants' unlawful business acts and practices.

112.     Defendants have improperly and unlawfully taken commercial advantage of Oracle's investments in its computers, support delivery infrastructure, and customer relationships.  In light of Defendants' conduct, it would be inequitable to allow Defendants to retain the benefit of the funds obtained through the unauthorized and unlawful use of that property.

113.     Defendants' unfair business practices have unjustly minimized Oracle's competitive advantages and have caused and are causing it to suffer damages.

114.     As a result of such unfair competition, Oracle has also suffered irreparable injury and, unless Defendants are enjoined from such unfair competition, will continue to suffer irreparable injury, and Oracle has no adequate remedy at law.

115.     Defendants should be compelled to restore any and all revenues, earnings, profits, compensation, and benefits they may have obtained in violation of Cal. Bus. & Prof. Code §§ 17200 *et seq*., and should be enjoined from further unlawful and unfair business practices.

## Prayer for Relief

WHEREFORE, Oracle respectfully prays for the following:

A.     For a preliminary and permanent injunction restraining Defendants, their officers, agents, servants, employees, and attorneys, and those in active concert or participation

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

with any of them, from the following:

(1)     Copying, distributing, using, or creating derivative works from Oracle's software, firmware or support materials in any way, including for any business purpose, except as allowed by express license from Oracle;

(2)     Facilitating or encouraging the downloading or copying of any Oracle software, firmware or support materials from any Oracle website for, or on behalf of, any customer or party that does not have a valid, existing, and currently-Oracle-supported license for the specific materials being downloaded from Oracle entitling the customer to have and use that software, firmware or support materials;

(3)     Facilitating or encouraging the access to, use of, or downloading from any Oracle support website for, or on behalf of, any customer or party other than by using that specific customer's or party's valid login credentials;

(4)     Facilitating or encouraging the copying, distribution, or use of any Oracle software, firmware or support materials by, for, or on behalf of, any customer or party who did not have a current, valid, existing support license from Oracle entitling that customer or party to have and use the software, firmware and support materials at the time they were downloaded or obtained by or on behalf of the customer or party;

(5)     Accessing Oracle's support websites without authorization or in excess of authorization;

(6)     Falsely advertising their products or services, including their ability to provide Solaris support or their relationship with Oracle;

(7)     Otherwise engaging in acts of unfair competition, unfair practices, copyright infringement, false advertising or computer fraud against Oracle;

B.     That the Court order Defendants to file with the Court and serve on Oracle within 30 days after the service on Defendants of such injunction a report in writing, under oath, setting forth in detail the manner and form in which Defendants have complied with the injunction;

C.     For an Order directing Defendants to return Oracle's property, including,

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1    without limitation, Oracle's confidential, proprietary, and/or copyrighted software, firmware and

2    support materials, that Defendants took from Oracle, as set forth in this Complaint;

3          D.    For an Order impounding or destroying and all infringing materials

4    pursuant to 17 U.S.C. § 503;

5          E.    For an Order awarding Oracle punitive damages in a sum to be determined

6    at trial;

7          F.    For restitution of all ill-gotten gains unjustly obtained and retained by

8    Defendants through the acts complained of here;

9          G.    For an Order finding a constructive trust for Oracle's benefit, consisting of

10   all revenues received by Defendants from the wrongful conduct which should rightfully have

11   been received by Oracle and all profits derived from that wrongful conduct, and directing

12   Defendants to pay all such sums to Oracle;

13         H.    For damages to be proven at trial;

14         I.    For trebled damages;

15         J.    For statutory damages pursuant to 17 U.S.C. § 504;

16         K.    For prejudgment interest;

17         L.    For an Order awarding Oracle its attorneys' fees and costs; and

18         M.    For an Order awarding Oracle such other and further relief as the Court

19   deems just and proper.

20

21   DATED:  March 24, 2014

22                  Bingham McCutchen LLP

23

24

25                By:_____/S/Geoffrey M. Howard_____
                     Geoffrey M. Howard

26                   Attorneys for Plaintiffs
                     Oracle America, Inc. and

27                   Oracle International Corporation

28

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1

<u>DEMAND FOR JURY TRIAL</u>

2          In accordance with Fed. R. Civ. P. 38(b), Plaintiffs Oracle America, Inc., and

3   Oracle International Corporation demand a trial by jury on all issues triable by a jury.

4

5   DATED:  March 24, 2014

6

                              Bingham McCutchen LLP

7

8

9                             By:_____/S/Geoffrey M. Howard_____

10                                      Geoffrey M. Howard
                                        Attorneys for Plaintiffs
11                                  Oracle America, Inc. and
                                 Oracle International Corporation

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No. 5:13-cv-03385 PSG

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF