UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br> v. <br><br> TERIX COMPUTER COMPANY, INC. and MAINTECH INC., <br><br> Defendants. | Case No. 5:13-cv-03385-PSG <br><br> **ORDER GRANTING MOTION TO SEAL PORTIONS OF AMENDED COMPLAINT** <br><br> (Re: Docket Nos. 100 and 118-120) |

Before the court is a motion to seal portions of Oracle's first amended complaint.[1] Because TERiX and Maintech have filed narrowly-tailored declarations that identify with particularity sealable material, the redacted, amended complaint may be filed under seal.[2]

**IT IS SO ORDERED.**

Dated: March 31, 2014

PAUL S. GREWAL
United States Magistrate Judge

---

[1] See Docket No. 100.

[2] See Docket Nos. 118-120. The court reminds the parties that, pursuant to the local rules, supporting declarations must be filed by the designating party, not merely counsel. See Civil L.R. 79-5(e)(1) ("Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable.").

1
Case No. 5:13-cv-03385-PSG
ORDER GRANTING MOTION TO SEAL PORTIONS OF AMENDED COMPLAINT