UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. and ORACLE INTERNATIONAL CORPORATION,<br><br>      Plaintiffs,<br> v.<br><br>TERIX COMPUTER COMPANY, INC., et al.,<br><br>      Defendants. | Case No. 5:13-cv-03385-PSG<br><br>**CASE MANAGEMENT ORDER**<br><br>**(Re: Docket No. 122)** |

Yesterday the parties appeared for a case management conference. Trial is set to begin Monday, June 1, 2015, at 9:30 AM. The parties shall meet and confer on all other outstanding case management issues – including all pretrial deadlines – by Tuesday, April 15, 2015, and present any specific requests following the meet-and-confer by motion no later than Friday, April 18, 2015. The court will consider any disputes on the papers and then issue any necessary orders, including a case scheduling order.

To reiterate the court's ruling at the conference: Oracle may sample twenty-five new customers above and beyond those already previously identified in this case. No additional discovery is warranted on the basis of any overlap between the Maintech and TERiX customers who are disclosed.

1

Case No. 5:13-cv-03385-PSG
CASE MANAGEMENT ORDER

**IT IS SO ORDERED.**

Dated: April 9, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge