1    Valerie M. Wagner, CA State Bar No. 173146
     Jill F. Kopeikin, CA State Bar No. 160792
2    GCA LAW PARTNERS LLP
     2570 W. El Camino Real
3    Mountain View, CA 94040, Suite 510
     Tel:  (650) 428-3900
4    Fax:  (650) 428-3901
     jkopeikin@gcalaw.com
5    vwagner@gcalaw.com

6
     Janella K. Simpson, CA State Bar No. 86476
7    MAINTECH INCORPORATED
     2401 North Glassell Street, 2nd Floor
8    Orange, CA 92865
     Tel: (714) 921-5416
9    Fax (714) 921-7496
     jsimpson@volt.com
10
     Attorneys for Defendants and Counterclaimants
11   MAINTECH INCORPORATED and
     VOLT DELTA RESOURCES, LLC

12              **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14                  **SAN JOSE DIVISION**

15   ORACLE AMERICA, INC., a Delaware          Case No.:  5:13-cv-03385-PSG
     corporation; ORACLE
16   INTERNATIONAL CORPORATION, a            COUNTERCLAIMS OF MAINTECH
     Delaware corporation,                   INCORPORATED AND VOLT DELTA
17                                            RESOURCES, LLC
                      Plaintiffs,
18
            v.                                1.  ILLEGAL TYING, SHERMAN ACT;
19                                            2.  ILLEGAL TYING, CARTWRIGHT
     TERIX COMPUTER COMPANY, INC., a              ACT;
20   California corporation; MAINTECH        3.  ATTEMPTED MONOPOLIZATION,
     INCORPORATED, a Delaware                     SHERMAN ACT;
21   corporation; VOLT DELTA                 4.  VIOLATION OF THE LANHAM
     RESOURCES, LLC, a Nevada limited            ACT;
22   liability corporation; SEVANNA          5.  TRADE LIBEL;
     FINANCIAL, INC., a Nevada corporation;  6.  INTENTIONAL INTERFERENCE
23   WEST COAST COMPUTER                          WITH PROSPECTIVE BUSINESS
     EXCHANGE, INC., a Nevada corporation;        ADVANTAGE;
24   and DOES 1- 50,                          7.  UNFAIR COMPETITION, § 17200;
                                              8.  DECLARATORY RELIEF RE
25                    Defendants.                 COPYRIGHT
                                                 UNENFORCEABILITY
26

27

28

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

COUNTERCLAIMS OF MAINTECH INCORPORATED AND VOLT DELTA RESOURCES, LLC;
CASE NO. 5:13-CV-03385-PSG

Defendants and Counter-Claimants Maintech Incorporated ("Maintech Inc.") and Volt Delta Resources, LLC ("Volt Delta") (collectively, "Maintech"), by their attorneys, allege as follows:

## JURISDICTION

1.     This is a complaint for violation of the Sherman Act, 15 U.S.C. § 1, false advertising under the Lanham Act, 15 U.S.C §1125(a), Unfair Business Practices under California Business and Professions Code § 17200 *et seq.*, trade libel, intentional interference with prospective business relations, and for declaratory judgment under 28 U.S.C. §§ 2201 and 2202 concerning copyright infringement under 17 U.S.C. § 501(a) and copyright enforceability.

2.     This Court has subject matter jurisdiction over these counterclaims pursuant to 28 U.S.C. §§ 1331, 1338 and 2201.

3.     This Court has supplemental jurisdiction over Maintech's state law counterclaims pursuant to 28 U.S.C. § 1367, because those claims are related to claims over which this Court has original jurisdiction such that they form part of the same case or controversy with those claims under Article III of the United States Constitution.

## THE PARTIES

1.     Maintech Inc. is a Delaware corporation with its headquarters in Cranford, New Jersey.

2.     Volt Delta is a Nevada limited liability company with its headquarters in Westbury, New York.

3.     Maintech is informed and believes, and based thereon alleges, that Oracle America, Inc. is Delaware corporation with its headquarters in Redwood City, California. Maintech is informed and believes, and based thereon alleges, that the entity known as Oracle USA, Inc. was merged into Sun Microsystems, Inc. ("Sun"), which then changed its named to Oracle America, Inc.

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

4.     Maintech is informed and believes, and based thereon alleges, that Oracle International Corporation is a California corporation with its headquarters in Redwood City, California.

5.     Oracle America, Inc. and Oracle International Corporation shall be referred to collectively herein as "Oracle."

6.     Terix Computer Company, Inc. ("Terix") is a California corporation with its headquarters in Sunnyvale, California.

## FACTUAL BACKGROUND AND ALLEGATIONS

### Maintech, Terix and Independent Service Organizations

7.     Maintech is the operating name for what was at all relevant time periods prior to January 2014 a division of Volt Delta.  In January 2014, for reasons unrelated to the present litigation, Volt Delta transferred the Maintech business unit operations into the Maintech Inc. entity.

8.     Maintech is what is called an "independent service organization" or "ISO."  An ISO is an entity that provides repair and maintenance services for the computer system products of another company, or as they may be referred to as, an "Original Equipment Manufacturer" or "OEM."  Maintech provides independent repair and maintenance services for computer equipment sold by OEM's such as Oracle, Dell, Hewlett Packard and IBM. Some of the OEMs, including Oracle, also provide these same services.

9.     As a general matter, customers may choose to work with an ISO such as Maintech, rather than with the OEM for their computer equipment, for several reasons.  ISOs are typically more competitive on price.  ISOs may offer superior customer service, including faster response times, increased flexibility on contract terms and better trained technicians. Significantly, many ISOs such as Maintech can support computer equipment of multiple vendors/OEMs so that a customer has a single point of contact for computer support instead of multiple OEM support organizations.  Some customers may consider an ISO's assessment of repair issues to be unbiased as compared to an OEM support provider who may have an incentive to advance a recommendation for the replacement or upgrading of older technology.

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

10.     As an ISO, Maintech provides hardware "break/fix" computer hardware support for its customers.  Unlike Terix and some other ISOs, Maintech does not directly provide any operating system or application software support for any OEM equipment to its customers.  The only software support that Maintech is currently offering to customers as a service provided directly by Maintech is for Windows operating system patch  distribution services.  Maintech personnel are not authorized to perform operating system support of any kind for Oracle/Sun equipment or for the Solaris operating system, and Maintech does not train its personnel for such operating system support.  Any operating system support by Maintech personnel for Oracle/Sun systems or the Solaris operating system is not authorized by Maintech management, and if any, has been performed without the knowledge of management.

11.     Only approximately 10 percent of Maintech's business involves providing hardware support services for Oracle/Sun systems.  Many of the customers for whom Maintech does Oracle/Sun hardware support also receive hardware support from Maintech on systems from other OEMs such as Hewlett Packard, IBM and Dell.

12.     Since January 2010, Maintech has contracted for hardware "break/fix" support with just over 500 customers for equipment that includes but is not necessarily limited to Oracle/Sun hardware.  Maintech is informed and believes, and based thereon alleges, that some of these customers may have current software support contracts with Oracle or may be running old, legacy Sun systems that do not need or get software support.

13.     Maintech engaged Terix as a subcontractor for a limited number of customers requesting Solaris software support for their Oracle/Sun hardware for which Maintech provides break/fix support.  Maintech was assured by Terix, who represented that legal counsel had reviewed the basis of Terix's agency access to software support materials for the customers, and concluded that the software support that Terix would be providing for the Oracle/Sun hardware was a legally permissible solution.  Terix has also engaged Maintech as a subcontractor for hardware support for some of Terix's customers.

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

## Sun Microsystems and the Solaris Operating System

14.     Sun was a computer hardware and software company that Maintech is informed and believes, and based thereon alleges, was founded in 1982.  Sun was responsible for the development of, among other technologies, the Unix-based operating system known as Solaris.  Maintech is informed and believes, and based thereon alleges, that Sun first released Solaris in the early 1990s.  Maintech is informed and believes, and based thereon alleges, that for many years, Sun provided this software at no (or nominal charge), either separately or with the server and storage hardware systems Sun sold.

15.     Maintech is informed and believes, and based thereon alleges, that Sun also provided free copies of Solaris under a "Common Development and Distribution License" ("CDDL") as an "open source" version of Solaris known as OpenSolaris.  Maintech is informed and believes, and based thereon alleges, that the majority of Solaris 10 was made available under an open source CDDL license.  The Oracle website continues to make available open source versions of the Solaris code, as well as firmware for Oracle/Sun systems, at http://www.oracle.com/technetwork/opensource/index.html.

16.     The agreements between Sun and customers of Solaris provided that the customer would have the right to use the original version of Solaris **and** patches, error corrections and updates to that version.  Sun also specifically noted in its license documents for Solaris that "error corrections or patches, updates, and tools" were made available on Sun's "knowledge database" websites, including SunSolve.

17.     Maintech is informed and believes, and based thereon, alleges that Sun did not hide or deemphasize this aspect of the Solaris licenses it granted to customers, but advertised it on publically available areas of the Sun website.  One portion of the Sun website, still available on the Internet Archive, states:

> "The Solaris Operating System has specific named releases, such as 'Solaris 9'; each release may also have updates.  A license to use a certain version of the software, such as Solaris 9, includes the right to use all current and future Solaris 9 updates, but does not include the right to use the later version such as Solaris 10."

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

COUNTERCLAIMS OF MAINTECH INCORPORATED AND VOLT DELTA RESOURCES, LLC;
CASE NO. 5:13-CV-03385-PSG                                                          4

18.     In another portion of the Sun website, which Maintech is informed and believes, and based thereon alleges, also carried over onto the Oracle website, Sun stated that until a few years before the Oracle acquisition, its policy had been to charge for software and give the patches away for free.

19.     Maintech is informed and believes, and based thereon alleges, that Sun knew that Terix was assisting customers for Solaris support on Oracle/Sun systems with Solaris patches, bug fixes and updates.  Maintech is informed and believes, and based thereon alleges, that Sun examined Terix's practices, but after Terix disclosed the basis for providing the patches, updates and bug fixes under the governing licensing documents for Solaris, Sun took no action to prevent Terix from continuing this practice.

20.     In addition to running the Solaris operating system, or another Unix or Linux-based operating system, Oracle/Sun computer systems have embedded firmware.  The Oracle website describes this firmware:

> "Firmware is essentially software that is embedded on a hardware device and directly controls it (resets, initializes and configures) before the operating system (for example, the Oracle Solaris Operating System, Linux, or Microsoft Windows) is booted. The firmware is what actually boots the OS, and it is usually contained in some sort of Flash PROM on a system board.

> Unlike an OS, which is designed to run on lots of different configurations of hardware and occupies a lot of room (10's or 100's of megabytes) on the disk, firmware is usually space-constrained to a few megabytes (sometimes less than that), so it usually contains only the code needed for that specific hardware configuration. That is why each Sun Server gets its own separate release of firmware. Firmware specific to one type of server system will usually not function on a different server system."

21.     Maintech is informed and believes, and based thereon alleges, that Sun did not charge customers for firmware patches, bug fixes and updates.

### Oracle Acquires Sun and Institutes Anticompetitive Policies

22.     Maintech is informed and believes, and based thereon, alleges that Oracle acquired Sun in late 2009, and that the companies merged and formed Oracle America, Inc. in

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

COUNTERCLAIMS OF MAINTECH INCORPORATED AND VOLT DELTA RESOURCES, LLC;
CASE NO. 5:13-CV-03385-PSG                                                                                   5

early 2010.  Maintech is informed and believes, and based thereon, alleges that Oracle's objectives in the acquisition of Sun were to lock down the rights to Sun's Java programming language, and to market an "integrated stack" of hardware and software that would not require Oracle to collaborate with its competitors at technologies companies like IBM and Hewlett Packard.  Oracle CEO Larry Ellison said at the time that:

> "We'll engineer the Oracle database and Solaris operating system together.  With Sun we can make all components of the IT stack integrated and work well."

23.     Oracle President Safra Catz promised to "run Sun at substantially higher margins."  Oracle's General Counsel Dorian Daley told the Michigan Attorney General's office in early 2011 that "Oracle believes that Sun's struggles as an independent company were partly attributable to comparatively weak business practices, including a surprising departure from industry best practices concerning intellectual property (IP) licensing and customer support," and that Oracle was working "to realign Sun's IP and customer support policies with industry norms."

24.     From a hardware sales standpoint, the Sun acquisition would seem to have been a disappointment.  Until just recently, revenue from hardware sales on Sun equipment consistently fell after the acquisition.  One of the methods that Oracle used to offset these declines in hardware sales was a different approach to maximizing hardware revenue – changes in support policies that forced customers to use Oracle, rather than more cost-effective ISOs, for expensive ongoing support on their Oracle/Sun systems.

25.     In 2010, Oracle began putting in place new policies aimed at monopolizing the market for support for Sun hardware systems by taking business away from the ISOs.  These policy-changes included the following:

a.     Requiring customers have "all or nothing" support coverage for their Oracle/Sun systems, such that for one system to be covered by Oracle, all systems must be covered;

b.     Eliminating time and materials support services;

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

COUNTERCLAIMS OF MAINTECH INCORPORATED AND VOLT DELTA RESOURCES, LLC;
CASE NO. 5:13-CV-03385-PSG                                                                          6

1      c.      Refusing to recognize the rights of customers who had licensed Solaris

2  to receive patches and updates without paying for costly support packages from Oracle;

3      d.      Requiring customers to pay punitive reinstatement fees of 150% of

4  missed support fees to regain Oracle support – *i.e.,* access to patches, bug fixes and updates;

5      e.      Aggressively denying access to patches, bug fixes and updates for

6  Solaris and firmware to customers who do not get their support coverage from Oracle;

7      f.      Requiring customers to have operating system support agreements with

8  Oracle to obtain any patches, bug fixes or updates for Solaris; and

9      g.      Requiring customer to have comprehensive system support agreements

10  with Oracle to obtain any patches, bug fixes or updates for firmware on Oracle/Sun computer

11  systems.

12      26.      Maintech is informed and believes, and based thereon alleges, that on or about

13  October 25, 2011, Juan Jones, Oracle's Senior Vice President of Customer Support Services,

14  gave a presentation at the Technology Services World conference in Las Vegas entitled,

15  "Straight Talk: A Perspective on Support Renewals."  In the slides for this presentation, Mr.

16  Jones discussed the importance of support revenue to Oracle.  Mr. Jones' presentation

17  highlighted the methods that Oracle was using to maximize such revenue, including requiring

18  that all systems either be on or off support, "robust revenue recognition policies", aggressive

19  competition with independent service organizations, and "[c]apturing previously unsupported

20  installed base on contract renewals."

21      27.      Oracle enforced its new support policies not only by coercing customers to buy

22  support packages they did not want, but also by a strategy of suing ISOs servicing Oracle/Sun

23  equipment.  Oracle's litigation strategy has been consistent with an aggressive effort that has

24  also seen Oracle sue Google over the use of Java APIs (which were found to be largely

25  uncopyrightable), as well as other ISOs providing support on Oracle's enterprise software

26  products.

27

28

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

COUNTERCLAIMS OF MAINTECH INCORPORATED AND VOLT DELTA RESOURCES, LLC;
CASE NO. 5:13-CV-03385-PSG

7

28.    After Oracle acquired Sun, it stated in license documents that "in all cases where the reference is Sun, Oracle will fulfill these obligations as successor in interest to Sun."  In at least one post-acquisition license document, Oracle stated that:

> "[Y]our right to reproduce, distribute and/or use Software in the form of an update, error correction or patch (collectively, 'Updates') is commonly governed by the license that governs the underlying software code to which the Update pertains.  Therefore, to the extent that you have the right to access Updates, your license with Sun that pertains to the underlying software code will typically govern your right to reproduce, distribute and/or use such Software."

29.    Although the Solaris license documents attempt to disclaim warranties, Oracle does provide several guarantees to Solaris users.  Oracle guarantees that third party applications will be compatible across versions of Solaris, and that the applications that work on the SPARC platform version of the Solaris operating system will also run on the x86 platform Solaris.  Maintech is informed and believes, and based thereon alleges, that at least some of the patches, bug fixes and updates – for which Oracle requires support packages to obtain – are in fact necessary for Oracle's products to meet these guarantees.

### The Market for Service on Oracle/Sun Systems

30.    Although Oracle competes with other OEMs in the sale of its hardware systems, Maintech is informed and believes, and based thereon alleges, that Oracle dominates and controls the market for support services on Oracle/Sun hardware systems, including on the market for such services for the Solaris operating system that frequently runs on the Oracle/Sun systems.  Maintech is informed and believes, and based thereon alleges, that with the possible exception of certain open source software, Oracle has a 100% monopoly in the market for its own proprietary software, as well as in the market for supplying the patches, bug fixes and updates to this software.  Maintech is informed and believes, and based thereon alleges, that Oracle also has a 100% monopoly in the market for firmware and associated patches, fixes and updates that run on Oracle/Sun hardware systems.

31.    Oracle offers two primary types of support packages for Oracle/Sun hardware systems: (a) a comprehensive package including hardware and software support, such as

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

COUNTERCLAIMS OF MAINTECH INCORPORATED AND VOLT DELTA RESOURCES, LLC;
CASE NO. 5:13-CV-03385-PSG                                                                 8

Oracle Premier Support for Systems; and (b) a package that covers Solaris support such as Oracle Premier Support for Operating Systems.  Oracle's support packages are generally set for annual terms and priced as a percentage of the purchase price.  Oracle is aware that ISOs may offer lower prices on similar support offerings, and Oracle considers ISOs to be its competition in the market for support services on Oracle/Sun systems.

32.    Since the acquisition of Sun closed in 2010, Oracle has taken the position with customers who own Oracle/Sun hardware systems running Solaris that the only legitimate manner in which those customers may obtain bug fixes, patches or updates to the Solaris operating system is by purchasing at a minimum a service package for operating system support, such as Oracle Premier Support for Systems or Oracle Premier Support for Operating Systems.  Oracle has similarly taken the position that customers cannot obtain firmware updates for Oracle/Sun hardware systems unless they have a comprehensive support policy such as Oracle Premier Support for Systems.

33.    Oracle's policy that licensees of Solaris are not entitled to patches, bug fixes or updates to Solaris unless they pay for a support package from Oracle deprives these customers of Solaris software they have already licensed and related functionality for their Oracle/Sun systems.  The original license and entitlement documentation that these customers received from Sun gave these customers the right to receive patches, bug fixes and updates to Solaris.  Oracle is charging customers for the right to access software that these customers already have licensed.

34.    Maintech is informed and believes, and based thereon alleges, that Oracle does not offer hardware support as a standalone option on Oracle/Sun systems.  Maintech is further informed and believes, and based thereon alleges, that Oracle does not offer time and materials support services for Oracle/Sun systems, and that it does not sell Solaris patches or firmware patches separately (apart from inclusion in an expensive and more comprehensive support package).

35.    Maintech is informed and believes, and based thereon alleges, that customers who have bought Oracle/Sun hardware systems with the Solaris operating system are unlikely

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

1    to switch to competing hardware systems due to the excessive cost of support packages from

2    Oracle because new hardware systems are significantly more expensive than support contracts

3    for any given time period.  It is also difficult for customers to switch to competing hardware

4    systems because systems running non-Solaris operating systems may not offer all of the

5    advantages for high-end servers and are not necessarily reasonable substitutes.

6          36.     Oracle's control over the market for Solaris patches, bug fixes and firmware,

7    and for the firmware updates necessary to keep Oracle/Sun systems running properly is

8    demonstrated by the fact that its prices for the support packages that give customers access to

9    these patches, bug fixes and updates are substantially higher than the otherwise comparable

10   support packages offered by ISOs like Maintech.  In fact, Maintech is informed and believes,

11   and based thereon alleges, that the costs of OEM-provided support on a Oracle/Sun computer

12   system more than doubled after Oracle acquired Sun in 2010.

13                        **Oracle's False Statements to Customers**

14         37.     Maintech is informed and believes, and based thereon alleges, that Oracle has

15   falsely told, and continues to tell, customers of the necessity for and critical nature of the

16   patches, bug fixes and updates that Oracle withholds absent an active support contract on a

17   particular Oracle/Sun system, by telling customers that these patches, bug fixes and updates

18   are necessary to avoid technical problems or security vulnerabilities.

19         38.     Oracle has also falsely told, and continues tell, customers with Oracle/Sun

20   systems that they are not entitled to receive patches, bug fixes and updates to Solaris even

21   though Oracle knows that these customers generally already have licenses to Solaris that

22   include patches, bug fixes and updates.

23         39.     Oracle has falsely disparaged Maintech, and other ISOs such as Terix, to

24   customers with misrepresentations that these ISOs are violating Oracle's intellectual property

25   and other rights by providing illegal support services on Oracle/Sun systems.

26         40.     Specifically, Oracle told BNYM that Maintech and Terix did not have the right

27   to assist BNYM in accessing patches, bug fixes and updates for Solaris and firmware as part

28   of either Solaris support or hardware support on Oracle/Sun systems.  Maintech is informed

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

COUNTERCLAIMS OF MAINTECH INCORPORATED AND VOLT DELTA RESOURCES, LLC;
CASE NO. 5:13-CV-03385-PSG                                                                                  10

1    and believes, and based thereon alleges, that Oracle has made similar misrepresentations to

2    other customers and potential customers of Maintech such as the Royal Bank of Canada and

3    Sony.

4          41.    As a result of Oracle's misrepresentations to Maintech's customers and

5    potential customers, Maintech has suffered lost business and goodwill, and harm to what had

6    previously been Maintech's stellar reputation for quality and integrity in its business.

7                                   **FIRST COUNTERCLAIM**

8              **(Illegal Tying Arrangement, Sherman Act 15 U.S.C. § 1)**

9          42.    Maintech incorporates by reference, as though specifically pleaded herein, the

10   allegations in paragraphs 1 to 41 above.

11         43.    Oracle's refusal to sell upgrades to customers of Oracle/Sun equipment unless

12   they also purchase support packages constitutes unlawful tying in violation of the Sherman

13   Act, 15 U.S.C § 1.  Oracle's illegal tying has harmed Maintech, and has harmed and continues

14   to harm competition in the market for support services on Oracle/Sun systems.

15         44.    The provision of hardware support for Oracle/Sun computer systems is a

16   separate product from the supply of patches, bug fixes and updates to Solaris and firmware.

17   These products, in turn, are separate products from the Oracle/Sun computer systems

18   themselves.  There are distinct national markets in the United States for hardware support for

19   Oracle/Sun computer systems, and for the supply of patches, bug fixes and updates to Solaris

20   and firmware.

21         45.    Maintech, like Terix and other ISOs, has provided and is able to provide

22   hardware support services for Oracle/Sun computer systems, but Oracle is prohibiting

23   Maintech and other ISOs from providing or assisting customers in obtaining patches, bug

24   fixes and updates to Solaris or firmware.

25         46.    Maintech is informed and believes, and based thereon alleges, that there is

26   sufficient customer demand for support services relating to Oracle/Sun systems for Oracle to

27   sell patches, bug fixes and upgrades for those systems separately from more comprehensive

28   support packages.  Maintech is informed and believes, and based thereon alleges, that there is

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

COUNTERCLAIMS OF MAINTECH INCORPORATED AND VOLT DELTA RESOURCES, LLC;
CASE NO. 5:13-CV-03385-PSG                                                              11

1    no technological reason why patches, bug fixes and updates cannot be sold separately from

2    support packages for Oracle/Sun hardware.  ISOs such as Maintech can provide hardware

3    support for Oracle/Sun systems, but Oracle has taken the position that ISOs cannot offer,

4    provide or assist customers in obtaining patches, bug fixes or updates.

5             47.    Oracle has conditioned the purchase of patches, bug fixes and updates (the

6    "tying products") on the purchase of support packages for hardware and software running on

7    Oracle/Sun systems (the "tied products").  For instance, Maintech is informed and believes,

8    and based thereon alleges, that Oracle specifically told Bank of New York Mellon ("BNYM"),

9    a Maintech hardware support customer, that it could not obtain patches, bug fixes or updates

10   on the Solaris operating system or firmware on the bank's Oracle/Sun systems because it did

11   not have certain types of support contracts with Oracle.

12            48.    Oracle's conditioning of the receipt of patches, bug fixes and updates – or the

13   aggressiveness with which it enforces these policies – are a departure from the longstanding

14   practices of Sun before it was acquired by Oracle.  As a result, the customers who purchased

15   Oracle/Sun computer systems could not have taken into account the effect of Oracle's tying on

16   the life-cycle cost of the purchase of these computer systems.

17            49.    Maintech is informed and believes, and based thereon alleges, that Oracle is

18   the only source for patches, bug fixes and updates on the Solaris operating system and

19   firmware on Oracle/Sun systems, and that there are no reasonable substitutes.  Oracle is not,

20   however, the only source for hardware and/or software support services for Oracle/Sun

21   systems.

22            50.    Maintech is informed and believes, and based thereon alleges, that patches, bug

23   fixes and updates to Solaris and/or firmware vary in importance, such that some are critical to

24   proper operation of a Oracle/Sun computer system, and some are not.  Maintech is informed

25   and believes, and based thereon alleges, that the owners of Oracle/Sun computer systems

26   believe that the patches, bug fixes and updates for Solaris and firmware help maximize the life

27   of the underlying hardware.

28

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

COUNTERCLAIMS OF MAINTECH INCORPORATED AND VOLT DELTA RESOURCES, LLC;
CASE NO. 5:13-CV-03385-PSG

12

51.     Oracle therefore has sufficient market power in these patches, bug fixes and updates to coerce a substantial percentage of customers to purchase support packages on their Oracle/Sun systems from Oracle.  Oracle's coercive conduct has been effective in harming and even eliminating competition in the market for support services on Oracle/Sun systems by forcing customers to obtain those support services from Oracle instead of from lower priced and/or higher quality ISOs such as Maintech.

52.     As a result of this coercive conduct by Oracle, ISOs have lost and will continue to lose market share, and customers have paid and will continue to pay higher prices for support services on Oracle/Sun systems than they would have to pay in a competitive market.

53.     Oracle has had, for the entire period covered by Maintech's claims, market power in the United States national markets for hardware support for Oracle/Sun computer systems, and for the supply of patches, bug fixes and updates to Solaris and firmware.

54.     Because Oracle possesses market power in the tying products, Oracle's tying is unlawful *per se*, without regard for the effect of the illegal tying on competition in the relevant markets for support services for Oracle/Sun systems.  Oracle's tying does harm competition in the relevant markets and the anti-competitive consequences of Oracle's tying outweigh any positive effects on competition.

55.     In the alternative, Oracle's tying is unlawful under the Rule of Reason because it constitutes a restraint of trade, has caused substantial anticompetitive effects in the market for support on Oracle/Sun computer systems, and Oracle has market power in this market.

56.     Oracle's illegal tying has harmed Maintech, and will continue to harm Maintech, by forcing it out of a substantial portion of the relevant markets.  The harm to Maintech includes loss of revenue, profits, customers, reputation and goodwill, in an amount to be proven at trial.

57.     Oracle has reported approximately $1.1 billion in hardware systems support revenue in the "Americas" in its fiscal year 2013.  Oracle's tying affects a substantial volume of interstate commerce in the relevant markets and are illegal under the Sherman Act, 15 U.S.C. § 1.

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

COUNTERCLAIMS OF MAINTECH INCORPORATED AND VOLT DELTA RESOURCES, LLC;
CASE NO. 5:13-CV-03385-PSG                                                                    13

## SECOND COUNTERCLAIM

### (Illegal Tying Arrangement, California Business & Professions Code § 16720 *et seq.*)

58.    Maintech incorporates by reference, as though specifically pleaded herein, the allegations in paragraphs 1 to 57 above.

59.    Oracle's refusal to sell upgrades to customers of Oracle/Sun equipment unless they also purchase support packages constitutes unlawful tying in violation of the Sherman Act, 15 U.S.C § 1.  Oracle's illegal tying has harmed Maintech, and has harmed and continues to harm competition in the market for support services on Oracle/Sun systems.

60.    The provision of hardware support for Oracle/Sun computer systems is a separate product from the supply of patches, bug fixes and updates to Solaris and firmware.  These products, in turn, are separate products from the Oracle/Sun computer systems themselves.  There are distinct national markets in the United States for hardware support for Oracle/Sun computer systems, and for the supply of patches, bug fixes and updates to Solaris and firmware.

61.    Maintech, like Terix and other ISOs, has provided and is able to provide hardware support services for Oracle/Sun computer systems, but Oracle is prohibiting Maintech and other ISOs from providing or assisting customers in obtaining patches, bug fixes and updates to Solaris or firmware.

62.    Maintech is informed and believes, and based thereon alleges, that there is sufficient customer demand for support services relating to Oracle/Sun systems for Oracle to sell patches, bug fixes and upgrades for those systems separately from more comprehensive support packages.  Maintech is informed and believes, and based thereon alleges, that there is no technological reason why patches, bug fixes and updates cannot be sold separately from support packages for Oracle/Sun hardware.  ISOs such as Maintech can provide hardware support for Oracle/Sun systems, but Oracle has taken the position that ISOs cannot offer, provide or assist customers in obtaining patches, bug fixes or updates.

63.    Oracle has conditioned the purchase of patches, bug fixes and updates (the "tying products") on the purchase of support packages for hardware and software running on

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

COUNTERCLAIMS OF MAINTECH INCORPORATED AND VOLT DELTA RESOURCES, LLC;
CASE NO. 5:13-CV-03385-PSG

14

Oracle/Sun systems (the "tied products").  For instance, Maintech is informed and believes, and based thereon alleges, that Oracle specifically told Bank of New York Mellon ("BNYM"), a Maintech hardware support customer, that it could not obtain patches, bug fixes or updates on the Solaris operating system or firmware on the bank's Oracle/Sun systems because it did not have certain types of support contracts with Oracle.

64.     Oracle's conditioning of the receipt of patches, bug fixes and updates – or the aggressiveness with which it enforces these policies – are a departure from the longstanding practices of Sun before it was acquired by Oracle.  As a result, the customers who purchased Oracle/Sun computer systems could not have taken into account the effect of Oracle's tying on the life-cycle cost of the purchase of these computer systems.

65.     Maintech is informed and believes, and based thereon alleges, that Oracle is the only source for patches, bug fixes and updates on the Solaris operating system and firmware on Oracle/Sun systems, and that there are no reasonable substitutes.  Oracle is not, however, the only source for hardware and/or software support services for Oracle/Sun systems.

66.     Maintech is informed and believes, and based thereon alleges, that patches, bug fixes and updates to Solaris and/or firmware vary in importance, such that some are critical to proper operation of the Oracle/Sun computer system, and some are not.  Maintech is informed and believes, and based thereon alleges, that the owners of Oracle/Sun computer systems believe that the patches, bug fixes and updates that Oracle supplies for Solaris and firmware help these computer systems operate effectively and help maximize the life the underlying hardware.

67.     Oracle therefore has sufficient market power in these patches, bug fixes and updates to coerce a substantial percentage of customers to purchase support packages on their Oracle/Sun systems from Oracle.  Oracle's coercive conduct has been effective in harming and even eliminating competition in the market for support services on Oracle/Sun systems by forcing customers to obtain those support services from Oracle instead of from lower priced and/or higher quality ISOs such as Maintech.

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

COUNTERCLAIMS OF MAINTECH INCORPORATED AND VOLT DELTA RESOURCES, LLC;
CASE NO. 5:13-CV-03385-PSG

15

68.     As a result of this coercive conduct by Oracle, ISOs have lost and will continue to lose market share, and customers have paid and will continue to pay higher prices for support services on Oracle/Sun systems than they would have to pay in a competitive market.

69.     Oracle has had, for the entire period covered by Maintech's claims, market power in the United States national markets for hardware support for Oracle/Sun computer systems, and for the supply of patches, bug fixes and updates to Solaris and firmware.

70.     Because Oracle possesses market power in the tying products, Oracle's tying is unlawful *per se*, without regard for the effect of the illegal tying on competition in the relevant markets for support services for Oracle/Sun systems.  Oracle's tying does harm competition in the relevant markets and the anti-competitive consequences of Oracle's tying outweigh any positive effects on competition.

71.     In the alternative, Oracle's tying is unlawful under the Rule of Reason because it constitutes a restraint of trade, has caused substantial anticompetitive effects in the market for support on Oracle/Sun computer systems, and Oracle has market power in this market.

72.     Oracle's illegal tying has harmed Maintech, and will continue to harm Maintech, by forcing it out of a substantial portion of the relevant markets.  The harm to Maintech includes loss of revenue, profits, customers, reputation and goodwill, in an amount to be proven at trial.

73.     Oracle has reported approximately $1.1 billion in hardware systems support revenue in the "Americas" in its fiscal year 2013, and therefore Oracle's tying affects a substantial volume of commerce in the relevant market.

## THIRD COUNTERCLAIM

### (Attempted Monopolization, Sherman Act 15 U.S.C. § 2)

74.     Maintech incorporates by reference, as though specifically pleaded herein, the allegations in paragraphs 1 to 73 above.

75.     Oracle's conduct alleged above is anti-competitive and predatory.  Oracle has engaged in this conduct with the intent to and purpose of monopolizing the relevant market in hardware and software support for Oracle/Sun computer systems.  Oracle intends to eliminate

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

COUNTERCLAIMS OF MAINTECH INCORPORATED AND VOLT DELTA RESOURCES, LLC;
CASE NO. 5:13-CV-03385-PSG

16

competition from ISOs such as Maintech through Oracle's conduct and policies, including but not limited to:

      a.    Requiring customers have "all or nothing" support coverage for their Oracle/Sun systems, such that for one system to be covered by Oracle, all systems must be covered;

      b.    Eliminating time and materials support services;

      c.    Refusing to recognize the rights of customers who had licensed Solaris to receive patches and updates without paying for costly support packages from Oracle;

      d.    Requiring customers to pay punitive reinstatement fees of 150% of missed support fees to regain Oracle support – *i.e.,* access to patches, bug fixes and updates;

      e.    Aggressively denying access to patches, bug fixes and updates for Solaris and firmware to customers who do not get their support coverage from Oracle;

      f.    Requiring customers to have operating system support agreements with Oracle to obtain any patches, bug fixes or updates for Solaris; and

      g.    Requiring customer to have comprehensive system support agreements with Oracle to obtain any patches, bug fixes or updates for firmware on Oracle/Sun computer systems;

      h.    Bringing pretextual lawsuits against ISOs;

      i.    Making false and defamatory statements to customers and potential customers regarding Maintech, Terix and other ISOs; and

      j.    And falsely advertising to customers and potential customers that, among other things alleged above, ISOs cannot provide legal and effective support services for Oracle/Sun computer systems.

      76.    Oracle's anticompetitive conduct is not motivated by technological or efficiency concerns, and it has no valid or legitimate business justification.  The purpose of Oracle's anticompetitive conduct is to take business away from, and competitively injure, ISOs like Maintech in the relevant market for support services on Oracle/Sun computer systems.

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA 94043
(650)428-3900

COUNTERCLAIMS OF MAINTECH INCORPORATED AND VOLT DELTA RESOURCES, LLC;
CASE NO. 5:13-CV-03385-PSG

17

77.     Oracle's anticompetitive conduct has caused and continues to cause substantial injury to Maintech, and to competition in the relevant market for support services on Oracle/Sun computer systems.  Oracle's anticompetitive conduct has also deprived and continues to deprive owners of Oracle/Sun computer systems of competing lower-cost and high-quality support services from ISOs like Maintech.

78.     As a direct and proximate result of Oracle's anti-competitive conduct, Maintech has been injured and will be injured in its business, and has suffered and will suffer monetary harm.

79.     Absent the relief sought by Maintech, including a ruling enjoining Oracle from its anticompetitive conduct, there is a probability that Oracle will succeed in obtaining a monopoly in the relevant market for support services on Oracle/Sun computer systems.  Such a monopoly by Oracle would eliminate competition, raise prices, and reduce quality in the relevant market.

80.     Oracle's illegal tying has harmed Maintech, and will continue to harm Maintech, by forcing it out of a substantial portion of the relevant markets.  The harm to Maintech includes loss of revenue, profits, customers, reputation and goodwill, in an amount to be proven at trial.

81.     Oracle has reported approximately $1.1 billion in hardware systems support revenue in the "Americas" in its fiscal year 2013.  Oracle's anticompetitive conduct affects a substantial volume of interstate commerce in the relevant markets and is illegal under the Sherman Act, 15 U.S.C. § 2.

## FOURTH COUNTERCLAIM

### (False Advertising under the Lanham Act, 15 U.S.C. § 1125(a)(1)(B))

82.     Maintech incorporates by reference, as though specifically pleaded herein, the allegations in paragraphs 1 to 81 above.

83.     Oracle has made misrepresentations to customers and potential customers that Maintech and Terix cannot provide legal and effective support services for Oracle/Sun systems and/or other systems running the Solaris operating system.  Oracle has also made

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

COUNTERCLAIMS OF MAINTECH INCORPORATED AND VOLT DELTA RESOURCES, LLC;
CASE NO. 5:13-CV-03385-PSG

18

1    misrepresentations regarding the importance of patches, bug fixes and updates, the need for

2    support agreements with Oracle in order to obtain these, and the inability of ISOs such as

3    Maintech and Terix to provide these legally.

4        84.    Oracle has made these misrepresentations in its marketing efforts directed to

5    customer and potential customers of Maintech and Terix, in interstate commerce.

6        85.    Oracle's misrepresentations were made knowingly, willfully, intentionally and

7    maliciously for the purposes of taking away customers and potential customers from Maintech

8    and Terix, and for the purposes of monopolizing the market on support for Oracle/Sun

9    systems.

10       86.    Oracle's false advertising has caused customers and potential customers of

11   Maintech to purchase support services from Oracle, rather than from Maintech and/or Terix.

12   This has caused Maintech to suffer monetary damages in an amount to be proven at trial.

13       87.    Oracle's false and disparaging statements concerning Maintech and Terix, the

14   support services they offer, and the critical nature of patches, bug fixes and updates were and

15   continue to be willful and malicious.

16       88.    Oracle's false and disparaging statements concerning Maintech and Terix, the

17   support services they offer, and the critical nature of patches, bug fixes and updates cause

18   confusion, mistake and deception among customers and potential customers.  Oracle's false

19   and disparaging statements have caused and will continue to cause economic harm to

20   Maintech and its business, and are causing irreparable harm for which there is no adequate

21   remedy at law.

## FIFTH COUNTERCLAIM

### (Trade Libel)

24       89.    Maintech incorporates by reference, as though specifically pleaded herein, the

25   allegations in paragraphs 1 to 88 above.

26       90.    Oracle has published, or caused to be published, false and disparaging

27   statements regarding the services and business practices of Maintech.  Oracle's false

28

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

COUNTERCLAIMS OF MAINTECH INCORPORATED AND VOLT DELTA RESOURCES, LLC;
CASE NO. 5:13-CV-03385-PSG

1  statements that, on information and belief, that Maintech is infringing Oracle's copyrights

2  tend to injure Maintech directly in its business, profession and trade.

3       91.    Oracle's false and disparaging statements concerning Maintech and its services

4  and business practices have resulted in a material harm to the business and reputation of

5  Maintech.

6       92.    As a proximate result of Oracle's false and disparaging statements concerning

7  Maintech and its services and business practices, Maintech has suffered damages in the form

8  of, among other things, lost revenue and damage to its business goodwill and reputation.

9       93.    Oracle's false and disparaging statements concerning Maintech and its services

10  and business practices were and continue to be willful and malicious.

## SIXTH COUNTERCLAIM

### (Intentional Interference with Prospective Business Advantage)

13       94.    Maintech incorporates by reference, as though specifically pleaded herein, the

14  allegations in paragraphs 1 to 93 above.

15       95.    Throughout its many years in the computer hardware support business,

16  Maintech has developed and maintained valuable and advantageous relationships with their

17  hardware support customers.  These relationships have resulted in revenue to Maintech from

18  provisions of hardware support services to these customers.  Maintech expected to continue

19  these advantageous customer relationships in the future.

20       96.    Maintech is informed and believe, and on that basis allege, that with

21  knowledge of the business and economic relationships that it has formed, Oracle wrongfully

22  and intentionally interfered with the relationships of Maintech with the customers it has

23  served, as well as with potential new customers.  Maintech is informed and believes, and

24  based thereon alleges, that these customers include but are not limited to Bank of New York

25  Mellon, Royal Bank of Canada, and Sony.  Such interference includes, among other things,

26  threatening and coercing Maintech's customers with the purpose and intent of diverting the

27  benefits and profits of such relationships away from Maintech to Oracle.

28

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

COUNTERCLAIMS OF MAINTECH INCORPORATED AND VOLT DELTA RESOURCES, LLC;
CASE NO. 5:13-CV-03385-PSG

97.     Oracle's wrongful interference with the economic relationships of Maintech has directly and proximately caused damage to Maintech in that these economic relationships have been disrupted.  Such damages include loss of income and the diminution in value of business, all in amounts to be established according to proof.

98.     In doing the acts alleged in this cause of action, Oracle acted with oppression, fraud and malice, and with the intent to cause damages to Maintech.

## SEVENTH COUNTERCLAIM

### (Unfair Competition, California Business & Professions Code § 17200)

99.     Maintech incorporates by reference, as though specifically pleaded herein, the allegations in paragraphs 1 to 98 above.

100.     Oracle's actions alleged herein constitute unfair competition within the meaning of California Business and Professions Code § 17200 *et seq.* that has caused Maintech to lose money and suffer injury to their business.

101.     Pursuant to California Business and Professions Code § 17200 *et seq.*, Maintech is entitled to preliminary and injunctive relief ordering Oracle to cease this unfair competition, as well as disgorgement of all of Oracle's profits associated with this unfair competition.

## EIGHTH COUNTERCLAIM

### (Declaratory Relief Concerning Copyright Unenforceability Due to Misuse)

102.     Maintech incorporates by reference, as though specifically pleaded herein, the allegations in paragraphs 1 to 101 above.

103.     Oracle claims to own valid and enforceable copyrights pursuant to the following registrations and pending registration (the "Oracle Copyrights"):

| Title | Registration Date | Registration No. |
|---|---|---|
| Solaris 8 (SPARC Platform Edition) | June 19, 2000 | TX 5-138-319 |
| Solaris 8 (Intel Platform Edition) | June 19, 2000 | TX 5-196-384 |
| Solaris 9 operating system | August 7, 2002 | TX 5-586-147 |
| Solaris 10 operating system | April 19, 2005 | TX 6-086-753 |

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

| Title | Filing Date | Application No. |
|-------|-------------|-----------------|
| Solaris 11 operating system | February 19, 2014 | 1-1035264961 |

104.    Through the misconduct alleged above, including but not limited to Oracle's illegal tying and enforcement of support policies that deprive licensees to their rights to patches, bug fixes and updates, Oracle is attempting to use the Oracle Copyrights on the Solaris operating system in a manner adverse to the public policy behind the copyright laws. Oracle's misconduct gives Oracle an unfair competitive advantage over ISOs like Maintech, and this misconduct constitutes misuse of its copyrights by Oracle.

105.    Maintech has been directly harmed by Oracle's anticompetitive misuse of its Solaris copyrights.

106.    Maintech therefore is therefore entitled to a declaratory judgment that the Oracle Copyrights are unenforceable unless and until Oracle discontinues its anticompetitive practices.

## **PRAYER FOR RELIEF**

WHEREFORE, Maintech respectfully prays that this Court:

A.    Order that Oracle and its agents, officers, employees, representatives, successors, assigns, attorneys and all other persons and entities acting for, with, by, through or under authority from Oracle, be preliminarily and permanently enjoined from the anticompetitive conduct alleged herein, including but not limited to, the tying of patches, bug fixes and updates to the Solaris operating system and to firmware for Oracle/Sun computer systems to support contracts on Oracle/Sun computer systems, and from otherwise interfering with Maintech's competition with Oracle as an ISO;

B.    Order that Oracle and its agents, officers, employees, representatives, successors, assigns, attorneys and all other persons and entities acting for, with, by, through or under authority from Oracle, be preliminarily and permanently enjoined from representing, directly or indirectly, or doing any other acts or things likely to cause confusion, mistake or deception concerning (1) the importance of patches, bug fixes and updates for Oracle/Sun systems, or systems running the Solaris operating system; (2) the requirement that customers

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

have support plans in place with Oracle before they can access patches, bug fixes and updates for Oracle/Sun systems, or systems running the Solaris operating system; (3) the nature, legality and quality of the support services that Maintech offers on Oracle/Sun systems, or systems running the Solaris operating system.

   C.  Award Maintech monetary damages, including recovery of Oracle's profits and the damages sustained by Maintech arising from the acts of Oracle alleged herein, in an amount according to proof;

   D.  Award Maintech exemplary damages in an amount according to proof at trial;

   E.  Award Maintech its costs and reasonable attorneys' fees;

   F.  Grant Maintech any other remedy to which it may be entitled as under federal or state law;

   G.  A declaratory judgment pursuant to 28 U.S.C. §§ 2201 *et seq.* that the Oracle Copyrights are unenforceable unless and until Oracle discontinues its anticompetitive practices.

   H.  For any such further relief that the Court deems just and proper.

## <u>DEMAND FOR JURY TRIAL</u>

   In accordance with Federal Rule of Civil Procedure 38(b), Maintech Incorporated and Volt Delta Resources, LLC hereby demand a trial by jury on all issues triable by a jury.


Dated:  April 14, 2014       GCA LAW PARTNERS LLP


             /s/ Valerie M. Wagner
              Valerie M. Wagner

             Attorneys for Defendants and
             Counterclaimants MAINTECH
             INCORPORATED and VOLT DELTA
             RESOURCES, LLC

GCA Law Partners LLP
2570 W. El Camino Real
Suite 510
Mountain View, CA  94043
(650)428-3900

COUNTERCLAIMS OF MAINTECH INCORPORATED AND VOLT DELTA RESOURCES, LLC;
CASE NO. 5:13-CV-03385-PSG           23