United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10         SAN JOSE DIVISION

11   ORACLE AMERICA, INC. and ORACLE       )    Case No. 5:13-cv-03385-PSG
     INTERNATIONAL CORPORATION,            )
12                                         )    **CASE MANAGEMENT ORDER**
                 Plaintiffs,               )
13        v.                               )    **(Re: Docket Nos. 122 and 155)**
                                           )
14   TERIX COMPUTER COMPANY, INC., et al., )
                                           )
15               Defendants.               )
                                           )
16   _____)

17         Late Friday, after the close of business, Oracle submitted a filing detailing the parties'

18   meet-and-confer efforts and indicating the parties have not yet resolved certain outstanding

19   disputes in this case.  By 5 PM tomorrow the parties shall submit any stipulation and, if necessary,

20   a two-page letter indicating what disputes remain.  The court then will issue a scheduling order

21   resolving any remaining disputes.

22   **IT IS SO ORDERED.**

23   Dated: April 21, 2014

24

25                                              _____
                                                PAUL S. GREWAL
26                                              United States Magistrate Judge

27

28

                                        1