GABRIEL G. GREGG [SBN. 187333]
  ggg@robinsonwood.com
ROBINSON & WOOD, INC.
227 N. 1st Street
San Jose, California 95113
Telephone: (408) 298-7120
Facsimile:   (408) 298-0477

CHRISTOPHER L. LARDIERE [*pro hac vice*]
  chris@lmcounsel.com
LARDIERE MCNAIR, LLC
3956 Brown Park Drive, Suite B
Hilliard, Ohio 43026
Telephone:     (614) 534-1355
Facsimile:     (614) 319-3746

Attorneys for Defendant
TERIX COMPUTER COMPANY, INC.

RICHARD J. MOONEY [SBN. 176486]
  richard.mooney@rimonlaw.com
SCOTT R. RABER [SBN. 194924]
  scott.raber@rimonlaw.com
RIMON P.C.
One Embarcadero Center #400
San Francisco, California 94111
Telephone:   (800) 930-7271
Facsimile:     (800) 930-7271

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>TERIX COMPUTER COMPANY, INC., a California corporation; MAINTECH INCORPORATED, a Delaware corporation; VOLT DELTA RESOURCES, LLC, a Nevada limited liability company; SEVANNA FINANCIAL, INC., a Nevada corporation; WEST COAST COMPUTER EXCHANGE, INC., a Nevada corporation; and DOES 1–50,<br><br>Defendants. | **Case No. 5:13-CV-03385-PSG**<br><br>**TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT ; JURY DEMAND** |

**ROBINSON & WOOD, INC.**
ATTORNEYS AT LAW

TERiX COMPUTER COMPANY, INC. ("TERiX") hereby provides this First Amended Answer to the First Amended Complaint for Damages and Injunctive Relief (the "Complaint") of ORACLE AMERICA, INC. ("Oracle America") and ORACLE INTERNATIONAL CORP. ("OIC"; along with Oracle America, "Oracle") as follows:

**INTRODUCTION**

1.      In response to Paragraph 1 of the Complaint, TERiX denies each and every allegation contained in Paragraph 1 of the Complaint.

2.      In response to Paragraph 2 of the Complaint, TERiX admits that TERiX is not an Oracle partner.  Except as expressly admitted herein, TERiX denies each and every allegation contained in Paragraph 2 of the Complaint.

3.      In response to Paragraph 3 of the Complaint, TERiX admits that TERiX's CEO and COO are co-owners of TERiX.  TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, the remaining allegations in Paragraph 3 of the Complaint.  Except as expressly admitted herein, TERiX denies each and every allegation contained in Paragraph 3 of the Complaint.

4.      In response to Paragraph 4 of the Complaint, TERiX admits that "Oracle often refers to both Terix and Maintech throughout this First Amended Complaint."  Except as expressly admitted herein, TERiX denies each and every allegation contained in Paragraph 4 of the Complaint.

5.      In response to Paragraph 5 of the Complaint, TERiX admits that Oracle is a supplier of enterprise hardware and software systems and of related technical support and consulting services for those systems.  TERiX admits that Oracle offers annual support contracts to users of enterprise hardware and software systems.  TERiX admits that Solaris Updates (as defined in the Paragraph 1 of the Complaint) and firmware are made available by Oracle to customers that purchase certain of the Oracle-offered annual support contracts, but denies that Solaris Updates and firmware have historically have been made available only to those customers, and additionally allege that such materials have been available for purchase at nominal cost or no

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; JURY DEMAND

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

cost at all.  Except as expressly admitted herein, TERiX denies each and every allegation contained in Paragraph 5 of the Complaint.

6.       In response to Paragraph 6 of the Complaint, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, the allegations in Paragraph 6 of the Complaint.  Among other reasons, Paragraph 6 is vague and ambiguous as to time and as to the time of implementation, existence and enforcement of the policies and terms provided therein.

7.       In response to Paragraph 7 of the Complaint, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, the allegations in Paragraph 7 of the Complaint.  Among other reasons, Paragraph 7 is vague and ambiguous as to time and as to the time of implementation, existence and enforcement of the policies and terms provided therein.

8.       In response to Paragraph 8 of the Complaint, TERiX denies each and every allegation contained in Paragraph 8 of the Complaint.

9.       In response to Paragraph 9 of the Complaint, TERiX denies each and every allegation contained in Paragraph 9 of the Complaint.

## THE PARTIES

10.      In response to Paragraph 10 of the Complaint, TERiX admits that Oracle America and/or one or more of its affiliates is a corporation doing business in California.  TERiX further admits that Oracle America and/or one or more of its affiliates licenses software and sells support and consulting services.  Except as expressly admitted herein, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all other allegations contained in Paragraph 10 of the Complaint.

11.      In response to Paragraph 11 of the Complaint, TERiX admits that OIC and/or one or more of its affiliates is a corporation doing business in California.  TERiX further admits that OIC and/or one or more of its affiliates licenses software.  Except as expressly admitted herein, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all other allegations contained in Paragraph 11 of the Complaint.

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

12.     In response to Paragraph 12 of the Complaint, TERiX admits the allegations of Paragraph 12 of the Complaint, except that it denies that TERiX "holds itself out" as anything on the basis that "holds itself out" is vague and ambiguous.

13.     In response to Paragraph 13 of the Complaint, TERiX admits that TERiX and Sevanna are separate legal entities, but denies the allegation that "TERiX effectively controls Sevanna."  Except as expressly admitted herein, TERiX denies each and every allegation contained in Paragraph 13 of the Complaint.

14.     In response to Paragraph 14 of the Complaint, TERiX admits that TERiX and WEX are separate legal entities, but denies the allegation that "TERiX effectively controls WEX." Except as expressly admitted herein, TERiX denies each and every allegation contained in Paragraph 13 of the Complaint.

15.     In response to Paragraph 15 of the Complaint, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations contained in Paragraph 15 of the Complaint.

16.     In response to Paragraph 16 of the Complaint, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations contained in Paragraph 16 of the Complaint.

17.     In response to Paragraph 17 of the Complaint, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations contained in Paragraph 17 of the Complaint.

18.     In response to Paragraph 18 of the Complaint, TERiX denies each and every allegation contained in Paragraph 18 of the Complaint.

19.     In response to Paragraph 19 of the Complaint, TERiX admits that this Court has jurisdiction over them.  TERiX further admits that it is headquartered in Sunnyvale and Rancho Cordova.  TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations of Paragraph 19 related to Maintech and Volt Delta.  Except as expressly

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; JURY DEMAND

**ROBINSON & WOOD, INC.**
ATTORNEYS AT LAW

1  admitted herein, TERiX denies each and every allegation contained in Paragraph 19 of the

2  Complaint.

3      20.      In response to Paragraph 20 of the Complaint, TERiX lacks knowledge and

4  information sufficient to admit or deny, and therefore denies all allegations contained in Paragraph

5  20 of the Complaint.

6  <u>**JURISDICTION**</u>

7      21.      In response to Paragraph 21 of the Complaint, TERiX do not believe that an answer

8  is required to this paragraph because this paragraph states legal conclusions only.  However, to the

9  extent that an answer is required, TERiX denies that the Complaint sets forth a valid claim for

10  violation of any of the federal laws cited in Paragraph 21 of the Complaint.  For the avoidance of

11  doubt, TERiX denies any other allegations, explicit or implicit, in Paragraph 21.

12      22.      In response to Paragraph 22 of the Complaint, TERiX do not believe that an answer

13  is required to this paragraph because this paragraph states legal conclusions only.  However, to the

14  extent that an answer is required, TERiX denies that the Complaint sets forth a valid claim for

15  violation of any of the federal laws cited in Paragraph 21 of the Complaint.  For the avoidance of

16  doubt, TERiX denies any other allegations, explicit or implicit, in Paragraph 22.

17  <u>**VENUE**</u>

18      23.      In response to Paragraph 23 of the Complaint, TERiX denies that it has consented

19  to venue in this District pursuant to "at least one of the contracts on which Oracle sues in this

20  case."

21      24.      In response to Paragraph 24 of the Complaint, TERiX admits to venue in this

22  District.  TERiX further admits that it knew or should have known that Oracle resides in this

23  District.  Except as expressly admitted herein, TERiX denies each and every allegation contained

24  in Paragraph 24 of the Complaint.

25

26

27

28

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

939710

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT;
JURY DEMAND

**INTRADISTRICT ASSIGNMENT**

25.     In response to Paragraph 25 of the Complaint, TERiX admits that the Complaint alleges claims for copyright infringement, and that this action may be assigned on a District-wide basis.

**FACTUAL ALLEGATIONS**

A.     **Oracle's Computer Systems and Support Materials**

26.     In response to Paragraph 26 of the Complaint, TERiX admits that Oracle is a significant supplier of enterprise hardware and software systems and of related technical support and consulting services for those systems, and that Oracle offers annual support contracts to users of enterprise hardware and software systems.  Except as expressly admitted herein, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations contained in Paragraph 26 of the Complaint.

27.     In response to Paragraph 27 of the Complaint, TERiX admits that Oracle is a significant supplier of enterprise hardware and software systems and of related technical support and consulting services for those systems, and that Oracle offers annual support contracts to users of enterprise hardware and software systems.  Except as expressly admitted herein, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations contained in Paragraph 27 of the Complaint.

28.     In response to Paragraph 28 of the Complaint, TERiX admits that Oracle offers technical support services for its hardware systems, including the Solaris operating system. TERiX specifically denies that Solaris Updates and firmware have historically have been made available only to those customers, and additionally allege that Solaris Updates and firmware have been available for purchase at nominal cost or no cost at all.  Except as expressly admitted herein, TERiX denies all allegations contained in Paragraph 28 of the Complaint.

29.     In response to Paragraph 29 of the Complaint, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations contained in Paragraph 29 of the Complaint.

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; JURY DEMAND

**B.      Oracle's Support Websites and Terms of Use**

30.      In response to Paragraph 30 of the Complaint, TERiX admits that after the Oracle/Sun combination Oracle placed the support resources for Sun's computer hardware products on the My Oracle Support ("MOS") website, a password-protected, web-based support portal.  TERiX further admits that MOS provided a single, integrated platform for most Oracle products.  TERiX further admits that after approximately December 12, 2010, Oracle customers could access Solaris Updates and firmware updates through MOS.  Except as expressly admitted herein, TERiX denies all allegations contained in Paragraph 30 of the Complaint.

Answering further, TERiX alleges that, at relevant times, purchasers of Solaris servers were granted rights and entitlements to use of software and to error corrections and/or updates in licenses to purchasers.  TERiX further alleges that the MOS website is not the only method by which, nor the only location from which, Solaris patches, fixes, updates and upgrades historically have been obtainable through proper means.  For example, they have been properly obtainable from Oracle/Sun tech support.

31.      In response to Paragraph 31 of the Complaint, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations contained in Paragraph 31 of the Complaint.  Among other reasons, Paragraph 31 is vague and ambiguous as to the time that the alleged terms reportedly were adopted or agreed to.

32.      In response to Paragraph 32 of the Complaint, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations contained in Paragraph 32 of the Complaint.  Among other reasons, Paragraph 32 is vague and ambiguous as to the time that the alleged terms reportedly were adopted or agreed to.

33.      In response to Paragraph 33 of the Complaint, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations contained in Paragraph 33 of the Complaint.  Among other reasons, Paragraph 33 is vague and ambiguous as to the time that the alleged terms reportedly were adopted or agreed to.

**ROBINSON & WOOD, INC.**
ATTORNEYS AT LAW

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT;
JURY DEMAND

**ROBINSON & WOOD, INC.**
ATTORNEYS AT LAW

34.     In response to Paragraph 34 of the Complaint, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations contained in Paragraph 34 of the Complaint.  Among other reasons, Paragraph 34 is vague and ambiguous as to the time that the alleged terms reportedly were adopted or agreed to.

35.     In response to Paragraph 35 of the Complaint, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations contained in Paragraph 35 of the Complaint.  Among other reasons, Paragraph 35 is vague and ambiguous as to the relevant time period.

36.     In response to Paragraph 36 of the Complaint, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations contained in Paragraph 36 of the Complaint.  Among other reasons, Paragraph 36 is vague and ambiguous as to the time that the alleged terms reportedly were adopted or agreed to.

37.     In response to Paragraph 37 of the Complaint, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations contained in Paragraph 30 of the Complaint.  Among other reasons, Paragraph 37 is vague and ambiguous as to the time that the alleged terms reportedly were adopted or agreed to.

38.     In response to Paragraph 38 of the Complaint, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations contained in Paragraph 38 of the Complaint.  Among other reasons, Paragraph 38 is vague and ambiguous as to the time that the alleged terms reportedly were adopted or agreed to.

39.     In response to Paragraph 39 of the Complaint, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations contained in Paragraph 39 of the Complaint.  Among other reasons, Paragraph 39 is vague and ambiguous as to the time that the alleged terms reportedly were adopted or agreed to.

40.     In response to Paragraph 40 of the Complaint, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations contained in

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; JURY DEMAND

Paragraph 40 of the Complaint.  Among other reasons, Paragraph 40 is vague and ambiguous as to the time that the alleged terms reportedly were adopted or agreed to.

41.     In response to Paragraph 41 of the Complaint, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations contained in Paragraph 41 of the Complaint.

42.     In response to Paragraph 42 of the Complaint, TERiX admits that TERiX personnel have accessed MOS.  Except as expressly admitted herein, TERiX denies all allegations contained in Paragraph 42 of the Complaint.

43.     In response to Paragraph 43 of the Complaint, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations contained in Paragraph 43 of the Complaint.

44.     In response to Paragraph 44 of the Complaint, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations contained in Paragraph 44 of the Complaint.

## C.     Defendants Accessed Oracle's Software And Support Websites Without Authorization And Provided Oracle Software To Others Who Were Not Entitled To It

45.     In response to Paragraph 45 of the Complaint, TERiX admits that the quotations set forth in Paragraph 45 currently appears on TERiX's website.  Except as expressly admitted herein, TERiX denies all allegations contained in Paragraph 45 of the Complaint.

46.     In response to Paragraph 46 of the Complaint, TERiX admits that the quotations set forth in Paragraph 46 currently appear on TERiX's website.  Except as expressly admitted herein, TERiX denies all allegations contained in Paragraph 46 of the Complaint.

47.     In response to Paragraph 47 of the Complaint, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations contained in Paragraph 47 of the Complaint.

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; JURY DEMAND

939710

**ROBINSON & WOOD, INC.**
ATTORNEYS AT LAW

48.     In response to Paragraph 48, of the Complaint, TERiX denies each and every allegation contained in Paragraph 48 of the Complaint.

49.     In response to Paragraph 49 of the Complaint, TERiX denies each and every allegation contained in Paragraph 49 of the Complaint.

50.     In response to Paragraph 50 of the Complaint, TERiX denies each and every allegation contained in Paragraph 50 of the Complaint.

51.     In response to Paragraph 51 of the Complaint, TERiX denies each and every allegation contained in Paragraph 51 of the Complaint.

52.     In response to Paragraph 52 of the Complaint, TERiX denies each and every allegation contained in Paragraph 52 of the Complaint.

53.     In response to Paragraph 53 of the Complaint, TERiX denies each and every allegation contained in Paragraph 53 of the Complaint.

54.     In response to Paragraph 54 of the Complaint, TERiX denies each and every allegation contained in Paragraph 54 of the Complaint.

55.     In response to Paragraph 55 of the Complaint, TERiX denies each and every allegation contained in Paragraph 55 of the Complaint.

56.     In response to Paragraph 56 of the Complaint, TERiX denies each and every allegation contained in Paragraph 56 of the Complaint.

57.     In response to Paragraph 57 of the Complaint, TERiX denies each and every allegation contained in Paragraph 57 of the Complaint.

58.     In response to Paragraph 58 of the Complaint, TERiX denies each and every allegation contained in Paragraph 58 of the Complaint.

59.     In response to Paragraph 59 of the Complaint, TERiX denies each and every allegation contained in Paragraph 59 of the Complaint.

60.     In response to Paragraph 60 of the Complaint, TERiX admits that its counsel has previously exchanged correspondence with counsel for Oracle that contained the quotations in the

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT;
JURY DEMAND

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

1  Complaint.  Except as expressly admitted herein, TERiX denies all allegations contained in

2  Paragraph 60 of the Complaint.

3       61.     In response to Paragraph 61 of the Complaint, TERiX denies each and every

4  allegation contained in Paragraph 61 of the Complaint.

5       62.     In response to Paragraph 62 of the Complaint, TERiX denies each and every

6  allegation contained in Paragraph 62 of the Complaint.

7       63.     In response to Paragraph 63 of the Complaint, TERiX denies each and every

8  allegation contained in Paragraph 63 of the Complaint.

9       **D.       Defendants' Wrongful Conduct Injured Oracle**

10       64.     In response to Paragraph 64 of the Complaint, TERiX denies each and every

11  allegation contained in Paragraph 64 of the Complaint.

12       65.     In response to Paragraph 45 of the Complaint, TERiX denies each and every

13  allegation contained in Paragraph 65 of the Complaint.

14                    <u>**First Claim for Relief (Copyright Infringement)**</u>

15       66.     In response to paragraph 66, TERiX realleges and incorporates herein its responses

16  to paragraphs 1 through 65 above as though set forth fully herein.

17       67.     In response to Paragraph 67 of the Complaint, TERiX lacks knowledge and

18  information sufficient to admit or deny, and therefore denies, all allegations contained in

19  Paragraph 67 of the Complaint.

20       68.     In response to Paragraph 68 of the Complaint, TERiX lacks knowledge and

21  information sufficient to admit or deny, and therefore denies, all allegations contained in

22  Paragraph 68 of the Complaint.

23       69.     In response to Paragraph 69 of the Complaint, TERiX denies that it has infringed

24  copyrights in Oracle software.  TERiX lacks knowledge and information sufficient to admit or

25  deny, and therefore denies, all other allegations contained in Paragraph 69 of the Complaint.

26

27

28

**ROBINSON & WOOD, INC.**
ATTORNEYS AT LAW

939710

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT;
JURY DEMAND

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

70. In response to Paragraph 70 of the Complaint, TERiX denies that it has infringed copyrights in Oracle software. TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all other allegations contained in Paragraph 70 of the Complaint.

71. In response to Paragraph 71 of the Complaint, TERiX denies that it has infringed copyrights in Oracle software. TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all other allegations contained in Paragraph 70 of the Complaint.

72. In response to Paragraph 72 of the Complaint, TERiX denies each and every allegation contained in Paragraph 72 of the Complaint.

73. In response to Paragraph 73 of the Complaint, TERiX denies each and every allegation contained in Paragraph 73 of the Complaint.

74. In response to Paragraph 74 of the Complaint, TERiX denies each and every allegation contained in Paragraph 74 of the Complaint.

75. In response to Paragraph 75 of the Complaint, TERiX denies each and every allegation contained in Paragraph 75 of the Complaint.

76. In response to Paragraph 76 of the Complaint, TERiX denies each and every allegation contained in Paragraph 76 of the Complaint.

77. In response to Paragraph 77 of the Complaint, TERiX denies each and every allegation contained in Paragraph 77 of the Complaint.

78. In response to Paragraph 78 of the Complaint, TERiX denies each and every allegation contained in Paragraph 78 of the Complaint.

### **Second Claim for Relief (Computer Fraud and Abuse Act)**

79. In response to paragraph 79, TERiX realleges and incorporates herein its responses to paragraphs 1 through 78 above as though set forth fully herein.

80. In response to Paragraph 80 of the Complaint, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations contained in Paragraph 80 of the Complaint.

81.     In response to Paragraph 81 of the Complaint, TERiX denies each and every allegation contained in Paragraph 81 of the Complaint.

82.     In response to Paragraph 82 of the Complaint, TERiX denies each and every allegation contained in Paragraph 82 of the Complaint.

83.     In response to Paragraph 83 of the Complaint, TERiX denies each and every allegation contained in Paragraph 83 of the Complaint.

84.     In response to Paragraph 84 of the Complaint, TERiX denies each and every allegation contained in Paragraph 84 of the Complaint.

85.     In response to Paragraph 85 of the Complaint, TERiX denies each and every allegation contained in Paragraph 85 of the Complaint.

86.     In response to Paragraph 86 of the Complaint, TERiX denies each and every allegation contained in Paragraph 86 of the Complaint.

### Third Claim for Relief (False Advertising Under the Lanham Act)

87.     In response to paragraph 87, TERiX realleges and incorporates herein its responses to paragraphs 1 through 86 above as though set forth fully herein.

88.     In response to Paragraph 88 of the Complaint, TERiX denies each and every allegation contained in Paragraph 88 of the Complaint.

89.     In response to Paragraph 89 of the Complaint, TERiX denies each and every allegation contained in Paragraph 89 of the Complaint.

90.     In response to Paragraph 90 of the Complaint, TERiX denies each and every allegation contained in Paragraph 90 of the Complaint.

91.     In response to Paragraph 91 of the Complaint, TERiX denies each and every allegation contained in Paragraph 91 of the Complaint.

92.     In response to Paragraph 92 of the Complaint, TERiX denies each and every allegation contained in Paragraph 92 of the Complaint.

93.     In response to Paragraph 93 of the Complaint, TERiX denies each and every allegation contained in Paragraph 93 of the Complaint.

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

939710

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; JURY DEMAND

94.     In response to Paragraph 94 of the Complaint, TERiX denies each and every allegation contained in Paragraph 94 of the Complaint.

95.     In response to Paragraph 95 of the Complaint, TERiX denies each and every allegation contained in Paragraph 95 of the Complaint.

**Fourth Claim for Relief (Breach of Contract)**

96.     In response to paragraph 96, TERiX realleges and incorporates herein its responses to paragraphs 1 through 95 above as though set forth fully herein.

97.     In response to Paragraph 97 of the Complaint, TERiX admits that its personnel have accessed MOS.  Except as expressly admitted herein, TERiX denies all allegations contained in Paragraph 97 of the Complaint.

98.     In response to Paragraph 98 of the Complaint, TERiX lacks knowledge and information sufficient to admit or deny, and therefore denies, all allegations contained in Paragraph 98 of the Complaint.

99.     In response to Paragraph 99 of the Complaint, TERiX denies each and every allegation contained in Paragraph 99 of the Complaint.

100.    In response to Paragraph 100 of the Complaint, TERiX denies each and every allegation contained in Paragraph 100 of the Complaint.

**Fifth Claim for Relief (Intentional Interference with Prospective Economic Relations)**

101.    In response to paragraph 101, TERiX realleges and incorporates herein its responses to paragraphs 1 through 100 above as though set forth fully herein.

102.    In response to Paragraph 102 of the Complaint, TERiX denies each and every allegation contained in Paragraph 102 of the Complaint.

103.    In response to Paragraph 103 of the Complaint, TERiX denies each and every allegation contained in Paragraph 103 of the Complaint.

104.    In response to Paragraph 104 of the Complaint, TERiX denies each and every allegation contained in Paragraph 104 of the Complaint.

939710

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; JURY DEMAND

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

1

### Sixth Claim for Relief (Unfair Competition)

2      105.    In response to paragraph 105, TERiX realleges and incorporates herein its

3   responses to paragraphs 1 through 104 above as though set forth fully herein.

4      106.    In response to Paragraph 106 of the Complaint, TERiX denies each and every

5   allegation contained in Paragraph 106 of the Complaint.

6      107.    In response to Paragraph 107 of the Complaint, TERiX denies each and every

7   allegation contained in Paragraph 107 of the Complaint.

8      108.    In response to Paragraph 108 of the Complaint, TERiX denies each and every

9   allegation contained in Paragraph 108 of the Complaint.

10      109.    In response to Paragraph 109 of the Complaint, TERiX denies each and every

11   allegation contained in Paragraph 109 of the Complaint.

12      110.    In response to Paragraph 110 of the Complaint, TERiX denies each and every

13   allegation contained in Paragraph 110 of the Complaint.

14      111.    In response to Paragraph 111 of the Complaint, TERiX denies each and every

15   allegation contained in Paragraph 111 of the Complaint.

16      112.    In response to Paragraph 112 of the Complaint, TERiX denies each and every

17   allegation contained in Paragraph 112 of the Complaint.

18      113.    In response to Paragraph 113 of the Complaint, TERiX denies each and every

19   allegation contained in Paragraph 113 of the Complaint.

20      114.    In response to Paragraph 114 of the Complaint, TERiX denies each and every

21   allegation contained in Paragraph 114 of the Complaint.

22      115.    In response to Paragraph 115 of the Complaint, TERiX denies each and every

23   allegation contained in Paragraph 115 of the Complaint.

24

### Prayer for Relief

25      TERiX admits that Oracle is requesting the specified relief, but denies that Oracle is

26   entitled to the specified relief or any other relief.

27

28

**ROBINSON & WOOD, INC.**
ATTORNEYS AT LAW

939710

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT;
JURY DEMAND

1

**AFFIRMATIVE DEFENSES**

2        TERiX alleges the following affirmative defenses and reserve the right to assert additional

3   affirmative defenses as appropriate.  TERiX as a further factual basis for the affirmative defenses

4   asserted herein, incorporates by reference those factual allegations made in its Counterclaim,

5   Docket 144, filed April 14, 2014 as if they were set forth fully herein.

6        **First Affirmative Defense (Failure To State a Claim)**

7        Oracle's allegations in its complaint fail to state a claim upon which relief can be granted.

8        **Second Affirmative Defense (Materials Not Subject to Copyright)**

9        Some or all of the copyrights that Oracle alleges have been infringed by TERiX are invalid

10  for (among other reasons) a failure to comply with the requirements for copyrightable subject

11  matter set forth in 17 U.S.C. § 102, including that no copyright protection is afforded to any "idea,

12  procedure, process, system, method of operation, concept, principle, or discovery, regardless of

13  the form in which it is described, explained, illustrated, or embodied."  Solaris Updates and/or

14  firmware updates have no copyright protection under the claimed copyright protections because,

15  on information and belief, elements of the Software Updates and/or firmware updates are not

16  protected by copyright because they are themselves functional, required for the operation of a

17  server, or contain functional elements.  Further, Solaris Updates and/or firmware updates have lost

18  protection because they were or have been made open source.  Oracle's predecessor Sun

19  Microsystems, Inc. ("Sun") initiated and sponsored "OpenSolaris."  Solaris continues to exist as an

20  open source operating system overseen by certain groups and entities which Oracle has implicitly

21  or explicitly allowed to continue in this role.  Further factual allegations in support of this

22  affirmative defense are set forth in TERiX's Counterclaim, Docket No. 144, including at

23  Paragraphs 25 through 28.

24      **Third Affirmative Defense (Unregistered Works)**

25      Some or all of the copyrights that Oracle alleges have been infringed by TERiX have not

26  been registered with the U.S. Copyright Office, thus barring Oracle's copyright claim pursuant to

27

28

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT;
JURY DEMAND

**ROBINSON & WOOD, INC.**
ATTORNEYS AT LAW

17 U.S.C. §411.  Only certain versions of Solaris were registered with the U.S. Copyright Office, and none of the "Solaris Updates" or firmware updates were registered.

### Fourth Affirmative Defense (Copyright Misuse)

Oracle is misusing its copyrights by (among other things) attempting to leverage its copyright monopoly(ies) to monopolize and/or improperly restrain trade in one or more support markets, thus barring Oracle's copyright claim.  Further factual allegations in support of this affirmative defense are set forth in TERiX's Counterclaim, Docket No. 144.

### Fifth Affirmative Defense (17 U.S.C. § 117)

Any copying or use by TERiX of Oracle-owned copyrighted work(s) was within the scope of and permitted by 17 U.S.C. § 117.  Any validly registered works were only copied by TERiX on behalf of its customers who had authorized copies of such works, TERiX's use was limited to maintenance and/or repair of such machines, and TERiX thereafter destroyed such new copies after the maintenance and/or repairs of such machines.  TERiX's customers were and are fully entitled to Solaris Updates for operating systems and firmware updates for servers.  Further factual allegations in support of this affirmative defense are set forth in TERiX's Counterclaim, Docket No. 144, including at Paragraphs 25 through 30.

### Sixth Affirmative Defense (Fair Use)

Any copying or use by TERiX of Oracle-owned copyrighted work(s) was with the scope of and permitted by 17 U.S.C. § 107 and the associated "fair use" doctrine.  TERiX used any copyrighted works in commerce but did so in a limited scope, as part of a larger function of repairing and maintaining its customers' servers, which in turn served the greater function of assisting its customers continue operations and function as businesses.  The nature of the allegedly copyrighted works, in the form of Solaris Updates, on information and belief, are or contain functional elements and are not registered copyrighted works, and thus are not a substantial portion of the copyrighted works referenced in the Complaint.  Furthermore, Oracle allowed Solaris Updates for free and pursuant to "open source", only to later restrict such Solaris Updates, without adequate notice to consumers and effected parties.  The effect of TERiX's use of the

**ROBINSON & WOOD, INC.**
ATTORNEYS AT LAW

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; JURY DEMAND

1   purportedly copyrighted works upon the potential market for or value of the copyrighted work

2   supports fair use for, *inter alia*, the above reasons. Further factual allegations in support of this

3   affirmative defense are set forth in TERiX's Counterclaim, Docket No. 144, including at

4   Paragraphs 25 through 66.

5   <u>**Seventh Affirmative Defense (Express License)**</u>

6       Individuals and entities who obtained licensed copies of Solaris 7, 8, 9, and/or 10, whether

7   by purchasing a Sun/Oracle server running that Solaris version or otherwise (including without

8   limitation via download from a Sun/Oracle website), received "perpetual" license rights to that

9   version (or those versions) of Solaris and to any Solaris Updates subsequently provided for that

10   version (or those versions) of Solaris.  Those license rights are set forth in original Solaris license

11   documents that, by their own terms, can only be modified by a written and executed amendment.

12   TERiX's alleged use of Oracle's purportedly copyrighted material is expressly authorized by the

13   terms of those license agreements held by TERiX's customers.  TERiX was at all relevant times

14   acting as authorized agents of those customers.  Further factual allegations in support of this

15   affirmative defense are set forth in TERiX's Counterclaim, Docket No. 144, including at

16   Paragraphs 25 through 30.

17   <u>**Eighth Affirmative Defense (Implied License)**</u>

18       Sun and Oracle, by their conduct and in light of industry custom and practice, impliedly

19   granted to individuals and entities who obtained licensed copies of Solaris 7, 8, 9, and/or 10,

20   whether by purchasing a Sun/Oracle server running that Solaris version or otherwise (including

21   without limitation *via* download from a Sun/Oracle website), implied license rights to any Solaris

22   Updates subsequently provided for that version (or those versions) of Solaris.  TERiX's alleged

23   use of Oracle's purportedly copyrighted material is expressly authorized by the terms of those

24   implied licenses held by TERiX's customers.  Certain of those licenses did not contain terms

25   prohibiting third party use, and indeed some of those license terms expressly permitted "agents"

26   and third parties of the license holders to access Solaris Updates.  TERiX was at all relevant times

27   acting as authorized agents of those customers.  Further factual allegations in support of this

28

**ROBINSON & WOOD, INC.**
ATTORNEYS AT LAW

939710

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; JURY DEMAND

1  affirmative defense are set forth in TERiX's Counterclaim, Docket No. 144, including at
2  Paragraphs 25 through 30.

3  **Ninth Affirmative Defense (Agency)**

4  TERiX was at all relevant times acting as an authorized agent of its customers.  In
5  downloading Solaris Updates and firmware updates, TERiX was at all relevant times acting as an
6  authorized agent for each customer, and each customer was authorized to obtain Solaris Updates
7  and firmware updates.  TERiX has agency agreements with each customer, by way of a written
8  agreement and/or implied agency arrangement.  TERiX's agency relationship with its customers
9  comports with Oracle's My Oracle Support website "Terms of Use" which permits Solaris Updates
10 and/or firmware updates to be accessed by and/or shared with third parties who are agents or
11 contractors of the authorized user.  TERiX's agency with its customers also complies with Sun's
12 historical website terms of use or other terms relating to use of agents.

13 **Tenth Affirmative Defense (17 U.S.C. § 412)**

14 Some or all of the copyrights that Oracle alleges have been infringed by TERiX were not
15 registered within three months of publication, thus barring Oracle, under 17 U.S.C. § 412, from
16 recovering statutory damages or attorneys' fees pursuant to 17 U.S.C. § 504.  For example, only
17 certain versions of Solaris were registered, and none of the Solaris Updates or firmware updates
18 were registered.

19 **Eleventh Affirmative Defense (Failure To Mitigate Damages)**

20 To the extent Oracle suffered any damages, Oracle failed to take reasonable steps to
21 mitigate such damages.

22 Solaris Updates are made available to Solaris users for free.  On information and belief,
23 Sun provided patches for free to owners of licensed operating systems.  On information and belief,
24 all other original equipment manufacturers ("OEM") of licensed operating systems provide similar
25 such patches for free.  On information and belief, Solaris 10 and 11 source code has been publicly
26 accessible and indeed much of the purportedly protected Solaris Updates and firmware relate to
27 Solaris operating systems which have been "open source" for many years.  Further, Oracle's

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT; JURY DEMAND

**ROBINSON & WOOD, INC.**
ATTORNEYS AT LAW

1    current server service model allows for the download and access to the Solaris Updates and

2    firmware for machines which are not subject to Oracle's purportedly mandatory support contract.

3    Oracle customers apparently can and do utilize support contracts for one machine to obtain Solaris

4    Updates and firmware for non-supported machines. By failing to take steps to prevent customers

5    and/or others to access materials for allegedly unsupported Oracle hardware, Oracle has failed to

6    mitigate its alleged losses.

7              **Twelfth Affirmative Defense (Invitation to / Inducement of Conduct)**

8              Oracle's wrongful conduct (undertaken in furtherance of illegal and anti-competitive goals)

9    in attempting unilaterally to change license terms without notice and failing/refusing to clarify the

10   terms of its license agreements, particularly in light of the prior license grants and associated facts

11   and circumstances, effectively invited or induced the conduct complained of by Oracle.  Further,

12   Sun made Solaris open source and provided the Solaris Updates and firmware updates for free,

13   thus inviting TERiX and others to enter the server repair business.  Therefore, to the extent Oracle

14   suffered any damages, it was the proximate cause of those damages and is barred from recovery.

15   Further factual allegations in support of this affirmative defense are set forth in TERiX's

16   Counterclaim, Docket No. 144, including at Paragraphs 25 through 66.

17                         **Thirteenth Affirmative Defense (Laches)**

18             Oracle's Complaint is barred in whole or in part by laches.  Oracle's alleged damages (if

19   any) were caused in whole or in part by Oracle's own conduct.   Solaris Updates and firmware

20   were freely available prior to Oracle's acquisition of Sun, inviting and inducing TERiX and others

21   to enter the server maintenance market, to their prejudice given the current lawsuit, and later,

22   Oracle changed these policies without adequate or fair notice to customers or third party

23   maintenance providers.  Further, prior to the time period at issue in the Complaint, Sun became

24   aware of TERiX's actions taken on behalf, and as agent, of its customers and took no substantive

25   action to prevent or challenge such actions.  Oracle was thus aware of TERiX's actions and in

26   failing to take action prejudiced TERiX in allowing TERiX's purportedly "wrongful" business

27   practice to continue.

28

**ROBINSON & WOOD, INC.**
ATTORNEYS AT LAW

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT;
JURY DEMAND

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

1   By its unreasonable delay in bringing this action, Oracle has prejudiced Defendant by

2   depriving Defendant of the opportunity of collecting exculpatory evidence.  As a further

3   consequence of Oracle's unreasonable delay, Defendant has suffered prejudice to the extent that

4   Defendant continued the conduct Oracle now alleges violates its rights.  Further factual allegations

5   in support of this affirmative defense are set forth in TERiX's Counterclaim, Docket No. 144,

6   including at paragraphs 25 through 34.

7   **Fourteenth Affirmative Defense (Waiver)**

8   Oracle knowingly waived its right to sue regarding Solaris Updates and firmware updates.

9   Individuals and entities who obtained licensed copies of Solaris 7, 8, 9, and/or 10, whether by

10  purchasing a Sun/Oracle server running that Solaris version or otherwise (including without

11  limitation via download from a Sun/Oracle website), received from Sun/Oracle "perpetual" license

12  rights to that version (or those versions) of Solaris and to any Solaris Updates subsequently

13  provided for that version (or those versions) of Solaris.  Those license rights are set forth in

14  original Solaris license documents that, by their own terms, can only be modified by a written and

15  executed amendment.  Further, prior to the time period at issue in the Complaint, Sun became

16  aware of TERiX's actions taken on behalf, and as agent, of its customers and took no substantive

17  action to prevent or challenge such actions.  Oracle was thus aware of TERiX's actions and in

18  failing to take action regarding the TERiX business practices of which it now complains, Oracle

19  waived its right to now, years later, claim such practices substantiate recovery on the theories

20  plead in its Complaint.

21  To the extent that Oracle permitted and/or continues to permit customers and/or others to

22  access materials for Sun/Oracle hardware and/or software and/or firmware, Oracle has waived its

23  rights to sue regarding any such materials, including Solaris Updates.  Moreover, in light of

24  Oracle's aggressive litigation campaign for allegations of copyright infringement and breach of

25  contact for similar conduct as alleged herein, Oracle's failure to take steps to prevent or redress

26  such allegedly unauthorized access constitutes a knowing waiver of its right to preclude the use of

27  access credentials by the customers or their agents in the manner alleged.

28

939710

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT;
JURY DEMAND

1   Further factual allegations in support of this affirmative defense are set forth in TERiX's

2   Counterclaim, Docket No. 144, including at Paragraphs 25 through 34.

3   **Fifteenth Affirmative Defense (Estoppel)**

4   Oracle is estopped from bringing the current action because it knew the conduct

5   complained of was not previously unlawful, illegal or wrong and further because Oracle engages

6   in the same activities of which it accuses TERiX in the course of performing its multi-vendor

7   support services.  On information and belief, Oracle accesses other OEM websites and downloads

8   patches in its capacity as a software service provider.  Oracle knew or should have known that

9   TERiX and others would and did rely on such facts, *inter alia*, to engage in the conduct Oracle

10  now complains of as being unlawful.  As a result, Defendant and others have materially changed

11  their positions and would now experience undue prejudice having relied on the policies, express

12  and implied licenses, and conduct previously existing with respect to Solaris and Solaris Updates.

13  Further factual allegations in support of this affirmative defense are set forth in TERiX's

14  Counterclaim, Docket No. 144.

15  **Sixteenth Affirmative Defense (Unclean Hands)**

16  Oracle cannot recover because it has violated good faith and principles of equity in its prior

17  conduct in relation to the conduct of which it complains regarding TERiX in its Complaint.

18  Solaris Updates and firmware were freely available prior to Oracle's acquisition of Sun, inviting

19  and inducing TERiX and others into the server maintenance business, to their prejudice given the

20  current lawsuit, and later, Oracle changed these policies without adequate or fair notice to

21  customers or ISPs.  Prior to the time period at issue in the Complaint, Sun became aware of

22  TERiX's actions taken on behalf, and as agent, of  its customers and took no substantive action to

23  prevent or challenge such actions.  In conjunction with its policy change and to the detriment of

24  TERiX and others, Oracle in the course of performing its multi-vendor support services has

25  engaged and continues to engage in the same activities of which it accuses TERiX.  Further factual

26  allegations in support of this affirmative defense are set forth in TERiX's Counterclaim, Docket

27  No. 144, including from paragraphs 25 through 66.

28

**ROBINSON & WOOD, INC.**
ATTORNEYS AT LAW

939710

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT;
JURY DEMAND

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

### Seventeenth Affirmative Defense (Acts or Omissions of Others)

Oracle's claims for relief are barred in whole or in part because any damages suffered by Oracle were proximately caused in whole or in part by the criminal, wrongful, and /or negligent acts or omissions of persons other than TERiX, and not by any acts or omissions of TERiX. On information and belief, by and through Oracle's and others' negligence, Solaris 10 and 11 source code has been publicly accessible and indeed much of the purportedly protected Solaris Updates and firmware relate to Solaris operating systems which have been "open source" for many years. Further, Oracle's current server service model allows for the download and access to the Solaris Updates and firmware for machines which are not subject to Oracle's purportedly mandatory support contract. Oracle customers apparently can and do, through Oracle's negligence, utilize support contracts for one machine to obtain Solaris Updates and firmware for non-supported machines. To the extent that customers or others informed Defendant that the customers were entitled to certain Solaris Updates, or took steps to secure updates contrary to the rights of Oracle, if any, liability for such wrongful acts, conduct or omissions by such other persons or entities is not properly attributable to Defendant.

### Eighteenth Affirmative Defense (Pre-emption)

Oracle's fourth, fifth, and sixth claims for relief are each preempted by the U.S. Copyright, 17 U.S.C. § 301 *et seq.*

### Nineteenth Affirmative Defense (Adequate Remedy at Law)

Oracle's request for injunctive relief is barred by the fact that it has an adequate remedy at law for any alleged injury.

### TwentiethAffirmative Defense (Statutes of Limitations)

Each of Oracle's claims for relief is barred by the applicable statutes of limitations. Oracle, through its predecessor Sun, was aware or on notice of the activities of TERiX about which it now complains as early as 2008. TERiX and Oracle, through its predecessor Sun, communicated regarding, inter alia, TERiX's activities in assisting its customers with server

939710

1  maintenance and specifically regarding Solaris Updates and firmware upgrades.  Oracle, through

2  its predecessor Sun, did not timely file suit after such notice.

3  **Twenty-First Affirmative Defense (Authorized Access)**

4  Oracle's claims for violations of the Computer Fraud and Abuse Act are barred based on

5  agreements between Oracle and its customers and/or former customers which authorize access to

6  Oracle's relevant websites at relevant times.  In downloading Solaris Updates, TERiX was at all

7  relevant times acting as an authorized agent for each customer, and each customer was authorized

8  to obtain the Solaris Updates and firmware updates.  TERiX has agency agreements with each

9  customer, by way of a written agreement and/or implied agency arrangement.  TERiX's agency

10  relationship with its customers comports with Oracle's My Oracle Support website "Terms of Use"

11  which permits Solaris Updates and/or firmware updates to be accessed by and/or shared with third

12  parties who are agents or contractors of the authorized user.  TERiX's agency with its customers

13  also complies with Sun's historical website terms of use or other terms relating to use of agents.

14  **Twenty-Second Affirmative Defense (Nominative Fair Use)**

15  Oracle's claim for relief under the Lanham Act fails because Oracle's Solaris Updates and

16  firmware are products and/or services that are not readily identifiable without reference thereto,

17  and TERiX's use constitutes use reasonably necessary to identify the product or service, and

18  TERiX has taken no action that would, in conjunction with references to Oracle's products and

19  services, suggest sponsorship or endorsement by Oracle.

20  **Twenty-Third Affirmative Defense (Innocent Intent)**

21  Each of Oracle's claims for relief is barred because TERiX's conduct was at all times in

22  good faith and without willful intent.  TERiX had no reason to believe that its acts constituted

23  infringements because, *inter alia*, the Solaris Updates and firmware updates were previously open

24  source, made available for free, not registered for copyright protection by Oracle or its predecessor

25  Sun, allowed to be accessed by third parties such as TERiX pursuant to Oracle's MOS terms of

26  use, within the scope of TERiX's customers' original license rights, and Oracle, through its

27  predecessor Sun, was aware of TERiX's conduct in this regard and took no action.  Further factual

28

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT;
JURY DEMAND

**ROBINSON & WOOD, INC.**
ATTORNEYS AT LAW

**ROBINSON & WOOD, INC.**
ATTORNEYS AT LAW

1  allegations in support of this affirmative defense are set forth in TERiX's Counterclaim, Docket

2  No. 144, including at Paragraphs 25 through 34.

3  <u>**Twenty-Fourth Affirmative Defense (Illegal Conduct)**</u>

4      Each of Oracle's claims for relief is barred because Oracle's conduct in attempting to

5  restrict customers' access to Solaris Updates and firmware is in violation of the explicit or implicit

6  contracts between those customers and Oracle and, independently, illegal and anticompetitive

7  under U.S. and California antitrust laws.  Further factual allegations in support of this affirmative

8  defense are set forth in TERiX's Counterclaim, Docket No. 144, including at Paragraphs 25

9  through 66..

10  <u>**Twenty-Fifth Affirmative Defense (Illegal Contract)**</u>

11      Oracle's breach of contract claim for relief is barred because Oracle's conduct in entering

12  into and/or enforcing or attempting to enforce each and every alleged contract was illegal under

13  U.S. and California antitrust laws.  Further factual allegations in support of this affirmative

14  defense are set forth in TERiX's Counterclaim, Docket No. 144, including at Paragraphs 25

15  through 66..

16  <u>**Prayer**</u>

17      Wherefore, TERiX pray as follows:

18      1.      That Oracle take nothing by the Complaint and that the Complaint be dismissed

19  with prejudice.

20      2.      That TERiX be awarded its reasonable attorneys fees.

21      3.      That TERiX be awarded its costs of suit.

22      4.      That TERiX be granted such other and further relief as the Court determines is just

23  and proper.

24

25

26

27

28

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT;
JURY DEMAND

1

Dated:  May 19, 2014                    ROBINSON & WOOD, INC.

2

3                                               By:   *Gabriel G. Gregg*
                                                       GABRIEL G. GREGG

4                                                      - and -

5                                               RIMON P.C.
                                                  SCOTT R. RABER
6                                                 RICHARD J. MOONEY

7                                                      - and -

8                                               LARDIERE MCNAIR, LLC
                                                  CHRISTOPHER L. LARDIERE
9

10                                                 *Attorneys for Defendant*
                                                    TERIX COMPUTER COMPANY, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT;
JURY DEMAND

**ROBINSON & WOOD, INC.**
ATTORNEYS AT LAW

**<u>Demand for Jury Trial</u>**

In accordance with Rule 38(b) of the Federal Rules of Civil Procedure, TERiX hereby demand a trial by jury of any issues so triable by right.

Dated:  May 19, 2014                                    ROBINSON & WOOD, INC.


By:    */s/ Gabriel G. Gregg*_____
          GABRIEL G. GREGG

          - and -

RIMON P.C.
   SCOTT R. RABER
   RICHARD J. MOONEY

          - and -

LARDIERE MCNAIR, LLC
   CHRISTOPHER L. LARDIERE

   *Attorneys for Defendant*
   TERIX COMPUTER COMPANY, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ROBINSON & WOOD, INC.**
ATTORNEYS AT LAW

939710

TERiX COMPUTER COMPANY INC.'S FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT;
JURY DEMAND