| | |
|---|---|
| BINGHAM MCCUTCHEN LLP<br>Geoffrey M. Howard (SBN 157468)<br>geoff.howard@bingham.com<br>Thomas S. Hixson (SBN 193033)<br>thomas.hixson@bingham.com<br>Kyle Zipes (SBN 251814)<br>kyle.zipes@bingham.com<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br><br>ORACLE CORPORATION<br>Dorian Daley (SBN 129049)<br>dorian.daley@oracle.com<br>Deborah K. Miller (SBN 95527)<br>deborah.miller@oracle.com<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94065<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114 | LATHAM & WATKINS LLP<br>Daniel M. Wall (SBN 102580)<br>dan.wall@lw.com<br>Christopher B. Campbell (SBN 254776)<br>christopher.campbell@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: 415.391.0600<br>Facsimile: 415.395.8095<br><br>ORACLE CORPORATION<br>Jeffrey S. Ross (SBN 138172)<br>jeff.ross@oracle.com<br>10 Van de Graaff Drive<br>Burlington, MA 01803<br>Telephone: 781.744.0449<br>Facsimile: 781.238.6273<br><br>Attorneys for Plaintiffs<br>Oracle America, Inc., and Oracle International Corporation |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TERIX COMPUTER COMPANY, INC., a California corporation; MAINTECH INCORPORATED, a Delaware corporation; and DOES 1-50,<br><br>　　　　　Defendants. | No. 5:13-cv-03385 PSG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SECOND AMENDED COMPLAINT** |

Case No. 5:13-cv-03385 PSG

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SECOND AMENDED COMPLAINT

WHEREAS, Oracle America, Inc. filed its Complaint on July 19, 2013 against TERiX Computer Company, Inc. ("Terix") and Maintech Incorporated ("Maintech");

WHEREAS, Oracle America, Inc. and Oracle International Corporation (collectively, "Oracle") filed the First Amended Complaint on March 24, 2014, and a Corrected First Amended Complaint on March 27, 2014, against TERiX, Maintech, Volt Delta Resources, LLC, ("Volt Delta), Sevanna Financial, Inc. ("Sevanna"), and West Coast Computer Exchange, Inc. ("WEX") (collectively, "Defendants");

WHEREAS, Terix, Maintech and Volt Delta filed Counterclaims against Oracle on April 14, 2014;

WHEREAS, Oracle filed a Notice and Motion for Leave to File the Second Amended Complaint on June 30, 2014;

WHEREAS, the hearing on Oracle's Motion for Leave to File the Second Amended Complaint is currently set for August 5, 2014 at 10:00 am;

WHEREAS, Terix, Maintech and Volt Delta may wish to amend their Counterclaims related to new material alleged in the proposed Second Amended Complaint;

WHEREAS, the Parties have met and conferred regarding Oracle's Motion for Leave to File the Second Amended Complaint and Terix, Maintech and Volt Delta's proposal to amend their Counterclaims;

NOW, THEREFORE, the parties hereby stipulate and agree, and ask the Court to order, as follows:

1. Oracle may file the Second Amended Complaint within five days of the date the Court approves this stipulation and proposed order;

2. Oracle will promptly produce the application and deposit materials associated with the Oracle System Firmware registered works referenced in the Second Amended Complaint; and

3. Oracle agrees that Terix, Maintech and Volt Delta may amend their Counterclaims related to the new material in the Second Amended Complaint on the following schedule:

    a. Defendants shall provide a copy to Oracle of their proposed amended Counterclaims within two weeks of receiving the materials in paragraph 2 above.

    b. Oracle shall have up to five days to review the proposed amended Counterclaims.

    c. If Oracle has no objection to the scope of the proposed amended Counterclaims, Oracle will stipulate to their filing.

4. The hearing regarding Oracle's Motion for Leave to File the Second Amended Complaint currently set for August 5, 2014 at 10:00 am is vacated.

DATED: July 9, 2014

Bingham McCutchen LLP

By:     /s/ Geoffrey M. Howard
Geoffrey M. Howard
Attorneys for Plaintiffs
ORACLE AMERICA, INC. and
ORACLE INTERNATIONAL
CORPORATION

DATED: July 9, 2014

GCA LAW PARTNERS LLP

By:     /s/ Valerie M. Wagner
Valerie M. Wagner
Attorneys for Defendants
MAINTECH INCORPORATED and
VOLT DELTA RESOURCES, LLC

| | |
|---|---|
| 1 | |
| | DATED:  July 9, 2014 |
| 2 | ROBINSON & WOOD, INC. |
| 3 | |
| | By:  /s/ Gabriel G. Gregg |
| 4 | Gabriel G. Gregg |
| | Attorneys for Defendant |
| 5 | TERIX COMPUTER COMPANY, INC. |

DATED:  July 9, 2014

HOPKINS & CARLEY

By:  /s/ John V. Picone III
John V. Picone III
Attorneys for SEVANNA FINANCIAL, INC.
and WEST COAST COMPUTER EXCHANGE, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  July 32, 2014

_____
Hon. Paul S. Grewal
United States Magistrate Judge

3   Case No. 5:13-cv-03385 PSG

STIPULATION AND [PROPOSED] ORDER REGARDING SECOND AMENDED COMPLAINT

| | |
|---|---|
| 1 | **ATTESTATION** |

2   I, Geoffrey M. Howard, am counsel for Oracle America, Inc. and Oracle International

3  Corporation. I am the registered ECF user whose username and password are being used to file

4  this stipulation and proposed order. In compliance with LR 5-1(i)(3), I hereby attest that the

5  above-identified counsel concurred in this filing.

6  DATED: July 9, 2014

Bingham McCutchen LLP

By: _____/s/ Geoffrey M. Howard_____
Geoffrey M. Howard
Attorneys for Plaintiffs
ORACLE AMERICA, INC. and
ORACLE INTERNATIONAL
CORPORATION