UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ORACLE AMERICA, INC. and ORACLE INTERNATIONAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>TERIX COMPUTER COMPANY, INC., et al.,<br><br>Defendants. | Case No. 5:13-cv-03385-PSG<br><br>**ORDER RE: DISCOVERY AND SEALING MOTIONS**<br><br>**(Re: Docket Nos. 209, 210, 218, 221, 223, 229, 232, 235, 236 and 249)** |
|---|---|

In light of the parties' representations that they will meet and confer to address the discovery disputes pending before the court and that letter briefs to be filed on August 6th "will supersede and render moot" Docket Nos. 209, 218, 221, 223, 232 and 235, the court DENIES those motions AS MOOT.[1]

The court further rules as follows on the outstanding sealing motions:

| DN | | RULING |
|---|---|---|
| 210-4 | Page 1, ¶ 2 | May be filed under seal. |
| | Page 1, ¶ 3 | May not be filed under seal. |
| | Page 1, ¶ 4 | May not be filed under seal. |
| | Page 2, ¶ 2 (first full ¶) | May not be filed under seal. |
| | Page 2, ¶ 3 (second full ¶) | May not be filed under seal. |
| | Page 2, ¶ 4 | May not be filed under seal. |

---

[1] *See* Docket No. 258 at 1 ("The Parties intend that these letter briefs will supersede and render moot D.I. 209, 218, 221, 223, 232 and 235.").

1
Case No. 5:13-cv-03385-PSG
ORDER RE: DISCOVERY AND SEALING MOTIONS

| | | |
|---|---|---|
| | (partial ¶) | |
| | Page 3, ¶ 1 (partial ¶) | May be filed under seal. |
| | Page 3, ¶ 2 (first full ¶) | May be filed under seal. |
| | Page 3, ¶ 3 (second full ¶) | May be filed under seal. |
| | Page 3, ¶ 4 (third full ¶) | May be filed under seal. |
| DN 210-5, Ex. A | | Only the customer names, numerical reference to the number of customers and the description of contract language may be filed under seal. The additional proposed redactions are neither narrowly-tailored nor well supported as required by the local rules.[2] |
| DN 210-6, Ex. B | | May not be filed under seal. The proposed redactions are neither narrowly-tailored nor well supported as required by the local rules. |
| DN 210-7, Ex. C | | May not be filed under seal. The proposed redactions are neither narrowly-tailored nor well supported as required by the local rules. |
| DN 210-8, Ex. D | | May not be filed under seal. The proposed redactions are neither narrowly-tailored nor well supported as required by the local rules. |
| DN 210-9, Ex. E | | Only the customer information may be filed under seal. The additional proposed redactions are neither narrowly-tailored nor well supported as required by the local rules. |
| DN 229, Exs. A – I | | Only the customer names, redacted e-mail addresses, user IDs and direct quotes from referenced contracts may be filed under seal. The additional proposed redactions are neither narrowly-tailored nor well supported as required by the local rules. |
| DN 236-4 | | Only the single customer name and any numerical reference to the number of customers may be filed under seal. The additional proposed redactions are neither narrowly-tailored nor well supported as required by the local rules. |
| DN 249-4 | | Only the customer names, redacted e-mail addresses, user IDs and direct quotes from referenced contracts may be filed under seal. The additional proposed redactions are neither narrowly-tailored nor well supported as required by the local rules. |

---

[2] *See* Civil L.R. 79-5(b).

Except as provided in Civil L.R. 79-5(c), no document may be filed under seal (i.e., closed to inspection by the public) except pursuant to a court order that authorizes the sealing of the particular document, or portions thereof. A sealing order may issue only upon a request that establishes that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law (hereinafter referred to as "sealable"). The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d).

**United States District Court**
For the Northern District of California

**IT IS SO ORDERED.**

Dated: July 31, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge