1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

| | |
|---|---|
| ORACLE AMERICA, INC. and ORACLE INTERNATIONAL CORPORATION, )<br><br>Plaintiffs, )<br><br>v. )<br><br>TERIX COMPUTER COMPANY, INC., et al., )<br><br>Defendants. ) | Case No. 5:13-cv-03385-PSG<br><br>**ORDER RE: DISCOVERY DISPUTES**<br><br>**(Re: Docket No. 332)** |

17    The parties shall produce all discovery ordered by Docket No. 332 no later than

18 Friday, September 26, 2014.

19 **IT IS SO ORDERED.**

20 Dated: August 22, 2014

21

22 PAUL S. GREWAL
United States Magistrate Judge

23

24

25

26

27

28

1

Case No. 5:13-cv-03385-PSG
ORDER RE: DISCOVERY DISPUTES

United States District Court
For the Northern District of California