UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. and ORACLE INTERNATIONAL CORPORATION,<br><br>        Plaintiffs,<br>v.<br><br>TERIX COMPUTER COMPANY, INC., et al.,<br><br>        Defendants. | Case No. 5:13-cv-03385-PSG<br><br>**ORDER RE: REQUEST FOR CLARIFICATION**<br><br>(Re: Docket Nos. 332 and 335) |

Before the court is a request[1] from Oracle for clarification regarding the court's order[2] from last week covering a series of discovery disputes in this case. The court agrees with Oracle's read of the order. Oracle's motion to compel as to RFP No. 48 is GRANTED, not DENIED.

**IT IS SO ORDERED.**

Dated: August 25, 2014

                                                             PAUL S. GREWAL
                                                             United States Magistrate Judge

---

[1] *See* Docket No. 335.

[2] *See* Docket No. 332 at 6.

    **5. RFP No. 48**

    DENIED. Terix has not established that the common-interest privilege applies. The mere possibility that a communication could relate to the formulation of a common legal strategy or defense is insufficient to claim the privilege.

1

Case No. 5:13-cv-03385-PSG
ORDER RE: REQUEST FOR CLARIFICATION