UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. and ORACLE INTERNATIONAL CORPORATION,<br><br>                 Plaintiffs,<br>v.<br><br>TERIX COMPUTER COMPANY, INC., et al.,<br><br>                 Defendants. | Case No. 5:13-cv-03385-PSG<br><br>**ORDER RE DISCOVERY DISPUTES**<br><br>**(Re Docket No. 343)** |

Before the court is the parties' dispute over the case schedule and additional interrogatory requests and deposition hours.[1] The parties submitted a letter brief and appeared at a hearing earlier today.[2] The court largely adopts Oracle's proposed schedule as explained below. The discovery schedule shall be as follows:

- January 9, 2015: Close of fact discovery—all claims
- February 6, 2015: Opening expert reports
- March 25, 2015: Rebuttal expert reports
- May 8, 2015: Last day for dispositive motions to be heard
- July 21, 2015: Pre-trial conference
- August 3, 2015: Trial

---

[1] *See* Docket No. 343.

[2] *See* Docket No. 344.

Case No. 5:13-cv-03385-PSG
ORDER RE DISCOVERY DISPUTE

1

As to the dispute over additional interrogatories and deposition hours, the court rules as follows:

- Oracle shall have an additional 35 deposition hours.
- Defendants—collectively—shall have an additional 35 deposition hours.
- Oracle is permitted to serve an additional 20 interrogatories each on the Terix and Maintech groups.
- The Terix and Maintech groups are each permitted to serve an additional 20 interrogatories on Oracle.

**IT IS SO ORDERED.**

Dated: September 29, 2014

PAUL S. GREWAL
United States Magistrate Judge