UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., et al.,<br><br>    Plaintiffs,<br>v.<br>TERIX COMPUTER COMPANY, INC., et al.,<br><br>    Defendants. | Case No. 5:13-cv-03385-PSG<br><br>**CORRECTED ORDER RE DISCOVERY DISPUTE SCHEDULE**<br><br>**(Re: Docket Nos. 376, 377, 378)** |

Although Oracle and Defendants represent that Oracle intends to file a motion for protective order that is related to pending discovery disputes, the court confirms that any motions already filed will be heard on Friday, December 12 at 10 AM.[1] The court will entertain argument on any forthcoming motions at a later date.

**SO ORDERED.**

Dated: December 10, 2014

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket Nos. 376, 377, 378.

1
Case No. 5:13-cv-03385-PSG
CORRECTED ORDER RE DISCOVERY DISPUTE SCHEDULE