Valerie M. Wagner (SBN 173146)
Jill F. Kopeikin (SBN 160792)
GCA LAW PARTNERS LLP
2570 W. El Camino Real
Mountain View, CA 94040, Suite 510
Tel: (650) 428-3900
Fax: (650) 428-3901
jkopeikin@gcalaw.com
vwagner@gcalaw.com

Ragesh K. Tangri (SBN 159477)
Joseph C. Gratz (SBN 240676)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel: (415)362-6666
Fax: (415) 236-6300
rtangri@durietangri.com
jgratz@durietangri.com

Attorneys for Defendants and Counterclaimants
MAINTECH INCORPORATED and
VOLT DELTA RESOURCES, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>TERIX COMPUTER COMPANY, INC., a California corporation; MAINTECH INCORPORATED, a Delaware corporation; VOLT DELTA RESOURCES, LLC, a Nevada limited liability company; SEVANNA FINANCIAL, INC., a Nevada corporation; WEST COAST COMPUTER EXCHANGE, INC., a Nevada corporation and DOES 1- 50,<br><br>Defendants. | Case No.: 5:13-cv-03385-PSG<br><br>AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR VOLT DELTA RESOURCES LLC |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;
CASE NO. 5:13-CV-03385 PSG

Pursuant to Civil L.R. 3-15, the undersigned certifies on behalf of Volt Delta Resources, LLC that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  NewNet Communications Technologies LLC, ████████████████████████████████████████

Pursuant to Fed. R. Civ. P. 7.1, the undersigned certifies that Volt Delta Resources, LLC has a parent corporation:  NewNet Communications Technologies LLC.

DATED:  January 28, 2015          GCA LAW PARTNERS LLP

By: /s/ Valerie M. Wagner
    Valerie M. Wagner

Attorneys for Defendants/Counterclaimants
MAINTECH INCORPORATED and VOLT DELTA RESOURCES, LLC

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;
CASE NO. 5:13-CV-03385 PSG

1