# CERTIFICATE OF SERVICE

I, the undersigned declare:

I am employed in the County of Santa Clara, California. I am over the age of eighteen years and not a party to this action. My business address is 2570 W. El Camino Real, Suite 510, Mountain View, CA 95040. I am readily familiar with the practice of this office for collection and processing of correspondence for email delivery, and they are sent that same day in the ordinary course of business.

On the date set forth below, I served the following document(s):
UNREDACTED AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSIONS FOR VOLT DELTA RESOURCES LLC

[X]  **(VIA EMAIL)** by transmitting via email the document(s) listed above on this date to the person(s) at the email address(es) set forth below.

| | |
|---|---|
| Rollin Chippey<br>Thomas S. Hixson<br>Kevin Papay<br>MORGAN, LEWIS & BOCKIUS LLP<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Phone: 415.393.2000<br>geoff.howard@morganlewis.com<br>thomas.hixson@morganlewis.com<br>kevin.papay@morganlewis.com<br>rchippey@morganlewis.com | Andrew W. Olsson<br>Gabriel G. Gregg<br>Colin G. McCarthy<br>Jacquetta M. Bardacos<br>ROBINSON & WOOD, INC.<br>227 N. 1st Street<br>San Jose, CA  95113<br>Phone: 408.298.7120<br>awo@robinsonwood.com<br>ggg@robinsonwood.com<br>cgm@robinsonwood.com<br>jmb@robinsonwood.com |
| Christopher B. Campbell<br>Daniel M. Wall<br>Christopher S. Yates<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-6538<br>Phone: 415.391.0600<br>Christopher.campbell@lw.com<br>Dan.wall@lw.com<br>Chris.yates@lw.com<br><br>Attorneys for Plaintiff ORACLE AMERICA, INC. and ORACLE INTERNATIONAL CORPORATION | Christopher L. Lardiere<br>Chad M. Stonebrook<br>LARDIERE MCNAIR, LLC<br>3956 Brown Park Drive, Suite B<br>Hillard, OH  43026<br>Phone: 614.534.1533<br>chris@lmcounsel.com<br>chad@lmcounsel.com<br><br>Richard J. Mooney<br>Scott Raber<br>Rimon PC<br>One Embarcadero Ctr #400<br>San Francisco, CA  94105<br>Phone: 415.539.0443<br>Scott.raber@rimonlaw.com<br>Richard.mooney@rimonlaw.com<br><br>Attorneys for Defendant TERIX COMPUTER COMPANY, INC., SEVANNA FINANCIAL, INC. and WEST COAST COMPUTER EXCHANGE, INC. |

- 1 -

**CERTIFICATE OF SERVICE – CASE NO. 5:13-CV-03385 PSG**

John V. Picone III
Jennifer S. Coleman
Hopkins & Carley
70 South First Street
San Jose, CA  95113
Phone: 408.286.9800
jpicone@hopkinscarley.com
jcoleman@hopkinscarley.com

Attorneys for Defendants TERIX COMPUTER COMPANY, INC., SEVANNA FINANCIAL, INC. and WEST COAST COMPUTER EXCHANGE, INC.

I certify under penalty of perjury that the foregoing if true and correct.

Dated: January 28, 2015                GCA LAW PARTNERS LLP

                                       By: _____
                                           Jennifer Johnson