| | |
|---|---|
| Gabriel G. Gregg, Bar No. 187333<br>ggg@robinsonwood.com<br>ROBINSON & WOOD, INC.<br>227 North First Street<br>San Jose, CA 95113<br>Telephone: (408) 298-7120<br>Facsimile:  (408) 298-0477 | Richard James Mooney, Bar No. 176486<br>richard.mooney@rimonlaw.com<br>Scott Robert Raber, Bar No. 194924<br>scott.raber@rimonlaw.com<br>RIMON PC<br>One Embarcadero Ctr., #400<br>San Francisco, CA 94105<br>Telephone: (800) 930-7271<br>Facsimile:  (800) 930-7271 |
| Christopher L. Lardiere *(Pro Hac Vice)*<br>chris@lmcounsel.com<br>LARDIERE MCNAIR, LLC<br>3956 Brown Park Drive, Suite B<br>Hilliard, OH 43026<br>Telephone: (614) 534-1355<br>Facsimile: (614) 319-3746 | John V. Picone III, Bar No. 187226<br>jpicone@hopkinscarley.com<br>Jennifer S. Coleman, Bar No. 213210<br>jcoleman@hopkinscarley.com<br>HOPKINS & CARLEY<br>A Law Corporation<br>The Letitia Building<br>70 South First Street<br>San Jose, CA  95113-2406<br>Telephone:    (408) 286-9800<br>Facsimile:      (408) 998-4790 |
| Attorneys for Defendants<br>TERIX COMPUTER COMPANY, INC.,<br>SEVANNA FINANCIAL, INC., AND<br>WEST COAST COMPUTER EXCHANGE,<br>INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>TERIX COMPUTER COMPANY, INC., a California corporation; MAINTECH INCORPORATED, a Delaware corporation; VOLT DELTA RESOURCES, LLC, a Nevada limited liability company; SEVANNA FINANCIAL, INC., a Nevada corporation; WEST COAST COMPUTER EXCHANGE, INC., a Nevada corporation; and DOES 1-50,<br><br>　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.  5:13-cv-03385-PSG<br><br>**NOTICE OF ADMINISTRATIVE MOTION AND ADMINISTRATIVE MOTION BY TERIX COMPUTER COMPANY, INC., SEVANNA FINANCIAL, INC. AND WEST COAST COMPUTER EXCHANGE TO EXTEND BRIEFING SCHEDULE AND MODIFY HEARING DATE RE ORACLE'S MOTION FOR SANCTIONS**<br><br>Judge:    Magistrate Judge Paul J. Grewal |

733\1195344.2

NOTICE OF ADMINISTRATIVE MOTION AND ADMINISTRATIVE MOTION BY TERIX COMPUTER COMPANY, INC., SEVANNA FINANCIAL, INC. AND WEST COAST COMPUTER EXCHANGE TO EXTEND BRIEFING SCHEDULE AND MODIFY HEARING DATE RE ORACLE'S MOTION FOR SANCTIONS                                                                                                                                   5:13-CV-03385-PSG

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

Pursuant to Local Rule 7-11(a), Defendant and Counterclaimant Terix Computer Company, Inc. and Defendants Sevanna Financial, Inc., and West Coast Computer Exchange, Inc. ("Terix Defendants") request that the Court modify the briefing schedule and hearing date for Plaintiff Oracle's pending Motion for Sanctions (Dkt. No. 498) ("Motion for Sanctions").[1]

Terix Defendants respectfully request that the Court extend the schedule for their opposition by two weeks to March 10, 2015. Terix Defendants also propose that Oracle submit its reply memorandum in support of the Motion for Sanctions on March 18, 2015. Finally, in order for the Court to have sufficient time to review and consider the moving, opposition and reply papers, Terix Defendants propose to modify the hearing date for the Motion for Sanctions currently scheduled for March 17, 2015 (the same day as the hearing on Oracle's Motion for Partial Summary Judgment) to March 31, 2015.

Below is a summary of the requested modifications to the briefing schedule:

|  | **Current Schedule** | **Terix Defendants' Proposed Schedule** |
|---|---|---|
| Def. Opposition Due | February 24, 2015 | March 10, 2015 |
| Plaintiffs' Reply Due | March 3, 2014 | March 18, 2015 |
| Hearing Date | March 17, 2015 at 10:00 a.m. | March 31, 2015 at 10:00 a.m. |

Under Terix Defendants' proposed schedule ("Proposed Schedule"), the Court will still have almost two weeks following the filing of Oracle's reply to review the full pleadings before the hearing date of March 31, 2015.

Terix Defendants request additional time to prepare the memorandum in opposition to the Motion for Sanctions for the following reasons: (1) the need to conduct a forensic examination, analysis and comparison of the laptop, server and other documents and testimony at issue in the Motion for Sanctions which will take a significant amount of time; (2) despite their best efforts and diligence, Terix Defendants have had extraordinary difficulty finding and retaining a forensic

---

[1] Pursuant to Local Rule 7-11, this request is accompanied by a Proposed Order and the Declaration of Jennifer S. Coleman ("Coleman Decl.").

733\1195344.2 - 1 -
NOTICE OF ADMINISTRATIVE MOTION AND ADMINISTRATIVE MOTION BY TERIX COMPUTER COMPANY, INC., SEVANNA FINANCIAL, INC. AND WEST COAST COMPUTER EXCHANGE TO EXTEND BRIEFING SCHEDULE AND MODIFY HEARING DATE RE ORACLE'S MOTION FOR SANCTIONS                 5:13-CV-03385-PSG

consultant with the appropriate expertise who does not have a conflict based on previous work for Oracle and/or is able to complete the required analysis within the short timeframe required by the current briefing schedule given the interim holiday; (3) the current discovery letter briefing schedule on discovery issues in this case is ongoing and will not be completed until early next week; (4) the preparation of expert reports that are due on March 6, 2015; and (5) given the gravity of the sanctions requested by Oracle, the Terix Defendants would be greatly prejudiced if they did not have enough time to perform a thorough and all-encompassing evaluation of the evidence produced in this case to date and compare same to the issues that Oracle raises in its Motion for Sanctions. Coleman Decl., ¶ 2.

Based upon the foregoing, good cause exists to extend the deadlines pursuant to the Defendants' Proposed Schedule above as it will allow additional time for Terix Defendants to complete the required tasks in this case and avoid prejudice to them in preparing their opposition to the Motion for Sanctions. Oracle will not be prejudiced by this request, as it only moves the hearing on the Motion for Sanctions for two weeks.

The parties have met and conferred but have failed to reach agreement on the requested new briefing schedule. Coleman Decl., ¶ 3.

Dated: February 13, 2015        HOPKINS & CARLEY

                                By: */s/ Jennifer S. Coleman*
                                    Jennifer S. Coleman
                                    Attorneys for Defendants
                                    TERIX COMPUTER COMPANY, INC.,
                                    SEVANNA FINANCIAL, INC., AND
                                    WEST COAST COMPUTER
                                    EXCHANGE, INC.