UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. et al., | Case No. 5:13-cv-03385-PSG |
| Plaintiffs, | **OMNIBUS ORDER RE: MOTIONS TO SEAL** |
| v. | |
| TERIX COMPUTER COMPANY, INC., et al., | **(Re: Docket Nos. 493, 501, 508, 510, 516, 541, 555)** |
| Defendants. | |

Before the court are seven administrative motions to seal roughly one hundred documents. "Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'"[1] Accordingly, when considering a sealing request, "a 'strong presumption in favor of access' is the starting point."[2] Parties seeking to seal judicial records relating to dispositive motions bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure.[3]

---

[1] *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)).

[2] *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).

[3] *Id.* at 1178-79.

1

Case No. 5:13-cv-03385-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

However, "while protecting the public's interest in access to the courts, we must remain mindful of the parties' right to access those same courts upon terms which will not unduly harm their competitive interest."[4] Records attached to nondispositive motions therefore are not subject to the strong presumption of access.[5] Because the documents attached to nondispositive motions "are often unrelated, or only tangentially related, to the underlying cause of action," parties moving to seal must meet the lower "good cause" standard of Rule 26(c).[6] As with dispositive motions, the standard applicable to nondispositive motions requires a "particularized showing"[7] that "specific prejudice or harm will result" if the information is disclosed.[8] "Broad allegations of harm, unsubstantiated by specific examples of articulated reasoning" will not suffice.[9] A protective order sealing the documents during discovery may reflect the court's previous determination that good cause exists to keep the documents sealed,[10] but a blanket protective order that allows the parties to designate confidential documents does not provide sufficient judicial scrutiny to determine whether each particular document should remain sealed.[11]

In addition to making particularized showings of good cause, parties moving to seal documents must comply with the procedures established by Civ. L.R. 79-5. Pursuant to Civ. L.R. 79-5(b), a sealing order is appropriate only upon a request that establishes the document

---

[4] *Apple Inc. v. Samsung Electronics Co., Ltd*., 727 F.3d 1214, 1228-29 (Fed. Cir. 2013).

[5] *See id.* at 1180.

[6] *Id.* at 1179 (internal quotations and citations omitted).

[7] *Id.*

[8] *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002); *see* Fed. R. Civ. P. 26(c).

[9] *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992).

[10] *See Kamakana,* 447 F.3d at 1179-80.

[11] *See* Civ. L.R. 79-5(d)(1)(A) ("Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable.").

is "sealable," or "privileged or protectable as a trade secret or otherwise entitled to protection under the law." "The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d)."[12] "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."[13]

With these standards in mind, the courts rules on the instant motions as follows:

| Motion to Seal | Document to be Sealed | Result | Reason/Explanation |
|---|---|---|---|
| 493 | Exhibit 1 to the Declaration of Valerie Wagner | UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 493 | Exhibit 2 to the Declaration of Valerie Wagner | UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 493 | Maintech and Volt Delta Resources' Opposition | UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 501 | Oracle's Motion for Sanctions | Designation highlighted in grey at Docket No. 501-4 at 7:28 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 501 | Exhibit 3 to the Declaration of Nargues M. Eder | Designations boxed in red at Docket No. 501-6 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

---

[12] Civ. L.R. 79-5(b). In part, Civ. L.R. 79-5(d) requires the submitting party to attach a "proposed order that is narrowly tailored to seal only the sealable material" which "lists in table format each document or portion thereof that is sought to be sealed," Civ. L.R. 79-5(d)(1)(b), and an "unredacted version of the document" that indicates "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version." Civ. L.R. 79-5(d)(1)(d).

[13] Civ. L.R. 79-5(e)(1). The Civil Local Rules have recently been amended shortening the time available to the designating party to file a supporting declaration from seven days to four days. As this rule change was only recently implemented the court applies the prior form of Civ. L.R. 79-5 for the purposes of this order.

3

Case No. 5:13-cv-03385-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 501 | Exhibit 4 to the Declaration of Nargues M. Eder | Designations boxed in red at Docket No. 501-8 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 501 | Exhibit 6 to the Declaration of Nargues M. Eder | Designations boxed in red at Docket No. 501-10 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 501 | Exhibit 7 the Declaration of Nargues M. Eder | Designations boxed in red at Docket No. 501-12 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 501 | Exhibit 9 the Declaration of Nargues M. Eder | Designations boxed in red at Docket No. 501-14 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 501 | Exhibit 10 the Declaration of Nargues M. Eder | Only the customer names, email addresses, user IDs, customer-related numerical references and direct quotes from referenced contracts in Docket No. 510-15 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 501 | Exhibit 13 the Declaration of Nargues M. Eder | Designations boxed in red at Docket No. 501-17 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 501 | Exhibit 15 the Declaration of Nargues M. Eder | Only the customer names, email addresses, user IDs, customer-related numerical references and direct quotes from referenced contracts in 501-18 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 501 | Exhibit 16 the Declaration of Nargues M. Eder | Designations boxed in red at Docket No. 501-20 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 508 | Declaration of Bernd Appleby | Only the customer names in Docket No. 508-5 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

| | | | |
|---|---|---|---|
| 510 | Defendants' Joint Opposition to Oracle's Motion for Partial Summary Judgment | Docket No. 510-5 at 29:27, 30:5, 34:3-9 SEALED; only the customer names at 12:18-22, 12:23-13:13 SEALED; only customer-related numerical reference at 36:22 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 510 | Exhibit 1 to the Declaration of Valerie M. Wagner | Docket No. 510-7 at 39:1-8 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 510 | Exhibit 2 to the Declaration of Valerie M. Wagner | Docket No. 510-9 at 15:4-7, 15:11-13, 16:6-9, 16:14-21, 16:22-28, 17:1-12, 17:20-28, 19:5-6, 20:1-4, 20:18-28, 21:1 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 510 | Exhibit 4 to the Declaration of Valerie M. Wagner | UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 510 | Exhibit 6 to the Declaration of Valerie M. Wagner | SEALED. | Narrowly tailored to confidential business information. |
| 510 | Exhibit 8 to the Declaration of Valerie M. Wagner | UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 510 | Exhibit 9 to the Declaration of Valerie M. Wagner | Docket No. 510-17 at 11:6-8, 11:20-26 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 510 | Exhibit 10 to the Declaration of Valerie M. Wagner | UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 510 | Exhibit 11 to the Declaration of Valerie M. Wagner | Only customer names and direct quotes from referenced contracts in Docket No. 510-21 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

5

Case No. 5:13-cv-03385-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 510 | Exhibit 12 to the Declaration of Valerie M. Wagner | Only customer-related numerical references in Docket No. 510-23 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 510 | Exhibit 13 to the Declaration of Valerie M. Wagner | UNSEALED. | Not narrowly tailored to confidential business information. |
| 510 | Exhibit 15 to the Declaration of Valerie M. Wagner | UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 510 | Exhibit 16 to the Declaration of Valerie M. Wagner | UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 510 | Exhibit 19 to the Declaration of Valerie M. Wagner | Docket No. 510-31 at ORCLTM00970872-921 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 510 | Exhibit 21 to the Declaration of Valerie M. Wagner | Only the customer names, email addresses, user IDs, customer-related numerical references and direct quotes from referenced contracts in Docket No. 510-33 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 510 | Exhibit 22 to the Declaration of Valerie M. Wagner | Only the customer names, email addresses, user IDs, customer-related numerical references and direct quotes from referenced contracts in Docket No. 510-35 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 510 | Exhibit 23 to the Declaration of Valerie M. Wagner | SEALED. | Narrowly tailored to confidential business information. |
| 510 | Exhibit 24 to the Declaration of Valerie M. Wagner | UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |

| | | | |
|---|---|---|---|
| 510 | Exhibit 26 to the Declaration of Valerie M. Wagner | Only the customer names, email addresses, user IDs, customer-related numerical references and direct quotes from referenced contracts in Docket No. 510-41 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 510 | Exhibit 28 to the Declaration of Valerie M. Wagner | Only the customer names, email addresses, user IDs, customer-related numerical references and direct quotes from referenced contracts in Docket No. 510-43 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 510 | Exhibit 29 to the Declaration of Valerie M. Wagner | UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 510 | Exhibit 32 to the Declaration of Valerie M. Wagner | Only the customer names, email addresses, user IDs, customer-related numerical references and direct quotes from referenced contracts in Docket No. 510-47 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 510 | Exhibit 33 to the Declaration of Valerie M. Wagner | UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 510 | Exhibit 34 to the Declaration of Valerie M. Wagner | UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 510 | Exhibit 35 to the Declaration of Valerie M. Wagner | UNSEALED. | Pages sought to be sealed are not included in unredacted version. |
| 510 | Exhibit 36 to the Declaration of Valerie M. Wagner | UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 510 | Exhibit 37 to the Declaration of Valerie M. Wagner | UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |

| 510 | Exhibit 38 to the Declaration of Valerie M. Wagner | Docket No. 510-59 at 372:19-374:19, 377:7-379:19 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
|---|---|---|---|
| 510 | Exhibit 41 to the Declaration of Valerie M. Wagner | Only the customer names, email addresses, user IDs, customer-related numerical references and direct quotes from referenced contracts in Docket No. 510-61 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 510 | Exhibit 42 to the Declaration of Valerie M. Wagner | Only the customer names in Docket No. 510-63 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 510 | Exhibit 43 to the Declaration of Valerie Wagner | Only the customer names in Docket No. 510-65 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 510 | Exhibit 44 to the Declaration of Valerie M. Wagner | Only the customer names in Docket No. 510-67 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 510 | Exhibit 45 to the Declaration of Valerie M. Wagner | UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 516 | Joint Letter Brief | Designations highlighted in yellow at Docket No. 516-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 541 | Oracle's Reply Memorandum | UNSEALED. | Not narrowly tailored to confidential business information. |
| 541 | Declaration of Matthew Flairty | Only the customer names in Docket No. 541-6 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

| | | | |
|---|---|---|---|
| 541 | Exhibit 1 to the Declaration of Matthew Flairty | Designations boxed in red at Docket No. 541-8 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 541 | Exhibit 2 to the Declaration of Matthew Flairty | Designations boxed in red at Docket No. 541-10 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 541 | Exhibit 3 to the Declaration of Matthew Flairty | Only the customer names, email addresses, user IDs, customer-related numerical references and direct quotes from referenced contracts in Docket No. 541-11 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 541 | Exhibit 4 to the Declaration of Matthew Flairty | UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 541 | Exhibit 5 to the Declaration of Matthew Flairty | SEALED. | Narrowly tailored to confidential business information. |
| 541 | Exhibit 6 to the Declaration of Matthew Flairty | SEALED. | Narrowly tailored to confidential business information. |
| 541 | Exhibit 7 to the Declaration of Matthew Flairty | Designations boxed in red at Docket No. 541-17 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 541 | Exhibit 9 to the Declaration of Matthew Flairty | Designations boxed in red at Docket No. 541-19 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 555 | Terix's Opposition to Oracle's Motion for Sanctions | Only the customer names and customer-related numerical references SEALED; Docket No. 555-5 at 6:6 SEALED; all other designations are UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 555 | Declaration of Jennifer S. Coleman | Designations at Docket No. 555-8 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

| | | | |
|---|---|---|---|
| 555 | Exhibit K to the Declaration of Jennifer S. Coleman | UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 555 | Exhibit L to the Declaration of Jennifer S. Coleman | UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 555 | Exhibit M to the Declaration of Jennifer S. Coleman | Designations boxed in red at Docket No. 555-15 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 555 | Exhibit N to the Declaration of Jennifer S. Coleman | Docket No. 555-17 at 198:16-19, 199:1-20, 200:5-23 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 555 | Exhibit O to the Declaration of Jennifer S. Coleman | Designations boxed in red at Docket No. 555-19 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 555 | Exhibit Q to the Declaration of Jennifer S. Coleman | UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 555 | Exhibit R to the Declaration of Jennifer S. Coleman | UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 555 | Exhibit S to the Declaration of Jennifer S. Coleman | UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 555 | Exhibit T to the Declaration of Jennifer S. Coleman | UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 555 | Declaration of Jason Joyce | Designations at Docket No. 555-7 at 2:27, 3:2, 3:4, 3:6 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

SO ORDERED.

Dated: March 27, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge