UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ORACLE AMERICA, INC. et al., | ) | Case No. 5:13-cv-03385-PSG |
|---|---|---|
| Plaintiffs, | ) ) | **CORRECTION RE: OMNIBUS ORDER RE: MOTIONS TO SEAL** |
| v. | ) ) | |
| TERIX COMPUTER COMPANY, INC., et al., | ) ) | **(Re: Docket No. 573)** |
| Defendants. | ) ) | |

A declaration submitted in support of Oracle's motion to seal its reply to its motion for partial summary judgment was inadvertently overlooked by the court.[1] The court corrects its previously issued omnibus order as follows:

| **Motion to Seal** | **Document to be Sealed** | **Result** | **Reason/Explanation** |
|---|---|---|---|
| 541 | Oracle's Reply Memorandum | Only the customer name at 23:5 in Docket No. 541-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 541 | Exhibit 4 to the Declaration of Matthew Flairty | MT0754655-666 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

The court's previous order stands as to all other rulings.

---

[1] *See* Docket Nos. 541, 556.

1

Case No. 5:13-cv-03385-PSG
CORRECTION RE: OMNIBUS ORDER RE: MOTIONS TO SEAL

**SO ORDERED.**

Dated: March 30, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge