UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ORACLE AMERICA, INC. et al., | ) | Case No. 5:13-cv-03385-PSG |
| Plaintiffs, | ) ) | **OMNIBUS ORDER RE: DISCOVERY DISPUTES** |
| v. | ) ) | |
| TERIX COMPUTER COMPANY, INC., et al., | ) ) | **(Re: Docket Nos. 414, 418, 517, 518, 519, 520, 521, 522, 524, 525, 527, 528, 536, 574)** |
| Defendants. | ) ) | |

Before the court are 14 (!) letter briefs on various discovery disputes among the parties. In the interest of resolving these disputes in a timely fashion, the court foregoes a lengthy recitation of the facts and legal standards and instead simply rules as follows:

| **Docket No.** | **Issue** | **Ruling** | **Reason/Explanation** |
|---|---|---|---|
| 414 | Oracle RFP Nos. 76-78 | GRANTED | Oracle is entitled to broader information than already provided to identify the extent of damages Maintech is claiming. That the information may not, in Maintech's view, be reliable is not a justification to withhold responsive documents. |
| 414 | Oracle's 3rd Set of RFPs from January 1, 2008-forward | GRANTED | Oracle is entitled to documents from January 1, 2008 to investigate the alleged effects of the change in policy. The two months currently provided is insufficient. Maintech chose to bring these counterclaims and cannot now refuse to produce documents relevant |

| | | | |
|---|---|---|---|
| | | | to those claims because it is burdensome. |
| 418 | Any Terix claim that Oracle's damages calculations are speculative | DENIED | Terix produced the requested information. Given that the production was well in advance of trial and that much of the production was already in Oracle's hands prior to the production, the court does not find that Terix's delay prejudices Oracle. |
| 517 | Oracle Interrogatory 15 | DENIED | The request is moot in light of Terix's representation that the underlying claim is no longer in the case. |
| 517 | Oracle Interrogatories 22-25, 36 | DENIED | The requested information is properly the subject of expert inquiry, particularly information about potential customers. |
| 517 | Oracle Interrogatory 33 | GRANTED | A party cannot refuse to respond to an interrogatory merely because the other party may have learned the information by means of other discovery.[1] |
| 517 | Oracle RFAs 32, 34-35 | GRANTED | Oracle is entitled to clear admissions or denials. Terix's responses provide neither. |
| 518 | Oracle 30(b)(6) Deposition re Topics 8, 11, 19, 20 | GRANTED | Oracle is entitled to a 30(b)(6) deposition on the requested topics in light of Defendants' antitrust counterclaims, which were not asserted at the time of the previous 30(b)(6) deposition. |
| 518 | Oracle Interrogatory 12 | DENIED | The request is moot in light of Maintech's representation that the underlying claim is no longer in the case. |
| 518 | Oracle Interrogatories 15, 17 | DENIED | The parties did not sufficiently meet and confer to determine what further information—if any—is required in response to these interrogatories. |
| 518 | Oracle Interrogatory 25 | GRANTED | Interrogatory responses may not incorporate by reference information |

---

[1] *See Bretana v. Int'l Collection Corp.*, Case No. 07-cv-05934, 2008 WL 4334710, at *2 (N.D. Cal. Sept. 22, 2008) (citing *Davidson v. Goord*, 215 F.R.D. 73, 77 (W.D.N.Y. 2003)).

| | | | |
|---|---|---|---|
| | | | contained in pleadings, depositions or other documents or interrogatories unless the burden of deriving or ascertaining the answer will be substantially the same for either party.[2] |
| 518 | Oracle Interrogatory 26 | DENIED | The parties did not sufficiently meet and confer to determine what further information—if any—is required in response to these interrogatories. |
| 519 | Terix RFP No. 99 | GRANTED-IN-PART | Oracle has represented that it has produced everything it has that is responsive to the request. Oracle shall amend its response to reflect this representation. |
| 519 | Terix RFP No. 121 | GRANTED-IN-PART | Oracle has represented that it has produced everything it has that is responsive to the request. Oracle shall amend its response to reflect this representation. The court previously cabined the responsive period to 2008-forward.[3] Discovery from 2005-forward is unnecessary for Terix's defenses because Oracle's claims likewise cannot arise from pre-2008 discovery. |
| 519 | Terix RFP No. 126 | GRANTED-IN-PART | Oracle has represented that it has produced everything it has that is responsive to the request. Oracle shall amend its response to reflect this representation. |
| 519 | Custodial and Non-Custodial Sources | DENIED | Oracle has represented that it has searched custodial and non-custodial sources alike and produced everything it has that is responsive to the request. Oracle has already so represented in its RFP responses. Amendment is not required. |

---

[2] *See In re Lithium Ion Batteries Antitrust Litigation*, Case No. 13-md-02420, 2015 WL 1223972, at *2 (N.D. Cal. Mar. 17, 2015); Fed. R. Civ. P. 33(d).

[3] *See* Docket No. 332.

3

Case No. 5:13-cv-03385-PSG
OMNIBUS ORDER RE: DISCOVERY DISPUTES

| | | | |
|---|---|---|---|
| 520 | Terix RFP Nos. 131, 135, 151 | DENIED | The court previously cabined the responsive period to 2008-forward.[4]<br><br>Oracle shall amend its response to reflect this representation. |
| 520 | Terix RFP No. 149 | GRANTED | While the RFP was not clearly drafted, it is reasonable that Terix requires the ReadMe files for the update, patch and firmware files for Solaris versions 8, 9 and 10. |
| 520 | Terix RFP Nos. 163-165 | DENIED | Terix's request is overly burdensome. Given Oracle's representation that there were no patches for OpenSolaris and that it has produced audit reports from 2008 to the present identifying which patches were public at every period of time since, Terix has adequate information regarding public genesis and distribution of patches and updates. |
| 520 | Custodial and Non-Custodial Sources | DENIED | Oracle has represented that it has searched custodial and non-custodial sources alike and produced everything it has that is responsive to the request.<br><br>Oracle has already so represented in its RFP responses. Amendment is not required. |
| 521 | Terix Interrogatory 29 | GRANTED-IN-PART | Oracle has represented that it has produced everything it has that is responsive to the request.<br><br>Oracle shall amend its response to reflect this representation. |
| 521 | Terix Interrogatory 30 | GRANTED-IN-PART | Oracle has represented that it has produced everything it has that is responsive to the request.<br><br>Oracle shall amend its response to reflect this representation. |
| 521 | Terix Interrogatory 31 | GRANTED-IN-PART | Oracle has represented that it has produced everything it has that is responsive to the request.<br><br>Oracle shall amend its response to reflect this representation. |

---

[4] *See id.*

**United States District Court**
For the Northern District of California

| 521 | Terix Interrogatory 32 | GRANTED-IN-PART | Oracle has represented that it has produced everything it has that is responsive to the request.<br><br>Oracle shall amend its response to reflect this representation. |
|---|---|---|---|
| 522 | Spoliation | DENIED | Terix has failed to show that that Oracle's conduct rises to the level of spoliation as to SunSolve.[5]<br><br>Even if Oracle reasonable anticipated litigation when the site at issue was taken down, Terix has failed to show that it would gain any additional relevant information by gaining access to My Oracle Support or Oracle.com beyond what Oracle has already produced. And unfettered access to Oracle's databases is inappropriate.[6] |
| 524 | Maintech Financial Documents | GRANTED | Oracle is entitled to (1) un-excerpted copies of the quarterly CFO package reports for 2008-2014 and (2) un-excerpted copies of the monthly financial overview reports for 2008-2014. Maintech may produce the information with an Attorneys' Eyes Only confidentiality designation pursuant to the protective order in this case.<br><br>If necessary, upon review of the new documents, Oracle may re-open Whitney's 30(b)(6) deposition for up to two hours and must limit its inquiry to the new documents produced. |

---

[5] *See, e.g.*, *Apple Inc. v. Samsung Elecs. Co.*, 881 F.Supp. 2d 1132, 1138 (N.D. Cal. 2012) ("A party seeking an adverse inference instruction (or other sanctions) based on the spoliation of evidence must establish the following three elements: (1) that the party having control over the evidence had an obligation to preserve it at the time it was destroyed; (2) that the records were destroyed with a 'culpable state of mind'; and (3) that the evidence was 'relevant' to the party's claim or defense such that a reasonable trier of fact could find that it would support that claim or defense.") (citing *Zubulake v. UBS Warburg LLC*, 220 F.R.D. 212, 220 (S.D.N.Y. 2003)); *see also AMC Tech., LLC v. Cisco Sys., Inc.*, Case No. 11-cv-03403, 2013 WL 3733390, at *2 (N.D. Cal. July 15, 2013).

[6] *See In re Ford Motor Company*, 345 F.3d 1315 (11th Cir. 2003) (denying direct access and noting that FRCP 34(a) "allows the responding party to search his records to produce the required, relevant data . . . [but] does not give the requesting party the right to conduct the actual search").

5

Case No. 5:13-cv-03385-PSG
OMNIBUS ORDER RE: DISCOVERY DISPUTES

| 525 | Oracle Interrogatory 13 | DENIED | Sevanna and Wex's response to Interrogatory 13 is adequate.[7] |
|---|---|---|---|
| 527/530[8] | Maintech RFP Nos. 4, 6, 63 | GRANTED | While the RFP was not clearly drafted, it is reasonable that Maintech requires the ReadMe files for the update, patch and firmware files for Solaris versions 8, 9 and 10. |
| 527/530 | Maintech RFP Nos. 118-122 | GRANTED-IN-PART | Oracle has represented that it has produced everything it has that is responsive to the request. Oracle shall amend its response to reflect this representation. |
| 527/530 | Maintech RFP Nos. 124-125, 140-142 | DENIED | Maintech's request is overly burdensome. Given Oracle's representation that there were no patches for OpenSolaris and that it has produced audit reports from 2008 to the present identifying which patches were public at every period of time since, Maintech has adequate information regarding public genesis and distribution of patches and updates. |
| 527/530 | Maintech Interrogatories 30-31, RFP No. 87 | GRANTED-IN-PART | Maintech is entitled to certain Oracle document retention policies, but the requests are drawn too broadly. Oracle shall produce all document retention policies applicable to those categories of documents identified by Maintech in the first paragraph of Section D in its letter. |
| 527/530 | Maintech RFP No. 143 | GRANTED-IN-PART | Although Oracle contends that this court's previous ruling[9] forecloses granting Maintech the relief it seeks, |

---

[7] *See Haggarty v. Wells Fargo Bank, N.A.*, Case No. 10-cv-02416, 2012 WL 4113341, at *2 (N.D. Cal. Sept. 18, 2012) ("In responding to interrogatories, 'a requirement to state all facts does not require a listing [by the responding party] of trivial or non-material matters.'"); *S.E.C. v. Berry*, Case No. 07-cv-04431, 2011 WL 2441706, at *4 (N.D. Cal. June 15, 2011) (finding four-page narrative describing the facts in response to an interrogatory seeking all facts and documents sufficient).

[8] While the court notes that Maintech violated the letter briefing procedures set out at Docket No. 316, in the interest of efficiency, the court will consider this round of briefing.

[9] *See* Docket No. 332 at 2.

6

Case No. 5:13-cv-03385-PSG
OMNIBUS ORDER RE: DISCOVERY DISPUTES

| | | | |
|---|---|---|---|
| | | | Maintech is entitled to the set of wiki pages[10] Corwin "created during the ordinary course of her business as a Sun employee evaluating the origin of the Solaris source code."[11]<br><br>Maintech is not entitled to any further deposition of Corwin. |
| 527/530 | Maintech RFP Nos. 137-138 | GRANTED | Maintech is entitled to understand the corporate structure of Oracle. To the extent a related 30(b)(6) topic was quashed, the court determined that such a voluminous topic was not appropriate as a deposition topic. But the information is still relevant to the litigation and must be produced. |
| 527/530 | Maintech Interrogatory 42 | GRANTED | Maintech is entitled to understand Oracle's response that only some of the patches it created after April 19, 2005 are derivative works of Solaris 10. |
| 527/530 | Maintech RFP No. 128 | DENIED | There is no hypothetical license damages claim in this case. Oracle only seeks damages related to its own lost profits and profits gained by Defendants. |
| 527/530 | Maintech RFP No. 134 | GRANTED-IN-PART | Oracle has represented that it has produced everything it has that is responsive to the request.<br><br>Oracle shall amend its response to reflect this representation. |
| 528/529[12] | Oracle's Privilege Log | DENIED | Oracle has conducted an appropriate privilege review and made privilege designations on an appropriate and agreed-upon basis.[13] |

---

[10] The court is granting production of the specific wiki pages referenced during Corwin's deposition and not any type of full database.

[11] Docket No. 527 at 3.

[12] *See* footnote 8.

[13] *See United States v. Chen*, 99 F.3d 1495, 1501 (9th Cir. 1996) ("A client is entitled to hire a lawyer, and have his secrets kept, for legal advice regarding the client's business affairs. This principle has long been the law. . . .  The attorney-client privilege applies to communications between lawyers and their clients when the lawyers act in a counseling and planning role, as well as when lawyers represent their clients in litigation."); *see also Garvey v. Hulu, LLC*, Case No. 11-cv-03764, 2015 WL 294850, at *2 (N.D. Cal. Jan. 21, 2015) (only when such communications are

| | | | |
|---|---|---|---|
| | | | *In camera review* is unnecessary and inappropriate in this circumstance. But should Maintech wish to take Oracle up on its offer to review individual entries that Maintech in good faith believes are not privileged, Maintech may do so. |
| 536/537[14] | Oracle ODS Reports | DENIED | In light of the court's previous ruling on ODS reports,[15] the court finds that the ODS reports relate to Oracle's—and not Maintech's—damages. Maintech will obtain the ODS information in expert discovery and can prepare its rebuttal report to Oracle's damages expert. Further supplementation is unnecessary. |
| 536/537 | Oracle's Privilege Log | DENIED | *See* ruling re Docket Nos. 528/529. |
| 574 | Terix 30(b)(6) Topic 17 | GRANTED | The parties' miscommunication should not prevent otherwise permissible discovery. |

The parties shall produce all discovery ordered by April 15, 2015.

**SO ORDERED.**

Dated: March 31, 2015

PAUL S. GREWAL
United States Magistrate Judge

---

distributed beyond the set of corporate employees who "need to know the content of the communication in order to perform [their] job[s] effectively or to make informed decisions concerning, or affected by, the subject matter of the communication" will the communication lost its protection.").

[14] *See* footnote 8.

[15] *See* Docket No. 403.

Case No. 5:13-cv-03385-PSG
OMNIBUS ORDER RE: DISCOVERY DISPUTES

United States District Court
For the Northern District of California