MORGAN, LEWIS & BOCKIUS LLP
Rollin B. Chippey, II (SBN 107941)
rchippey@morganlewis.com
Thomas S. Hixson (SBN 193033)
thomas.hixson@morganlewis.com
Kevin M. Papay (SBN 274161)
kevin.papay@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1420
Telephone: 415.442.1000
Facsimile: 415.442.1001

LATHAM & WATKINS LLP
Daniel M. Wall (SBN 102580)
dan.wall@lw.com
Christopher S. Yates (SBN 161273)
chris.yates@lw.com
Christopher B. Campbell (SBN 254776)
christopher.campbell@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095

ORACLE CORPORATION
Dorian Daley (SBN 129049)
dorian.daley@oracle.com
Deborah K. Miller (SBN 95527)
deborah.miller@oracle.com
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94065
Telephone: 650.506.4846
Facsimile: 650.506.7114

ORACLE CORPORATION
Jeffrey S. Ross (SBN 138172)
jeff.ross@oracle.com
10 Van de Graaff Drive
Burlington, MA 01803
Telephone: 781.744.0449
Facsimile: 781.238.6273

Attorneys for Plaintiffs
Oracle America, Inc., and Oracle International Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a Delaware corporation,

Plaintiffs,

v.

TERIX COMPUTER COMPANY, INC., a California corporation; MAINTECH INCORPORATED, a Delaware corporation; VOLT DELTA RESOURCES, LLC, a Nevada limited liability company; SEVANNA FINANCIAL, INC., a Nevada corporation; WEST COAST COMPUTER EXCHANGE, INC., a Nevada corporation; and DOES 1-50,

Defendants.

No. 5:13-cv-03385 PSG

**PUBLIC VERSION OF DECLARATION OF CHRISTIAN HICKS (DN 563) PER COURT'S ORDER GRANTING-IN-PART MOTION TO FILE UNDER SEAL (DN 598)**

MORGAN, LEWIS & BOCKIUS LLP
Rollin B. Chippey, II (SBN 107941)
rchippey@morganlewis.com
Thomas S. Hixson (SBN 193033)
thomas.hixson@morganlewis.com
Kevin M. Papay (SBN 274161)
kevin.papay@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442-1000
Facsimile: 415.393.2286

ORACLE CORPORATION
Dorian Daley (SBN 129049)
dorian.daley@oracle.com
Deborah K. Miller (SBN 95527)
deborah.miller@oracle.com
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94065
Telephone: 650.506.4846
Facsimile: 650.506.7114

LATHAM & WATKINS LLP
Daniel M. Wall (SBN 102580)
dan.wall@lw.com
Christopher B. Campbell (SBN 254776)
christopher.campbell@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095

ORACLE CORPORATION
Jeffrey S. Ross (SBN 138172)
jeff.ross@oracle.com
10 Van de Graaff Drive
Burlington, MA 01803
Telephone: 781.744.0449
Facsimile: 781.238.6273

Attorneys for Plaintiffs
Oracle America, Inc., and Oracle International Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a Delaware corporation

Plaintiffs,

v.

TERIX COMPUTER COMPANY, INC., a California corporation; MAINTECH INCORPORATED, a Delaware corporation; VOLT DELTA RESOURCES, LLC, a Nevada limited liability company; SEVANNA FINANCIAL, INC., a Nevada corporation; WEST COAST COMPUTER EXCHANGE, INC., a Nevada corporation; and DOES 1ï 50,

Defendants.

No. 5:13-cv-03385 PSG

**DECLARATION OF CHRISTIAN HICKS IN SUPPORT OF ORACLE'S MOTION FOR SANCTIONS**

Date: March 30, 2015
Time: 9:00 a.m.
Location: Courtroom 5, 4th Floor
Judge: Hon. Paul S. Grewal

I, Christian Hicks, declare as follows:

**BACKGROUND**

1. **Introduction**: I am the president and co-founder of Elysium Digital, L.L.C. (ñElysiumò), a technical litigation consulting company located in Boston, Massachusetts, specializing in providing computer science and electrical engineering expertise for intellectual property, computer forensics, and other high-tech disputes. I have been retained by counsel for Oracle America, Inc. and Oracle International Corporation (collectively, ñOracleò) to perform certain computer forensics and computer science investigations related to the downloading and use of Oracle materials by Defendants TERiX Computer Company, Inc., Sevanna Financial, Inc. (ñSevannaò), and West Coast Computer Exchange, Inc. (ñWEXò) (all together, ñTerixò) and Maintech Incorporated (ñMaintechò).

2. **Education and experience**: I graduated *summa cum laude* with an A.B. in Computer Science from Princeton University in 1997. I received training in data forensics from NTI in 2003. Since co-founding Elysium in 1997, I have worked on more than 130 technical matters. I have been qualified as an expert in federal court, most recently on matters of computer forensics as a witness for the prosecution in *United States v. Therrien* 1:07-cr-10238-MLW (D. Ma 2009). Attached as Exhibit 1-CV is a true and correct copy of my *curriculum vitae*.

3. **Personal knowledge**: This declaration is submitted in support of Oracleôs reply to its motion for sanctions against Terix and in response to the Declarations of Larry Lieb and Aaron Jacko. I have personal knowledge of the matters stated in this declaration by virtue of my work for Oracle in this action, including the work underlying my expert report of March 6, 2015 and work done subsequently related to the Solaris repository and the Joyce laptop. If called and sworn as a witness, I could and would competently testify as to such matters.

4. **Exhibits**: The Exhibits referenced below are true and correct copies of exhibits Elysium created during its analysis of a generic Solaris repository (the ñSolaris repositoryò) and a ñnon-corporate laptopò used by Jason Joyce (the ñJoyce laptopò), and are meant to further

assist the Court in identifying the information relevant to Oracleǿs motion and cited in the accompanying brief and to provide relevant context.

**PRODUCTIONS AND ASSIGNMENT**

5. On February 3 and February 5, 2015 Elysium received copies of the Solaris repository and Joyce laptop, respectively (ñInitial Productionò).

6. Elysium determined that the Initial Production did not include a forensic image of the Solaris repository or the Joyce laptop, which resulted in the omission of key metadata, including creation and access timestamps for each file and directory in the production.

7. On February 11, 2015 Elysium received what purported to be a forensic image of the Solaris repository and the Joyce laptop for analysis (ñSecond Productionò). Elysium confirmed that the Joyce laptop was forensically sound but that the Solaris repository was not. The format of the Solaris repository did not preserve relevant creation and access timestamps for each file.

8. On March 4, 2015 Elysium received another production of the Solaris repository (ñThird Production.ò). The Third Production was done using forensic tools, but the creation times for the files in the Solaris repository are around February 13, 2015 indicating that the correct inode change times (which would help establish when files were downloaded or copied into the repository) have either been deleted or were not properly captured in the production.

**9.** Oracle requested that Elysium review and analyze these productions as they relate to the downloading and use of Oracle material by Terix, as well as issues raised by Oracleǿs motion for sanctions and Terixǿs opposition, including the declarations of Larry Lieb and Aaron Jacko.

**ANALYSIS OF JOYCE LAPTOP**

10. **Activity on the laptop**: The laptop in question was used only by Jason Joyce during the relevant time period:

> Q. And has it been used by anybody other than you?
> A. No.

(1/13/2015 Joyce Depo 494:7-8).

11. The Joyce laptop was used regularly from 2011 through January 2015, including between the time of Mr. Joyceǒs May 22, 2014 and January 13, 2015 depositions.
12. Creation and modification dates of files: Analysis of the files on the laptop shows that over 1600 files were created or modified in 2014, mostly by the operating system and by applications as the computer was used. Many of these creations and/or modifications indicate that Joyce was browsing the web, including visiting Oracle web sites and using TeamViewer remote access software, which is used to log into computers remotely. Based on file creations and modifications, I conclude that in 2013, the laptop was used in 43 out of 52 weeks; in 2014, it was used in 44 out of 52 weeks; and it was used once in January 2015, the week before his deposition. See Exhibit 2-Joyce-Laptop-Usage-Week.
13. Examination of file creation dates shows that a Solaris patch was downloaded on September 12, 2013. Another eight Solaris patches were downloaded on October 10, 2014, and subsequently deleted and six Solaris patches were downloaded on November 3, 2014. See Exhibit 3-Patches-Added-2013-2014.
**14.** Execution of programs and opening of documents: Analyses of log files and LNK files show that a variety of programs were run on the laptop during 2014, including a program called SyncBack for synchronizing files across computers. The SyncBack program creates additional log files of its activity. The SyncBack program was run on May 27, 2014; May 28, 2014; August 11, 2014; September 22, 2014; October 10, 2014; November 3, 2014; and January 7, 2015. The Declaration of Larry Lieb also identifies SyncBack as having been run on those dates. See Lieb Declaration para. 13.
**15.** On January 7, 2015, the text file ŏPaul Martin 130222-v1.txtŏ was opened. This file contains credentials for logging into My Oracle Support using Terixǒs fictional ŏPaul Martinŏ persona. Exhibit 4-Paul-Martin-txt.
16. USB devices: USB device activity confirms that USB devices were manually connected to the laptop from 2011 through 2014. This included insertions on nine dates between April and

November of 2014, plus four insertions in January and February of 2015. In total, 54 different devices were inserted a total of at least 60 times. *See* Exhibit 5-USB. Forensic evidence on the computer does not show what might have been copied onto such USB devices, however. Only analysis of the inserted USB devices, which I understand were not produced, could provide such information.

17. **Materials on the laptop:**

18. Updated Joyce spreadsheets: Jason Joyce tracked Terixꞌs delivery of Oracle patches to customers in spreadsheets:

> Q. Do you keep a spreadsheet that reflects patch downloads?
> A. Yes, sir. I missed that in the last question. Yes, I do have a log for the -- a manual log I keep of the patch ticket numbers.
> Q. Okay.
> A. And some basic info.
> (5/22/2014 Joyce Depo 36:14-20).
>
> Q. Okay. What I'm asking is, are there other versions of this that are different from the one that's been marked as Exhibit 141?
> A. No. There should not be. I changed the date code and continued to edit the same spreadsheet.
> (5/22/2014 Joyce Depo 98:6-14).
>
> Q. And how accurate do you believe this spreadsheet is in reflecting patches that have been delivered?
> A. This is a manual process of me putting the tickets in, so it's relatively accurate. But there could be missing tickets from this log.
> Q. Are you aware of any missing tickets?
> A. No.
> (5/22/2014 Joyce Depo 101:4-11).

In my report submitted in this case, I relied on these spreadsheets to analyze Terixꞌs deliveries of Oracle patches to its customers and Terixꞌs cross-use of Oracleꞌs MOS credentials and copyrighted material. This laptop contains various newer copies of similar spreadsheets inside the TERiX_SW_Support directory that were produced on February 3, 2015 as part of Terixꞌs Initial Production. These newly produced spreadsheets include thousands of rows of data not included in the spreadsheets produced prior to and discussed in

the Joyce depositions, including detailed data on support tickets that document thousands of additional deliveries of Oracle patches to Terix customers. See a one page sample of the type of additional data in Exhibit 6-New-Joyce-Spreadsheets-Extract.

19. Patches in TERiX_SW_Support: The laptop included a repository containing 15 patches for Solaris 8, 9 and 10 in the TERiX_SW_Support directory. As far as I know, the production from this laptop is the first produced evidence of a laptop-based collection of Oracle patches unaffiliated with any particular customer (i.e., a ñgenericò repository).

20. Logs referencing server copy of TERiX_SW_support. As explained above, the SyncBack logs, which were found outside of the TERiX_SW_Support directory, revealed that the Oracle patches in the TERiX_SW_Support directory were also being stored on a Terix server. As far as I know, these logs are the first produced evidence of this server-based generic repository of Oracle patches.

21. Script referencing ñpatch-depotò: ñRsyncò is another program used to synchronize sets of files. Elysium found, in a subdirectory of TERiX_SW_Support, a file called ñrsync.txtò that indicates that at regular intervals, files were being synchronized from a directory called ñpatch-depotò on a Unix-based computer onto a network storage device into a directory called ñ/backup/patch-depotò. This synchronization was programmed to happen every day at 3:44am. The names of the directories suggest that there might have been, at some point, a depot of patches on a Unix-based computer that was backed up onto a network storage device. As far as I know, this is the first produced evidence relating to such a potential depot, which would be another form of generic repository.

22. T-Patch Code on Joyce Laptop**:** A subdirectory within the TERiX_SW_Support dirctory includes the code and scripts associated with the automated tool, called ñT-Patch,ò that Terix developed for downloading Solaris patches.

23. Emails: In a location outside of TERiX_SW_Support, Elysium found more than 1200 emails. Over 90% of the emails were sent to or from the following email addresses: pmartin@wccx.com; tmartin@sevannafinancial.com; swallace@summittechnology.org.

Each of those email addresses corresponds to one of Terixǿs false employee identities. Over 70% of the emails were direct communications with Oracle.

**ANALYSIS OF SOLARIS REPOSITORY PRODUCED IN THE THIRD PRODUCTION**

**24.** Terixǿs Third Production contains the files from a repository of Oracle patches located on a Terix server in a directory called ñTestingò.[1]

**25. Materials in the Third Production**: The produced repository contains 8 Solaris patch bundles (containing a total of 824 patches) plus two additional individual Solaris patches. See Exhibit 7-Testing-Filelist. As far as I know, the production from this directory is the first produced evidence of a server-based generic repository of Solaris patches.

26. **Loss of Timestamp Data:** When a file is copied or downloaded onto a computer, the Linux EXT filesystem assigns the new copy of the file a change date and time (ñctimeò) that is stored in the file system. The ctime assigned is the date and time when the file was downloaded or copied onto the system. In a case like this one, such dates can be useful in determining when patches were downloaded or copied. However, Terixǿs Third Production shows the contents of the Solaris repository as having ctime values of February 13, 2015. These ctime values indicate the previously existing ctime values were somehow overwritten with the date and time of the production process. The result of this loss is that the ctime values that have been produced cannot be used to determine when patches were placed into the Solaris repository. This makes it nearly impossible, for example, to correlate patches in the repository with Oracleǿs records of downloads, in order to determine whether and when the patches in the Solaris repository were downloaded, and whose credentials were used.

---

[1] Terixǿs produced AD1 file containing the Solaris repository did not pass verification in the appropriate software (FTK Imager and FTK), which indicates that one or more bits of data in the file may have changed. Elysium was still able to extract and analyze the contents. I understand Terix is in the process of producing a replacement file.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this Declaration on March 24, 2015 in Boston, Massachusetts.

Christian Hicks