UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., et al._____Plaintiffs,<br>v.<br>TERIX COMPUTER COMPANY, INC., et al.,_____Defendants. | Case No. 5:13-cv-03385-PSG<br><br>**ORDER GRANTING MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION**<br><br>**(Re: Docket No. 634)** |

Defendants Maintech Incorporated and Volt Delta Resources LLC ("Maintech") move for an order that settlement between Maintech and Plaintiffs Oracle America, Inc. and Oracle International Corporation was in good faith within the meaning of, and pursuant to, California Code of Civil Procedure section 877.[1] The motion is GRANTED as unopposed.

**SO ORDERED.**

Dated: June 12, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] Under California law, a settling co-defendant may request that a court approve its settlement and bar non-settling defendants from future claims against the settling defendant for indemnity or contribution. *See* Cal. Code Civ. Proc. § 877.6(a)-(d).

1
Case No. 5:13-cv-03385-PSG
ORDER GRANTING MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION