UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. et al., | Case No. 5:13-cv-03385-PSG |
| Plaintiffs, | **OMNIBUS ORDER RE: MOTIONS TO SEAL** |
| v. | |
| TERIX COMPUTER COMPANY, INC., et al., | **(Re: Docket Nos. 622, 623, 624, 631, 635)** |
| Defendants. | |

Before the court are five administrative motions to seal several documents. "Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'"[1] Accordingly, when considering a sealing request, "a 'strong presumption in favor of access' is the starting point."[2] Parties seeking to seal judicial records relating to dispositive motions bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure.[3]

---

[1] *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)).

[2] *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).

[3] *Id.* at 1178-79.

1

Case No. 5:13-cv-03385-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

However, "while protecting the public's interest in access to the courts, we must remain mindful of the parties' right to access those same courts upon terms which will not unduly harm their competitive interest."[4] Records attached to nondispositive motions therefore are not subject to the strong presumption of access.[5] Because the documents attached to nondispositive motions "are often unrelated, or only tangentially related, to the underlying cause of action," parties moving to seal must meet the lower "good cause" standard of Rule 26(c).[6] As with dispositive motions, the standard applicable to nondispositive motions requires a "particularized showing"[7] that "specific prejudice or harm will result" if the information is disclosed.[8] "Broad allegations of harm, unsubstantiated by specific examples of articulated reasoning" will not suffice.[9] A protective order sealing the documents during discovery may reflect the court's previous determination that good cause exists to keep the documents sealed,[10] but a blanket protective order that allows the parties to designate confidential documents does not provide sufficient judicial scrutiny to determine whether each particular document should remain sealed.[11]

In addition to making particularized showings of good cause, parties moving to seal documents must comply with the procedures established by Civ. L.R. 79-5. Pursuant to Civ. L.R. 79-5(b), a sealing order is appropriate only upon a request that establishes the document

---

[4] *Apple Inc. v. Samsung Electronics Co., Ltd.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013).

[5] *See id.* at 1180.

[6] *Id.* at 1179 (internal quotations and citations omitted).

[7] *Id.*

[8] *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002); *see* Fed. R. Civ. P. 26(c).

[9] *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992).

[10] *See Kamakana,* 447 F.3d at 1179-80.

[11] *See* Civ. L.R. 79-5(d)(1)(A) ("Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable.").

2

Case No. 5:13-cv-03385-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

is "sealable," or "privileged or protectable as a trade secret or otherwise entitled to protection under the law." "The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d)."[12] "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."[13]

With these standards in mind, the courts rules on the instant motions as follows:

| **Motion to Seal** | **Document to be Sealed** | **Result** | **Reason/Explanation** |
|---|---|---|---|
| 622 | Oracle's Motion for Partial Summary Judgment on its Fraud Claim | Designations boxed in red at Docket No. 622-3 SEALED. | Narrowly tailored to confidential business information. |
| 622 | Declaration of Kevin Papay in Support of Oracle's Motion | Designations boxed in red at Docket No. 622-4 SEALED. | Narrowly tailored to confidential business information. |
| 622 | Exhibit 9 to the Declaration of Kevin Papay | Designations boxed in red at Docket No. 622-7 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 622 | Exhibit 10 to the Declaration of Kevin Papay | Designations boxed in red at Docket No. 622-9 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 622 | Exhibit 11 to the Declaration of Kevin Papay | Designations boxed in red at Docket No. 622-11 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

---

[12] Civ. L.R. 79-5(b). In part, Civ. L.R. 79-5(d) requires the submitting party to attach a "proposed order that is narrowly tailored to seal only the sealable material" which "lists in table format each document or portion thereof that is sought to be sealed," Civ. L.R. 79-5(d)(1)(b), and an "unredacted version of the document" that indicates "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version." Civ. L.R. 79-5(d)(1)(d).

[13] Civ. L.R. 79-5(e)(1).

| | | | |
|---|---|---|---|
| 622 | Exhibit 12 to the Declaration of Kevin Papay | Designations boxed in red at Docket No. 622-13 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 622 | Exhibit 13 to the Declaration of Kevin Papay | Designations boxed in red at Docket No. 622-15 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 622 | Exhibit 14 to the Declaration of Kevin Papay | Designations boxed in red at Docket No. 622-17 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 622 | Exhibit 15 to the Declaration of Kevin Papay | Designations boxed in red at Docket No. 622-19 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 622 | Exhibit 16 to the Declaration of Kevin Papay | Designations boxed in red at Docket No. 622-21 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 622 | Exhibit 20 to the Declaration of Kevin Papay | Designations boxed in red at Docket No. 622-23 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 622 | Exhibit 24 to the Declaration of Kevin Papay | Designations boxed in red at Docket No. 622-25 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 622 | Exhibit 25 to the Declaration of Kevin Papay | Designations boxed in red at Docket No. 622-27 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 622 | Exhibit 26 to the Declaration of Kevin Papay | Designations boxed in red at Docket No. 622-29 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 622 | Exhibit 28 to the Declaration of Kevin Papay | Designations boxed in red at Docket No. 622-31 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

| | | | |
|---|---|---|---|
| 622 | Exhibit 29 to the Declaration of Kevin Papay | Designations boxed in red at Docket No. 622-33 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 622 | Exhibit 30 to the Declaration of Kevin Papay | Designations boxed in red at Docket No. 622-35 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 622 | Exhibit 31 to the Declaration of Kevin Papay | Designations boxed in red at Docket No. 622-37 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 622 | Exhibit 32 to the Declaration of Kevin Papay | Designations boxed in red at Docket No. 622-39 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 622 | Exhibit 33 to the Declaration of Kevin Papay | Designations boxed in red at Docket No. 622-41 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 622 | Exhibit 34 to the Declaration of Kevin Papay | Designations boxed in red at Docket No. 622-43 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 623 | Exhibit 7 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Only the customer names, email addresses, user IDs, customer-related numerical references and direct quotes from referenced contracts at Docket No. 623-4: SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 623 | Exhibit 10 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Docket No. 623-5 at TRX0012084, TRX0012089, TRX0012092-97 SEALED. | Narrowly tailored to confidential business information. |
| 623 | Exhibit 11 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Only the customer names and email addresses at Docket No. 623-6 SEALED; TRXA01205006 at Docket No. 623-6 SEALED in its entirety. | Only sealed portions narrowly tailored to confidential business information. |

5

Case No. 5:13-cv-03385-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 623 | Exhibit 15 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Docket No. 623-7 at ECF pages 7-8, 10, 12-14, 18-24, 26, 28, 30-32, 36-42, 44 SEALED. | Narrowly tailored to confidential business information. |
| 623 | Exhibit 16 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Docket No. 623-8 at ECF PAGES 5-6, 10-11, 15-20, 22-23, 27-32, 34, 40-41 SEALED, Docket No. 623-9 at ECF pages 2-7, 9-10, 14-19, 2, 24 SEALED. | Narrowly tailored to confidential business information. |
| 623 | Exhibit 17 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Docket No. 623-10 at ECF pages 5-6, 10-15, 17-18, 22-27, 29 SEALED. | Narrowly tailored to confidential business information. |
| 623 | Exhibit 18 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Only the customer names and customer-related numerical references at Docket No. 623-11 SEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 623 | Exhibit 22 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Docket No. 623-12 SEALED. | Narrowly tailored to confidential business information. |
| 623 | Exhibit 23 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Docket No. 623-13 UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |

| | 623 | Exhibit 24 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Customer names and customer-related references at Docket No. 623-14: 69:24-70:9 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
|---|---|---|---|---|
| | 623 | Exhibit 25 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Customer names and witness name at Docket No. 623-15 SEALED; Docket No. 623-15 at 184:7-185:16 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| | 623 | Exhibit 26 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Customer name at Docket 623-16 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| | 623 | Exhibit 27 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Customer names, witness name, customer-related numerical references and direct quotes from referenced contracts at Docket No. 623-17 SEALED; Docket No. 623-17 at 20:6-21:16, 44:7-23 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| | 623 | Exhibit 28 of the Declaration of Christopher Campbell In Support of Oracle's Motions for Partial Summary Judgment on Terix Computer Company, Inc.'s Counterclaims (and Antitrust Counterclaims) | Only customer names and witness name at Docket No. 623-18 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| | 623 | Exhibit 30 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Docket No. 623-19 UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |

| | | | |
|---|---|---|---|
| 623 | Exhibit 32 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Docket No. 623-20 UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 623 | Exhibit 33 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Docket No. 623-21 UNSEALED. | No declaration in support filed with the court as required by Civ. L.R. 79-5(e)(1). |
| 623 | Exhibit 35 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Docket No. 623-22 at 32:22-38:15, 45:1-15 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 623 | Exhibit 40 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Docket No. 623-23 SEALED. | Narrowly tailored to confidential business information. |
| 623 | Exhibit 45 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Docket No. 623-24 SEALED. | Narrowly tailored to confidential business information. |
| 623 | Exhibit 46 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Docket Nos. 623-25, 623-26 SEALED. | Narrowly tailored to confidential business information. |

| 623 | Exhibit 47 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Docket No. 623-27 SEALED. | Narrowly tailored to confidential business information. |
|---|---|---|---|
| 623 | Exhibit 48 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Docket No. 623-28 SEALED. | Narrowly tailored to confidential business information. |
| 623 | Exhibit 49 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Docket No. 623-29 SEALED. | Narrowly tailored to confidential business information. |
| 623 | Exhibit 50 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Docket No. 623-30 SEALED. | Narrowly tailored to confidential business information. |
| 623 | Exhibit 51 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Docket No. 623-31 SEALED. | Narrowly tailored to confidential business information. |
| 623 | Exhibit 52 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Only the customer names at Docket No. 623-32 SEALED; all other requests UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

| 623 | Exhibit 53 of the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Only the customer names at Docket No. 623-33 SEALED; all other requests UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
|---|---|---|---|
| 624 | Oracle's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment on Terix Counterclaims | Designations highlighted in yellow at Docket No. 624-7 SEALED. | Narrowly tailored to confidential business information. |
| 624 | Oracle's Memorandum of Points and Authorities in Support of Oracle's Motion for Partial Summary Judgment on Antitrust Counterclaims | Designations highlighted in yellow at Docket No. 624-5 SEALED EXCEPT page 20:25-28 UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 631 | Exhibit 12 to the Declaration of Christopher Campbell ISO Oracle's Motions for Partial Summary Judgment on Terix's Counterclaims (and Antitrust Counterclaims) | Page 36:6-9, 36:20-25 at Docket No. 631-4 SEALED; customer names and contact information at TRXA01311093-TRXA01311094 at Docket No. 631-4 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| 635 | Maintech's Motion for Good Faith Settlement Determination and the Supporting Wagner Declaration | Docket No. 635-5 at 6:9-116:27-28 SEALED; Docket No. 635-7 at ¶¶ 5 (including Table 9), 6 (including Table 10), 7, 8 SEALED; all other designations UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |

**SO ORDERED.**

Dated: June 17, 2015

PAUL S. GREWAL
United States Magistrate Judge

Case No. 5:13-cv-03385-PSG
OMNIBUS ORDER RE: MOTIONS TO SEAL