United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., | No.  CV13-03385 PSG |
| Plaintiff(s), | |
| v. | **ORDER OF RECUSAL** |
| TERIX COMPUTER COMPANY, INC., et al., | |
| Defendant(s). | |
| _____/ | |

I hereby recuse myself from hearing or determining any matters in the above-entitled action.

The Clerk of the Court shall randomly reassign this case to another judge.

Dated: March 23, 2016

Paul S. Grewal
United States Magistrate Judge