E-Filed 4/22/16

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC., et al.,

    Plaintiffs,

    v.

TERIX COMPUTER COMPANY, INC., et al.,

    Defendants.

Case No. 13-cv-03385-HRL

**ORDER OF RECUSAL**

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled case and in a related case, *Oracle America, Inc. et al v. Hewlett Packard Enterprise Company*, 5:16-cv-01393-HRL, hereby recuse myself from both cases and request that both cases be reassigned to a single judge.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: 4/22/16

_____
HOWARD R. LLOYD
United States Magistrate Judge