# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TERIX COMPUTER COMPANY, INC.,, et al.,<br><br>    Defendants. | Case No. 3:13-cv-03385-JST<br><br>**ORDER REFERRING APPLICATION FOR DEBTOR EXAMINATION TO MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 699 |

Oracle's Ex Parte Application and Order for Appearance and Examination is referred to a Magistrate Judge. The Magistrate Judge shall arrange a time for resolution of the motion and debtor's examination if required.

The previously noticed hearing date of May 26, 2016, before Judge Jon S. Tigar, is vacated.

**IT IS SO ORDERED**.

Dated: May 13, 2016

                                        JON S. TIGAR
                               United States District Judge