United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> TERIX COMPUTER COMPANY, INC.,, et al., <br><br> Defendants. | Case No. 13-cv-03385-JST   (MEJ) <br><br> **ORDER RESCHEDULING JUDGMENT DEBTOR EXAMINATION** <br><br> Re: Dkt. No. 704 |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Order of Examination previously noticed for June 10, 2016, at 10:00 A.M., in Courtroom 9, 19th Floor, is rescheduled **for June 10, 2016, at 9:30 am**, in Courtroom B, 15th Floor, at U.S. District Court, 450 Golden Gate Avenue, San Francisco, CA, before Magistrate Judge Maria-Elena James.

Judgment Debtor TERiX Computer Company, Inc. is hereby ordered to appear for this examination.

**IT IS SO ORDERED.**

Dated: May 23, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge